**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Sarepta Therapeutics Securities Litigation* | Civil Action No. 1:25-cv-05317 (PAE) |
| | <u>CLASS ACTION</u> |

**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION TO**
**TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**
**AND MOTION TO STAY ENTRY OF ANY CASE SCHEDULE PENDING**
**ADJUDICATION OF THE TRANSFER MOTION**

PLEASE TAKE NOTICE that Lead Plaintiffs Anthony Defilippis, Nicholas Barrass, William Wrede, and Robert Feldstein respectfully move this Court, before the Honorable Paul A. Engelmayer, for an Order transferring the above-captioned action to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 1404(a), and to stay the entry of any case schedules pending disposition of this unopposed Motion to Transfer Venue, such that the transferee court may exercise its prerogative to set such schedules. In support of their Motion, Lead Plaintiffs submit the accompanying Memorandum of Law.

Dated: New York, New York
October 24, 2025

Respectfully submitted,

*/s/ Abe Alexander*
Karin E. Fisch
Abe Alexander
Mica A. Cocco
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
kfisch@gelaw.com
aalexander@gelaw.com
mcocco@gelaw.com

Brian J. Schall (*pro hac vice)*
Andrew J. Brown (*pro hac vice*)
William M. Brody (*pro hac vice*)
Adam L. Rosen (*pro hac vice*)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel.: (310) 301-3335
Fax: (310) 388-0192
brian@schallfirm.com
andrew@schallfirm.com
wbrody@schallfirm.com
adam@schallfirm.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Proposed Class*

2