**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re Sarepta Therapeutics Securities Litigation* | Civil Action No. 1:25-cv-05317 (PAE) |
|  | <u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Having considered the parties' submissions in connection with Lead Plaintiffs' unopposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), it is **HEREBY ORDERED** that Lead Plaintiffs' Motion to Transfer Venue to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a) is **GRANTED**.

The Clerk of Court is respectfully directed to transfer this action to the United States District Court for the District of Massachusetts under 28 U.S.C. § 1404(a) and close this case.

SO ORDERED.

_____
The Honorable Paul A. Engelmayer
United States District Judge

Dated: New York, New York
This _ day of _____, 2025.