**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Sarepta Therapeutics Securities Litigation* | Civil Action No. 1:25-cv-05317 (PAE)<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING STAY OF ANY CASE SCHEDULES**

Having considered the parties' submissions in connection with Lead Plaintiffs' motion to stay entry of a case schedule pending adjudication of their unopposed Motion to Transfer venue, it is **HEREBY ORDERED** that entry of any case schedule is stayed pending adjudication of the Motion to Transfer Venue.

SO ORDERED.

_____

The Honorable Paul A. Engelmayer
United States District Judge

Dated: New York, New York
This _ day of _____, 2025.