CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25–cv–05317–PAE

In re Sarepta Therapeutics Securities Litigation

Assigned to: Judge Paul A. Engelmayer

Related Cases:  1:25–cv–05793–PAE

                1:25–cv–06897–PAE

                1:25–cv–07531–PAE

Cause: 15:78m(a) Securities Exchange Act

Date Filed: 06/26/2025

Date Terminated: 11/06/2025

Jury Demand: Plaintiff

Nature of Suit: 850 Securities/Commodities

Jurisdiction: Federal Question

**Lead Plaintiff**

**Anthony Defilippis**

represented by **Karin Elizabeth Fisch**
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017
646–722–8500
Fax: 646–722–8501
Email: kfisch@gelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abraham Alexander**
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017
646–722–8500
Fax: 646–722–8501
Email: aalexander@gelaw.com
*ATTORNEY TO BE NOTICED*

**Adam Lachlan Rosen**
2049 Century Park East
Ste 2460
Los Angeles, CA 90067
213–760–8281
Email: adam@schallfirm.com
*ATTORNEY TO BE NOTICED*

**Andrew J. Brown**
Schall Law Firm
2049 Century Park East
Ste 2460
Los Angeles, CA 90067
310–301–3335
Email: andrewb@thebrownlawfirm.com
*(Inactive)*
*ATTORNEY TO BE NOTICED*

**Brian Schall**
The Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
310−301−3335
Email: brian@schallfirm.com
*ATTORNEY TO BE NOTICED*

**Mica Cocco**
485 Lexington Avenue
Ste Floor 29
New York, NY 10017
646−306−6606
Email: mcocco@gelaw.com
*ATTORNEY TO BE NOTICED*

**William Michael Brody**
Schall Law Firm
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
310−709−0695
Email: wbrody@schallfirm.com
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Nicholas Barrass**                    represented by    **Karin Elizabeth Fisch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abraham Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam Lachlan Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew J. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Schall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mica Cocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Michael Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Lead Plaintiff</u>**

**William Wrede**                                   represented by   **Karin Elizabeth Fisch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abraham Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam Lachlan Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew J. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Schall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mica Cocco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Michael Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Lead Plaintiff</u>**

**Robert Feldstein**                                 represented by   **Karin Elizabeth Fisch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abraham Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam Lachlan Rosen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew J. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Schall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mica Cocco**

(See above for address)
*ATTORNEY TO BE NOTICED*

**William Michael Brody**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Dolgicer**                                    represented by    **Andrew Shamis**
*individually and on behalf of all others*                              Shamis & Gentile P.A.
*similarly situated*                                                    14 N.E. 1st Ave
                                                                        Ste. 705
                                                                        Miami, FL 33132
                                                                        305–479–2299
                                                                        Fax: 786–623–0915
                                                                        Email: ashamis@shamisgentile.com
                                                                        *ATTORNEY TO BE NOTICED*

V.

**Movant**

**Sharad Chib**                                       represented by    **Thomas James McKenna**
                                                                        Gainey McKenna & Egleston
                                                                        260 Madison Avenue
                                                                        22nd Floor
                                                                        New York, NY 10016
                                                                        212–983–1300
                                                                        Email: tjmlaw2001@yahoo.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Masum Jain**                                        represented by    **Andrew Shamis**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Joseph J. Coury**                                   represented by    **Adam M. Apton**
                                                                        Levi & Korsinsky, LLP
                                                                        33 Whitehall Street, 27th Floor
                                                                        New York, NY 10004
                                                                        212–363–7500
                                                                        Email: aapton@zlk.com
                                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Paolo Federici**                                    represented by    **Adam M. Apton**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Somil Patel**                                    represented by **Adam M. Apton**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Movant**

**Adrian Cunje**                                   represented by **Joseph R. Seidman**
                                                   Bernstein Liebhard, LLP
                                                   10 East 40th Street
                                                   New York, NY 10016
                                                   (212)–779–1414
                                                   Fax: (212)–779–3218
                                                   Email: seidman@bernlieb.com
                                                   *ATTORNEY TO BE NOTICED*

**Movant**

**Matthew Gladbach**                               represented by **Matthew Gladbach**
                                                   PRO SE

                                                   **Javier Bleichmar**
                                                   Bleichmar Fonti & Auld LLP
                                                   300 Park Avenue
                                                   Suite 1301
                                                   New York, NY 10022
                                                   212–789–1341
                                                   Email: jbleichmar@bfalaw.com
                                                   *TERMINATED: 10/23/2025*
                                                   *LEAD ATTORNEY*

**Movant**

**City of Pontiac Reestablished General**          represented by **David Avi Rosenfeld**
**Employees' Retirement System**                   Robbins Geller Rudman & Dowd LLP (LI)
                                                   58 South Service Road
                                                   Suite 200
                                                   Melville, NY 11747
                                                   631–367–7100
                                                   Fax: 631–367–1173
                                                   Email: drosenfeld@rgrdlaw.com
                                                   *ATTORNEY TO BE NOTICED*

**Movant**

**Oriel Rothenberg**                               represented by **Joseph Alexander Hood , II**
                                                   Pomerantz LLP
                                                   600 Third Avenue
                                                   New York, NY 10016
                                                   (212)–661–1100
                                                   Email: ahood@pomlaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Movant**

**Carolyn Hall**                              represented by **Joseph Alexander Hood , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Paul Clark**                                represented by **Joseph Alexander Hood , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sarepta Therapeutics, Inc.**                represented by **Michele D. Johnson**
Latham & Watkins LLP
650 Town Center Drive
Ste 2000
Costa Mesa, CA 92626
714−540−1235
Email: michele.johnson@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Ann Tomkowiak**
Latham & Watkins LLP (DC)
555 Eleventh Street, Nw, Suite 1000
Washington, DC 20004
212−637−2200
Fax: 202−637−2201
Email: sarah.tomkowiak@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Douglas S. Ingram**                         represented by **Michele D. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Ann Tomkowiak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallan Murray**                             represented by **Michele D. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Ann Tomkowiak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Louise Rodino–Klapac**                    represented by   **Michele D. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Ann Tomkowiak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Irving Firemen's Relief & Retirement Fund**        represented by   **Lawrence Donald Levit**
Abraham, Fruchter & Twersky, LLP
450 7th Avenue
Ste 38th Floor
10123
New York, NY 10123
212–279–5050
Email: llevit@aftlaw.com
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Miami Firefighters' Relief & Pension Fund**        represented by   **Lawrence Donald Levit**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2025 | Ï 1 | COMPLAINT against Douglas S. Ingram, Dallan Murray, Louise Rodino–Klapac, Sarepta Therapeutics, Inc.. (Filing Fee $ 405.00, Receipt Number ANYSDC–31293126)Document filed by Daniel Dolgicer..(Shamis, Andrew) (Entered: 06/26/2025) |
| 06/26/2025 | Ï 2 | **FILING ERROR – PDF ERROR –** CIVIL COVER SHEET filed..(Shamis, Andrew) Modified on 6/27/2025 (vf). (Entered: 06/26/2025) |
| 06/26/2025 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Sarepta Therapeutics,Inc., re: 1 Complaint. Document filed by Daniel Dolgicer..(Shamis, Andrew) (Entered: 06/26/2025) |
| 06/26/2025 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Douglas S. Ingram, re: 1 Complaint. Document filed by Daniel Dolgicer..(Shamis, Andrew) (Entered: 06/26/2025) |
| 06/26/2025 | Ï 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Dallan Murray, re: 1 Complaint. Document filed by Daniel Dolgicer..(Shamis, Andrew) (Entered: 06/26/2025) |
| 06/26/2025 | Ï 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Louise Rodino–Klapac, re: 1 Complaint. Document filed by Daniel Dolgicer..(Shamis, Andrew) (Entered: 06/26/2025) |

| 06/27/2025 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Andrew Shamis to RE–FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): Courthouse Assignment and Basis of Jurisdiction Section of Form not provided. Re–file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (vf) (Entered: 06/27/2025) |
|---|---|---|
| 06/27/2025 | Ï 7 | CIVIL COVER SHEET filed..(Shamis, Andrew) (Entered: 06/27/2025) |
| 06/27/2025 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Victor Marrero. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 06/27/2025) |
| 06/27/2025 | Ï | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 06/27/2025) |
| 06/27/2025 | Ï | Case Designated ECF. (vf) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 8 | ELECTRONIC SUMMONS ISSUED as to Sarepta Therapeutics, Inc.. (vf) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 9 | ELECTRONIC SUMMONS ISSUED as to Douglas S. Ingram. (vf) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 10 | ELECTRONIC SUMMONS ISSUED as to Louise Rodino–Klapac. (vf) (Entered: 06/27/2025) |
| 06/27/2025 | Ï 11 | ELECTRONIC SUMMONS ISSUED as to Dallan Murray. (vf) (Entered: 06/27/2025) |
| 07/28/2025 | Ï | NOTICE OF CASE REASSIGNMENT to Judge Paul A. Engelmayer. Judge Victor Marrero is no longer assigned to the case. (laq) (Entered: 07/28/2025) |
| 08/14/2025 | Ï 12 | WAIVER OF SERVICE RETURNED EXECUTED. Sarepta Therapeutics, Inc. waiver sent on 7/18/2025, answer due 9/16/2025. Document filed by Daniel Dolgicer..(Shamis, Andrew) (Entered: 08/14/2025) |
| 08/14/2025 | Ï 13 | WAIVER OF SERVICE RETURNED EXECUTED. Douglas S. Ingram waiver sent on 7/18/2025, answer due 9/16/2025. Document filed by Daniel Dolgicer..(Shamis, Andrew) (Entered: 08/14/2025) |
| 08/14/2025 | Ï 14 | WAIVER OF SERVICE RETURNED EXECUTED. Dallan Murray waiver sent on 7/18/2025, answer due 9/16/2025. Document filed by Daniel Dolgicer..(Shamis, Andrew) (Entered: 08/14/2025) |
| 08/14/2025 | Ï 15 | WAIVER OF SERVICE RETURNED EXECUTED. Louise Rodino–Klapac waiver sent on 7/18/2025, answer due 9/16/2025. Document filed by Daniel Dolgicer..(Shamis, Andrew) (Entered: 08/14/2025) |
| 08/15/2025 | Ï 16 | MOTION for Michele D. Johnson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31557606. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Douglas S. Ingram, Dallan Murray, Louise Rodino–Klapac, Sarepta Therapeutics, Inc.. (Attachments: # 1 Affidavit / Declaration of Michele D. Johnson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A: Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Johnson, Michele) (Entered: 08/15/2025) |
| 08/15/2025 | Ï 17 | |

| | | |
|---|---|---|
| | | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Sarah A. Tomkowiak to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31557619. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Douglas S. Ingram, Dallan Murray, Louise Rodino–Klapac, Sarepta Therapeutics, Inc.. (Attachments: # 1 Affidavit /Declaration of Sarah A. Tomkowiak in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A: Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Tomkowiak, Sarah) Modified on 8/18/2025 (bc). (Entered: 08/15/2025) |
| 08/15/2025 | Ï 18 | CONSENT LETTER MOTION for Extension of Time *to Respond to Complaint* addressed to Judge Paul A. Engelmayer from Sarah A. Tomkowiak dated August 15, 2025. Document filed by Douglas S. Ingram, Dallan Murray, Louise Rodino–Klapac, Sarepta Therapeutics, Inc.. (Attachments: # 1 Proposed Order /Stipulation and [Proposed] Order Granting Extension of Time to Respond to Complaint).(Tomkowiak, Sarah) (Entered: 08/15/2025) |
| 08/15/2025 | Ï 19 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate BlackRock, Inc. for Sarepta Therapeutics, Inc.. Document filed by Sarepta Therapeutics, Inc...(Tomkowiak, Sarah) (Entered: 08/15/2025) |
| 08/18/2025 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Michele D. Johnson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31557606. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 08/18/2025) |
| 08/18/2025 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 17 MOTION for Sarah A. Tomkowiak to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31557619. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from DC;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (bc)** (Entered: 08/18/2025) |
| 08/18/2025 | Ï 20 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 16 Motion for Michele D. Johnson to Appear Pro Hac Vice. (Signed by Judge Paul A. Engelmayer on 8/18/2025) (vfr) (Entered: 08/18/2025) |
| 08/18/2025 | Ï 21 | MOTION for Sarah A. Tomkowiak to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31567179. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Douglas S. Ingram, Dallan Murray, Louise Rodino–Klapac, Sarepta Therapeutics, Inc.. (Attachments: # 1 Affidavit / Declaration of Sarah A. Tomkowiak in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A – Certificates of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Tomkowiak, Sarah) (Entered: 08/18/2025) |
| 08/18/2025 | Ï 22 | STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT granting 18 Letter Motion for Extension of Time. NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT: 1. Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Initial Complaint until after a Lead Plaintiff has been appointed and Lead Plaintiff has filed an amended complaint (if any) or designated the Initial Complaint as the operative complaint. 2. Within fourteen (14) days of the Court's appointment of a Lead Plaintiff pursuant to 15 U.S.C. § 78u–4, counsel for the Lead Plaintiff and Defendants shall meet and confer regarding scheduling and shall jointly submit to the Court proposed deadlines for the filing of an amended complaint (if any) and for the filing and briefing of Defendants' answer or motion to dismiss. 3. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that the Parties may have with respect to the claims |

| | | |
|---|---|---|
| | | set forth in the Initial Complaint. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 8/18/2025) (tg) (Entered: 08/18/2025) |
| 08/18/2025 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 21 MOTION for Sarah A. Tomkowiak to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31567179. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 08/18/2025) |
| 08/20/2025 | Ï 23 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 21 Motion to Appear Pro Hac Vice. The motion of Sarah A. Tomkowiak for admission to practice pro hac vice in the above captioned action is granted. As further set forth by this Order. (Signed by Judge Paul A. Engelmayer on 8/20/2025) (tg) (Entered: 08/20/2025) |
| 08/25/2025 | Ï 24 | MOTION to Appoint Sharad Chib to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*. Document filed by Sharad Chib..(McKenna, Thomas) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 25 | MEMORANDUM OF LAW in Support re: 24 MOTION to Appoint Sharad Chib to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*. . Document filed by Sharad Chib..(McKenna, Thomas) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 26 | DECLARATION of Thomas J. McKenna in Support re: 24 MOTION to Appoint Sharad Chib to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*.. Document filed by Sharad Chib. (Attachments: # 1 Exhibit A – a true and correct copy of the certification of Sharad Chib, # 2 Exhibit B – a true and correct copy of a chart setting forth Chibs financial interest, # 3 Exhibit C – a true and correct copy of the notice of pendency, # 4 Exhibit D – a true and correct copy of the firm resume of GM&E).(McKenna, Thomas) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 27 | PROPOSED ORDER. Document filed by Sharad Chib. Related Document Number: [ 24 MOTION to Appoint Sharad Chib to serve as lead plaintiff(s) and Approval of His Selection of Lead Counsel]..(McKenna, Thomas) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/25/2025) |
| 08/25/2025 | Ï 28 | MOTION to Appoint Masum Jain to serve as lead plaintiff(s) *and Approval of Lead Counsel*. Document filed by Masum Jain. (Attachments: # 1 Proposed Order Appointing Lead Plaintiff and Approving Lead Counsel).(Shamis, Andrew) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 29 | MEMORANDUM OF LAW in Support re: 28 MOTION to Appoint Masum Jain to serve as lead plaintiff(s) *and Approval of Lead Counsel*. . Document filed by Masum Jain..(Shamis, Andrew) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 30 | DECLARATION of Andrew J. Shamis in Support re: 28 MOTION to Appoint Masum Jain to serve as lead plaintiff(s) *and Approval of Lead Counsel*.. Document filed by Masum Jain. (Attachments: # 1 Exhibit A – Jain Loss Chart, # 2 Exhibit B – Jain PSLRA Early Notice, # 3 Exhibit C – Jain PSLRA Certification, # 4 Exhibit D – SG Firm Resume, # 5 Exhibit E – EL Firm Resume).(Shamis, Andrew) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 31 | MOTION to Appoint Joseph J. Coury, Paolo Federici, and Somil Patel to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Joseph J. Coury, Paolo Federici, Somil Patel. (Attachments: # 1 Proposed Order Text of [Proposed] Order Granting Motion).(Apton, Adam) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 32 | MEMORANDUM OF LAW in Support re: 31 MOTION to Appoint Joseph J. Coury, Paolo Federici, and Somil Patel to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Joseph J. Coury, Paolo Federici, Somil Patel..(Apton, Adam) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 33 | |

| | | |
|---|---|---|
| | | DECLARATION of Adam M. Apton in Support re: 31 MOTION to Appoint Joseph J. Coury, Paolo Federici, and Somil Patel to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Joseph J. Coury, Paolo Federici, Somil Patel. (Attachments: # 1 Exhibit A– PSLRA Certifications, # 2 Exhibit B– Loss Charts, # 3 Exhibit C– PSLRA Notice, # 4 Exhibit D– Joint Declaration, # 5 Exhibit E– Firm Resume).(Apton, Adam) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 34 | MOTION to Appoint Anthony Defilippis, Nicholas Barrass, William Wrede and Robert Feldstein to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *NOTICE OF THE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL*. Document filed by Anthony Defilippis, Nicholas Barrass, William Wrede, Robert Feldstein. (Attachments: # 1 Proposed Order Proposed Order).(Fisch, Karin) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 35 | MEMORANDUM OF LAW in Support re: 34 MOTION to Appoint Anthony Defilippis, Nicholas Barrass, William Wrede and Robert Feldstein to serve as lead plaintiff(s) . MOTION to Appoint Counsel *NOTICE OF THE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL.* . Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede..(Fisch, Karin) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 36 | DECLARATION of Karin E. Fisch in Support re: 34 MOTION to Appoint Anthony Defilippis, Nicholas Barrass, William Wrede and Robert Feldstein to serve as lead plaintiff(s) . MOTION to Appoint Counsel *NOTICE OF THE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL.*. Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede. (Attachments: # 1 Exhibit A – Client Certifications with Schedule A's, # 2 Exhibit B – Loss Charts, # 3 Exhibit C – PSLRA Notice, # 4 Exhibit D – Investor Group Declaration, # 5 Exhibit E – G&E Firm Bio, # 6 Exhibit F – SLF Firm Resume).(Fisch, Karin) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 37 | JOINT MOTION to Appoint Irving Firemen's Relief & Retirement Fund and Miami Firefighters' Relief and Pension Fund to serve as lead plaintiff(s) . Document filed by Irving Firemen's Relief & Retirement Fund, Miami Firefighters' Relief & Pension Fund. (Attachments: # 1 Supplement Memorandum of Law, # 2 Supplement Declaration of Lawrence D. Levit, # 3 Proposed Order Proposed Order, # 4 Exhibit Complaint, # 5 Exhibit Notice of Pendency, # 6 Exhibit Irving Firemen's Certification, # 7 Exhibit Miami Firefighters' Certification, # 8 Exhibit Irving Firemen's Loss Chart, # 9 Exhibit Miami Firefighters' Loss Chart, # 10 Exhibit Joint Declaration, # 11 Exhibit AF&T Firm Resume).(Levit, Lawrence) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 38 | MOTION to Appoint Adrian Cunje to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Adrian Cunje. (Attachments: # 1 Exhibit Proposed Order).(Seidman, Joseph) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 39 | MEMORANDUM OF LAW in Support re: 38 MOTION to Appoint Adrian Cunje to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by Adrian Cunje..(Seidman, Joseph) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 40 | DECLARATION of Joseph R. Seidman, Jr. in Support re: 38 MOTION to Appoint Adrian Cunje to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Adrian Cunje. (Attachments: # 1 Exhibit Press Release, # 2 Exhibit Certification, # 3 Exhibit Loss Chart, # 4 Exhibit Firm Resume).(Seidman, Joseph) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 41 | MOTION to Appoint Matthew Gladbach to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*. Document filed by Matthew Gladbach. (Attachments: # 1 Proposed Order Granting Motion).(Bleichmar, Javier) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 42 | MEMORANDUM OF LAW in Support re: 41 MOTION to Appoint Matthew Gladbach to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*. . Document filed by Matthew |

| | | |
|---|---|---|
| | | Gladbach..(Bleichmar, Javier) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 43 | NOTICE OF APPEARANCE by David Avi Rosenfeld on behalf of City of Pontiac Reestablished General Employees' Retirement System..(Rosenfeld, David) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 44 | DECLARATION of Javier Bleichmar in Support re: 41 MOTION to Appoint Matthew Gladbach to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*.. Document filed by Matthew Gladbach. (Attachments: # 1 Exhibit A – Declaration of Mr. Gladbach, # 2 Exhibit B – Notice of pendency, # 3 Exhibit C – Certification of Mr. Gladbach;, # 4 Exhibit D – Chart reflecting financial interest of Mr. Gladbach prepared by BFA, # 5 Exhibit E – Firm Resume of BFA).(Bleichmar, Javier) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 45 | MOTION to Appoint City of Pontiac Reestablished General Employees' Retirement System to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by City of Pontiac Reestablished General Employees' Retirement System..(Rosenfeld, David) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 46 | MEMORANDUM OF LAW in Support re: 45 MOTION to Appoint City of Pontiac Reestablished General Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by City of Pontiac Reestablished General Employees' Retirement System..(Rosenfeld, David) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 47 | DECLARATION of David A. Rosenfeld in Support re: 45 MOTION to Appoint City of Pontiac Reestablished General Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by City of Pontiac Reestablished General Employees' Retirement System. (Attachments: # 1 Exhibit A – PSLRA Notice, # 2 Exhibit B – Certification, # 3 Exhibit C – Estimate of Losses).(Rosenfeld, David) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 48 | PROPOSED ORDER. Document filed by City of Pontiac Reestablished General Employees' Retirement System. Related Document Number: 45 ..(Rosenfeld, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/25/2025) |
| 08/25/2025 | Ï 49 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by City of Pontiac Reestablished General Employees' Retirement System..(Rosenfeld, David) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 50 | MOTION to Appoint Oriel Rothenberg, Carolyn Hall, and Paul Clark to serve as lead plaintiff(s) ., MOTION to Approve Lead Counsel . Document filed by Oriel Rothenberg, Carolyn Hall, Paul Clark..(Hood, Joseph) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 51 | PROPOSED ORDER. Document filed by Paul Clark, Carolyn Hall, Oriel Rothenberg. Related Document Number: 50 ..(Hood, Joseph) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/25/2025) |
| 08/25/2025 | Ï 52 | MEMORANDUM OF LAW in Support re: 50 MOTION to Appoint Oriel Rothenberg, Carolyn Hall, and Paul Clark to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel . . Document filed by Paul Clark, Carolyn Hall, Oriel Rothenberg..(Hood, Joseph) (Entered: 08/25/2025) |
| 08/25/2025 | Ï 53 | DECLARATION of J. Alexander Hood II in Support re: 50 MOTION to Appoint Oriel Rothenberg, Carolyn Hall, and Paul Clark to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel .. Document filed by Paul Clark, Carolyn Hall, Oriel Rothenberg. (Attachments: # 1 Exhibit A – Damages Analysis, # 2 Exhibit B – Certifications, # 3 Exhibit C – Press Release, # 4 Exhibit D – Joint Declaration, # 5 Exhibit E – Firm Resume).(Hood, Joseph) (Entered: 08/25/2025) |
| 08/26/2025 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 27 Proposed Order was reviewed and approved as to form. (km)** (Entered: 08/26/2025) |
| 08/26/2025 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 48 Proposed Order was reviewed and approved as to form. (km)** (Entered: 08/26/2025) |

| 08/26/2025 | Ï | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 51 Proposed Order was reviewed and approved as to form. (km) (Entered: 08/26/2025) |
|---|---|---|
| 08/26/2025 | Ï 54 | ORDER: On June 26, 2025, plaintiff published a notice "advising members of the purported plaintiff class... of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u–4(a)(3)(A) (i); see Dkts. 30–2, 33–3, 36–3, 44–2, 47–1. On August 25, 2025, plaintiffs moved to serve as lead plaintiff in this case. See 15 U.S.C. § 78u–4(a)(3)(B)(i) ("[N]ot later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class."). Accordingly, any responses to these motions are due September 10, 2025. No replies are invited. SO ORDERED. (Responses due by 9/10/2025) (Signed by Judge Paul A. Engelmayer on 8/26/2025) (jca) (Entered: 08/26/2025) |
| 08/28/2025 | Ï 55 | NOTICE of ADRIAN CUNJES NON–OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF COUNSEL re: 38 MOTION to Appoint Adrian Cunje to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Adrian Cunje..(Seidman, Joseph) (Entered: 08/28/2025) |
| 09/02/2025 | Ï 56 | MOTION to Withdraw 24 MOTION to Appoint Sharad Chib to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*. . Document filed by Sharad Chib..(McKenna, Thomas) (Entered: 09/02/2025) |
| 09/02/2025 | Ï 57 | MEMO ENDORSEMENT granting 56 Motion to Withdraw 24 MOTION to Appoint Sharad Chib to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*. ENDORSEMENT: GRANTED. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/2/2025) (tg) (Entered: 09/02/2025) |
| 09/03/2025 | Ï 58 | MOTION to Withdraw 28 MOTION to Appoint Masum Jain to serve as lead plaintiff(s) *and Approval of Lead Counsel*. . Document filed by Masum Jain..(Shamis, Andrew) (Entered: 09/03/2025) |
| 09/04/2025 | Ï 59 | MEMO ENDORSEMENT granting 58 Motion to Withdraw. ENDORSEMENT: GRANTED. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/3/2025) (tg) (Entered: 09/04/2025) |
| 09/04/2025 | Ï 60 | NOTICE of Withdrawal of Motion re: 31 MOTION to Appoint Joseph J. Coury, Paolo Federici, and Somil Patel to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by Joseph J. Coury, Paolo Federici, Somil Patel..(Apton, Adam) (Entered: 09/04/2025) |
| 09/05/2025 | Ï 61 | RESPONSE in Support of Motion re: 41 MOTION to Appoint Matthew Gladbach to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*. . Document filed by Matthew Gladbach..(Bleichmar, Javier) (Entered: 09/05/2025) |
| 09/05/2025 | Ï 62 | ORDER terminating 31 Motion to Appoint ; terminating 31 Motion to Appoint Counsel. GRANTED. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/5/2025) (jjc) (Entered: 09/05/2025) |
| 09/10/2025 | Ï 63 | MOTION to Appoint Irving Firemens Relief & Retirement Fund and the Miami Firefighters Relief & Pension Fund to serve as lead plaintiff(s) *(Notice of non–opposition)*. Document filed by Irving Firemen's Relief & Retirement Fund, Miami Firefighters' Relief & Pension Fund..(Levit, Lawrence) (Entered: 09/10/2025) |
| 09/10/2025 | Ï 64 | NOTICE of Withdrawal of Motion of Oriel Rothenberg and The Hall–Clark Family for Appointment as Co–Lead Plaintiffs and Approval of Lead Counsel re: 50 MOTION to Appoint Oriel Rothenberg, Carolyn Hall, and Paul Clark to serve as lead plaintiff(s) . MOTION to Approve Lead Counsel .. Document filed by Paul Clark, Carolyn Hall, Oriel Rothenberg..(Hood, Joseph) (Entered: 09/10/2025) |

| 09/10/2025 | Ï 65 | NOTICE of Non–Opposition. Document filed by City of Pontiac Reestablished General Employees' Retirement System..(Rosenfeld, David) (Entered: 09/10/2025) |
|---|---|---|
| 09/10/2025 | Ï 66 | MEMORANDUM OF LAW in Opposition re: 38 MOTION to Appoint Adrian Cunje to serve as lead plaintiff(s) . MOTION to Appoint Counsel ., 37 JOINT MOTION to Appoint Irving Firemen's Relief & Retirement Fund and Miami Firefighters' Relief and Pension Fund to serve as lead plaintiff(s) ., 41 MOTION to Appoint Matthew Gladbach to serve as lead plaintiff(s) *and Approval of His Selection of Lead Counsel*., 45 MOTION to Appoint City of Pontiac Reestablished General Employees' Retirement System to serve as lead plaintiff(s) . MOTION to Appoint Counsel . *THE INVESTOR GROUP'S MEMORANDUM OF LAW IN RESPONSE TO REMAINING LEAD PLAINTIFF MOTIONS*. Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede..(Fisch, Karin) (Entered: 09/10/2025) |
| 09/11/2025 | Ï 67 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Brian J. Schall to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31700468. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede. (Attachments: # 1 Affidavit Affidavit/Declaration of Brian J. Schall in Support of Motion to Admit Counsel, # 2 Exhibit Exhibit A – Certificate of Good Standing, # 3 Proposed Order Proposed Order Granting Motion to Appear Pro Hac Vice).(Schall, Brian) Modified on 9/12/2025 (rju). (Entered: 09/11/2025) |
| 09/11/2025 | Ï 68 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Andrew J. Brown to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31700495. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede. (Attachments: # 1 Affidavit /Declaration of Andrew J. Brown in Support of Motion to Admit Counsel, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Proposed Order Granting Motion to Appear Pro Hac Vice).(Brown, Andrew) Modified on 9/12/2025 (rju). (Entered: 09/11/2025) |
| 09/11/2025 | Ï 69 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Adam L. Rosen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31700532. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede. (Attachments: # 1 Affidavit /Declaration of Adam L. Rosen in Support of Motion to Admit, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Rosen, Adam) Modified on 9/12/2025 (rju). (Entered: 09/11/2025) |
| 09/12/2025 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 67 MOTION for Brian J. Schall to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31700468. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 09/12/2025) |
| 09/12/2025 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 68 MOTION for Andrew J. Brown to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31700495. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 09/12/2025) |
| 09/12/2025 | Ï | |

| | | |
|---|---|---|
| | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 69 MOTION for Adam L. Rosen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31700532. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 09/12/2025) |
| 09/12/2025 | Ï 70 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (9 in 25–cv–6897) MOTION for Michele D. Johnson to Appear Pro Hac Vice The motion of Michele D. Johnson for admission to practice pro /we vice in the above captioned action is granted. (Signed by Judge Paul A. Engelmayer on 9/12/2025) (jca) (Entered: 09/12/2025) |
| 09/12/2025 | Ï 71 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting (10 in 25–cv–6897) Motion to Appear Pro Hac Vice. The motion of Sarah A. Tomkowiak for admission to practice pro hac vice in the above–captioned action is granted. (Signed by Judge Paul A. Engelmayer on 9/12/2025) (jca) (Entered: 09/12/2025) |
| 09/15/2025 | Ï 72 | SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Sarepta Therapeutics, Inc...(Tomkowiak, Sarah) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 73 | MOTION for Andrew J. Brown to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31715499. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede. (Attachments: # 1 Affidavit /Declaration of Andrew J. Brown in Support of Motion to Admit Counsel, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Brown, Andrew) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 74 | MOTION for Brian J. Schall to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31715523. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede. (Attachments: # 1 Affidavit /Declaration of Brian J. Schall in Support of Motion to Admit Counsel, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Schall, Brian) (Entered: 09/15/2025) |
| 09/15/2025 | Ï 75 | MOTION for Adam L. Rosen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31715533. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede. (Attachments: # 1 Affidavit /Declaration of Adam L. Rosen in Support of Motion to Admit Counsel, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Rosen, Adam) (Entered: 09/15/2025) |
| 09/16/2025 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 73 MOTION for Andrew J. Brown to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31715499. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 09/16/2025) |
| 09/16/2025 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 74 MOTION for Brian J. Schall to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31715523. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 09/16/2025) |
| 09/16/2025 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 75 MOTION for Adam L. Rosen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31715533. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 09/16/2025) |

| 09/17/2025 | Ï 76 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 75 Motion to Appear Pro Hac Vice. The motion of Adam L. Rosen for admission to practice pro hac vice in the captioned action is granted. As further set forth by this Order. (Signed by Judge Paul A. Engelmayer on 9/17/2025) (tg) (Entered: 09/17/2025) |
|---|---|---|
| 09/17/2025 | Ï 77 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 74 Motion to Appear Pro Hac Vice. The motion of Brian J. Schall for admission to practice pro hac vice in the above captioned action is granted. As further set forth by this Order.. (Signed by Judge Paul A. Engelmayer on 9/17/2025) (tg) (Entered: 09/17/2025) |
| 09/17/2025 | Ï 78 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 73 Motion to Appear Pro Hac Vice. The motion of Andrew J. Brown for admission to practice pro hac vice in the above captioned action is granted. As further set forth by this Order. (Signed by Judge Paul A. Engelmayer on 9/17/2025) (tg) (Entered: 09/17/2025) |
| 09/17/2025 | Ï 79 | MOTION for William M. Brody to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31728987. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede. (Attachments: # 1 Affidavit /Declaration of William M. Brody in Support of Motion to Admit Counsel, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order Granting Motion to Appear Pro Hac Vice).(Brody, William) (Entered: 09/17/2025) |
| 09/18/2025 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 79 MOTION for William M. Brody to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31728987. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 09/18/2025) |
| 09/19/2025 | Ï 80 | ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE granting 79 Motion for William M. Brody to Appear Pro Hac Vice. (Signed by Judge Paul A. Engelmayer on 9/18/2025) (rro) (Entered: 09/19/2025) |
| 09/26/2025 | Ï 81 | ORDER TO ADMIT COUNSEL PRO HAC VICE granting [10 25–cv–7531–PAE] Motion to Appear Pro Hac Vice. The motion of Michele D. Johnson for admission to practice pro hac vice in the above–captioned action is granted. As further set forth by this Order. (Signed by Judge Paul A. Engelmayer on 9/26/2025) (tg) (Entered: 09/26/2025) |
| 09/26/2025 | Ï 82 | JOINT STIPULATION AND ORDER WAIVING SERVICE AND EXTENDING TIME TO RESPOND TO COMPLAINT: NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT: 1. Undersigned counsel for Defendants are authorized to waive, and do hereby waive, service of the summons and complaint filed in the Derivative Action on behalf of the Individual Defendants, without prejudice and without waiver of the Individual Defendants' claims, defenses or objections–including any objection to forum or venue, and including any defense the claims were not timely made–except as to objections to proper service. 2. Defendants' time to answer, move, or otherwise respond to the complaint in the above–captioned Action is hereby extended to November 3, 2025. 3. This extension is without prejudice to any Party's right to seek further extensions or otherwise move the Court for appropriate relief. SO ORDERED. Douglas S. Ingram answer due 11/3/2025; Dallan Murray answer due 11/3/2025; Louise Rodino–Klapac answer due 11/3/2025; Sarepta Therapeutics, Inc. answer due 11/3/2025. (Signed by Judge Paul A. Engelmayer on 9/26/2025) (tg) (Entered: 09/26/2025) |
| 09/26/2025 | Ï 83 | ORDER TO ADMIT COUNSEL PRO HAC VICE granting [9 25–cv–5317–PAE] Motion to Appear Pro Hac Vice. The motion of Sarah A. Tomkowiak for admission to practice pro hac vice in the above–captioned action is granted. As further set forth by this Order. (Signed by Judge Paul A. Engelmayer on 9/26/2025) (tg) (Entered: 09/26/2025) |
| 10/17/2025 | Ï 84 | OPINION AND ORDER re: 34 MOTION to Appoint Anthony Defilippis, Nicholas Barrass, William Wrede and Robert Feldstein to serve as lead plaintiff(s) . MOTION to Appoint Counsel |

| | | |
|---|---|---|
| | | *NOTICE OF THE INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL.* filed by Robert Feldstein, Nicholas Barrass, Anthony Defilippis, William Wrede. For the foregoing reasons, the Court appoints (1) Investor Group as lead plaintiff and (2) G&E and Schall as lead counsel. The above–captioned action shall proceed under the caption In re Sarepta Therapeutics Securities Litigation, 25 Civ. 5317 (PAE). The Court directs the parties to confer and jointly file by October 24, 2025 a proposed schedule for the filing of an amended complaint and briefing schedule for any motion to dismiss. The Clerk of Court is respectfully directed to terminate all pending motions. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/17/2025) (tg) (Entered: 10/17/2025) |
| 10/22/2025 | Ï 85 | MOTION for Javier Bleichmar to Withdraw as Attorney . Document filed by Matthew Gladbach. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel).(Bleichmar, Javier) (Entered: 10/22/2025) |
| 10/23/2025 | Ï 86 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL granting 85 Motion to Withdraw as Attorney. Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Javier Bleichmar of Bleichmar Fonti & Auld LLP is hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above–named attorney and law firm from the docket as well as the ECF Service List. IT IS SO ORDERED. Attorney Javier Bleichmar terminated. (Signed by Judge Paul A. Engelmayer on 10/23/2025) (tg) (Entered: 10/23/2025) |
| 10/23/2025 | Ï 87 | NOTICE OF APPEARANCE by Karin Elizabeth Fisch on behalf of Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede..(Fisch, Karin) (Entered: 10/23/2025) |
| 10/23/2025 | Ï 88 | NOTICE OF APPEARANCE by Mica Cocco on behalf of Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede..(Cocco, Mica) (Entered: 10/23/2025) |
| 10/24/2025 | Ï 89 | NOTICE OF APPEARANCE by Abraham Alexander on behalf of Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede..(Alexander, Abraham) (Entered: 10/24/2025) |
| 10/24/2025 | Ï 90 | PROPOSED STIPULATION AND ORDER. Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede..(Alexander, Abraham) (Entered: 10/24/2025) |
| 10/24/2025 | Ï 91 | MOTION to Change Venue *Lead Plaintiffs' Notice of Unopposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and Motion to Stay Entry of Any Case Schedule Pending Adjudication of the Transfer Motion*. Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede..(Alexander, Abraham) (Entered: 10/24/2025) |
| 10/24/2025 | Ï 92 | MEMORANDUM OF LAW in Support re: 91 MOTION to Change Venue *Lead Plaintiffs' Notice of Unopposed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and Motion to Stay Entry of Any Case Schedule Pending Adjudication of the Transfer Motion*. . Document filed by Nicholas Barrass, Anthony Defilippis, Robert Feldstein, William Wrede. (Attachments: # 1 Exhibit A – Motion to Transfer Venue Salinger v. Sarepta, # 2 Exhibit B – Sarepta Counsel Declaration in support of motion to transfer venue_Salinger v. Sarepta, # 3 Proposed Order re Motion to Transfer Venue, # 4 Proposed Order of Stay re Motion to Transfer Venue).(Alexander, Abraham) (Entered: 10/24/2025) |
| 10/28/2025 | Ï 93 | MEMO ENDORSEMENT with respect to 91 Motion to Change Venue. ENDORSEMENT: Lead Plaintiffs represent the instant motion to transfer venue is unopposed, citing defendants' representations in other litigation. The Court hereby solicits Defendants' views on the motion to transfer. Defendants' filing is due November 4, 2025. The Court does not invite a reply. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/28/2025) (tg) (Entered: 10/28/2025) |
| 10/28/2025 | Ï | Set/Reset Deadlines: Responses due by 11/4/2025 (tg) (Entered: 10/28/2025) |
| 11/04/2025 | Ï 94 | |

| | | |
|---|---|---|
| | | LETTER addressed to Judge Paul A. Engelmayer from Sarah A. Tomkowiak dated November 4, 2025 re: 91 and 93 // Plaintiffs' Motion to Transfer Venue. Document filed by Douglas S. Ingram, Dallan Murray, Louise Rodino–Klapac, Sarepta Therapeutics, Inc...(Tomkowiak, Sarah) (Entered: 11/04/2025) |
| 11/05/2025 | Ï | **\*\*\*DELETED DOCUMENT. Deleted document number 95 STIPULATION. The document was incorrectly filed in this case. (tg)** (Entered: 11/05/2025) |
| 11/06/2025 | Ï 95 | ORDER granting 91 Motion to Change Venue. The Clerk of Court is respectfully directed to terminate the motion at Docket 91, transfer this case to the United States District Court for the District of Massachusetts, and close this case. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 11/6/2025) (tg) Transmission to Office of the Clerk of Court for processing. (Entered: 11/06/2025) |
| 11/06/2025 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of District of Massachusetts.(tg) (Entered: 11/19/2025) |
| 11/19/2025 | Ï | **\*\*\*DELETED DOCUMENT. Deleted document number 96 STIPULATION AND ORDER. The document was incorrectly filed in this case. (tg)** (Entered: 11/19/2025) |