UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SAREPTA THERAPEUTICS SECURITIES LITIGATION | Civil Action No.: 1:25-cv-13530-BEM<br><br>**Oral Argument Requested** |

### DEFENDANTS SAREPTA THERAPEUTICS, INC., DOUGLAS S. INGRAM, IAN M. ESTEPAN, AND LOUISE RODINO-KLAPAC'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Defendants Sarepta Therapeutics, Inc. ("Sarepta"), Douglas S. Ingram, Ian M. Estepan, and Louise Rodino-Klapac (the "Individual Defendants" and, together with Sarepta, "Defendants") hereby move, by and through their undersigned attorneys, for an order dismissing with prejudice the Consolidated Class Action Complaint (Dkt. No. 133) filed by Anthony Defilippis, Nicholas Barrass, William Wrede and Robert Feldstein (collectively, "Investor Group"), and City of Pontiac Reestablished General Employees' Retirement System (together with the Investor Group, "Plaintiffs") in the above-captioned action. As grounds for this motion, Defendants state as follows:

1.      *First*, Plaintiffs fail to plead a claim under Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (Count One). Plaintiffs have not pled with the particularity required by the PSLRA that any statement by Defendants was materially false or misleading. Nor have Plaintiffs pled with particularity facts supporting a strong inference of scienter, *i.e.*, one that is cogent and at least as compelling as any opposing inference of nonfraudulent intent. Finally, Plaintiffs have not plead loss causation, given the lack of a viable corrective disclosure.

2.      *Second*, because Plaintiffs have failed to plead a viable claim under Section 10(b), their claim for "control" person liability under Section 20(a) (Count Two) must necessarily fail as well.

WHEREFORE, Defendants respectfully request that the Court dismiss the Consolidated Class Action Complaint with prejudice and award such further relief as is just.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request to be heard at oral argument on their motion to dismiss.

Dated: March 9, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Shlomo Fellig*
Shlomo Fellig (BBO# 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6000
Fax: (617) 948-6001
Email: shlomo.fellig@lw.com

Sarah A. Tomkowiak (pro hac vice)
Susan E. Engel (pro hac vice)
Richard Frohlichstein (pro hac vice)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: sarah.tomkowiak@lw.com
         susan.engel@lw.com
         richard.frohlichstein@lw.com

Michele D. Johnson (pro hac vice)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: michele.johnson@lw.com

Nicholas Rosellini (pro hac vice)
505 Montgomery Street, Suite 2000

San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email: nick.rosellini@lw.com

*Attorneys for Defendants*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred in a good faith effort to resolve or narrow the issues raised in this motion. Plaintiffs oppose the relief requested in this motion.

/s/ *Shlomo Fellig*
Shlomo Fellig

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on March 9, 2026 to those identified as non-registered participants.

/s/ *Shlomo Fellig*
Shlomo Fellig