# APPENDIX A

*In re Sarepta Therapeutics, Inc. Securities Litigation*, 1:25-cv-13530-BEM

**APPENDIX A TO DEFENDANTS' MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

**Section VI.A — Statements Touting the Safety of Sarepta's rAAVrh74 Gene Therapy Platform**

| No. | Source | Individual defendants | AC ¶ | Challenged Statement[1] | Reasons Why Not False Or Misleading |
|---|---|---|---|---|---|
| 1. | **June 22, 2023 Press Release**<br><br>Ex. 5 at 3 | Company press release; no individual defendant identified | ¶ 212 | "ELEVIDYS is approved under accelerated review based on expression of ELEVIDYS micro-dystrophin in skeletal muscle. Continued approval for this indication in this and other age groups will be contingent upon verification of a clinical benefit in confirmatory trials. ***ELEVIDYS has met the full statutory standards for safety*** and effectiveness and as such is not considered investigational or experimental." | • Opinion<br><br>• Not False/Misleading<br><br><br>*See* Mot. at 16. |
| 2. | **August 2, 2023 Investor Call**<br><br>Ex. 28 at 14 | Douglas S. Ingram | ¶ 214 | "Assuming that EMBARK is successful, we would assume that all age limitations will be removed from the label and that gets us to the majority of patients, both ambulatory, nonambulatory and all age ranges. As we've said, we've had conversations with the agency about removing all of the age ranges. ***There would be no logical basis to assume that ambulation status would be a reason to limit access***. It's not as if this protein is aware that a patient is in a wheelchair or not. So we feel very confident about that." | • Opinion<br><br>• Not False/Misleading<br><br><br>*See* Mot. at 16-17. |
| 3. | **Q2 2023 Form 10-Q (filed August 2, 2023)**<br><br>Ex. 7 at 60-61 | Douglas S. Ingram; Ian M. Estepan (signatories) | ¶ 215 | "We have implemented a compliance program, which is ***based on industry best practices and is designed to ensure that our activities comply with all applicable laws, regulations and industry standards***. While our compliance program is intended to detect and prevent potential non- | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading |

---

[1] Text in black listed here is taken directly from the Amended Complaint.  Alterations and emphasis are as presented in the Amended Complaint. Text in blue is taken from the source itself and is added here to contextualize the quotes in the Amended Complaint.

| | | | | compliance, we **cannot be certain** that compliance will be assured. **If** our operations are found to be in violation of any of the laws described above or any other laws, rules or regulations that apply to us, we will be subject to penalties, including civil and criminal penalties, damages, fines and the curtailment or restructuring of our operations. Any penalties, damages, fines, curtailment or restructuring of our operations could adversely affect our ability to operate our business and our financial results. Responding to government investigations, defending any claims raised, and any resulting fines, restitution, damages and penalties, settlement payments or administrative actions, as well as any related actions brought by stockholders or other third parties, could have a material impact on our reputation, business and financial condition and divert the attention of our management from operating our business." | *See* Mot. at 16, 20. |
|---|---|---|---|---|---|
| 4. | **September 11, 2023 Morgan Stanley Global Healthcare Conference Presentation**<br><br>Ex. 42 at 5 | Douglas S. Ingram | ¶ 216 | Ingram touted Elevidys' safety profile, acknowledging that it is one of "the most important two metrics for us."<br><br>"the safety profile for ELEVIDYS, as it has been for some time now. It's **a laudable safety profile given its potential benefit**." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 5. | **October 30, 2023 Investor Call**<br><br>Ex. 8 at 5 | Douglas S. Ingram | ¶ 218 | "there are no new safety signals that have emerged confirming the **laudable profile** upon which Elevidys was approved in June." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 6. | **October 30, 2023 Investor Call**<br><br>Ex. 8 at 5 | Louise Rodino-Klapac | ¶ 218 | "Regarding safety, Importantly, no new safety signals were identified with a profile consistent with our previous studies. **Benefit risk is favorable** and strengthened by this additional data from EMBARK." | • Puffery<br>• Opinion<br>• Forward Looking Statement |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | • Not False/Misleading<br><br>*See* Mot. at 16-18. |
| 7. | **October 30, 2023 Press Release**<br><br>Ex. 9 at 1<br><br>Ex. 9 at 2 | Company press release; no individual defendant identified | ¶ 219 | "There were no new safety signals in the EMBARK study, reinforcing the *favorable and manageable safety profile observed with ELEVIDYS to date*."<br><br>"Continued approval for this indication may be contingent upon verification of a clinical benefit in confirmatory trials. ELEVIDYS has met the *full statutory standards for safety*." | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 8. | **November 1, 2023 Investor Call**<br><br>Ex. 43 at 4 | Douglas S. Ingram | ¶ 220 | "[T]he results of EMBARK confirm that ELEVIDYS stabilizes muscles, slows or entirely arrest decline, *does so across the ages* and does so with *a laudable safety profile not shared by other programs for Duchenne*." | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br>*See* Mot. at 16-18. |
| 9. | **November 1, 2023 Investor Call**<br><br>Ex. 43 at 18 | Douglas S. Ingram | ¶ 221 | "[W]ith the benefit of many years of experience, we are exceptionally proud of [a]nd frankly, nothing less than thrilled with the particular capsid and construct that we have. It's shown not only [that] it is able to intervene, protect these muscles of these children and arrest the decline that *it can do that with a particularly laudable safety profile* given the amount of therapy required here and the fact that it's full body infusions. *rh74 has been a standout.* And we're quite confident that anyone who is rational who had an opportunity to make a decision today about what capsid they would use and what construct they would develop. I'm sure they would do their best to try to copy us." | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 10. | **November 1, 2023 Investor Call**<br><br>Ex. 43 at 15 | Louise Rodino-Klapac | ¶ 222 | [Question]: I recall myocarditis events being discussed at the AdCom, including 1 event that had occurred in EMBARK at the | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading |

| | | | | time. Just curious if there are any additional safety events of this nature that occurred in the study or any other SAEs leading to hospitalization? | *See* Mot. at 16, 18. |
|---|---|---|---|---|---|
| | | | | "we did not see any differences in the types of SAEs or the frequency of those SAEs that was one of the most reassuring things about EMBARK was *the continued safety profile* and now taken together all of the previous trials, we have a *large safety data base that's consistent* on those trials." | |
| 11. | **January 8, 2024 J.P. Morgan Healthcare Conference Presentation**<br><br>Ex. 27 at 6 | Douglas S. Ingram | ¶ 224 | " [ELEVIDYS] is working equally well across ages as its mechanism of action would have suggested. *Its safety and tolerability has been stable and laudable across many studies, across ages and across ambulatory status*." | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br><br>*See* Mot. at 16, 18. |
| 12. | **March 11, 2024 Leerink Partners Global Biopharma Conference Presentation**<br><br>Ex. 44 at 9<br><br>Ex. 44 at 11-12 | Douglas S. Ingram | ¶ 225 | "We are thrilled with the *product quality* of ELEVIDYS, the amount of expression, the functional results, *the safety profile relative to other AAVs that have been used*. So I'm thrilled where we are."<br><br>"I think many people chose AAV9 at a time when it made a lot of sense to choose AAV9. AAV9 is a muscle tropic AAV. And I think the animal modeling would have suggested it would be an acceptable approach. I think with the benefit of hindsight now, years after the fact, I think we now have learned empirically *that AAV9 has significant issues from a safety perspective*. So that's – it's not a criticism for the choices made. But *we are very pleased that we chose rh74* with the benefit of scientific hindsight. | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br><br>*See* Mot. at 16, 18. |
| 13. | **March 12, 2024 Barclays Global Healthcare Investor Conference Presentation** | Douglas S. Ingram | ¶ 226 | Question: So how likely you think you will be able to get a non-ambulatory patient in the label?<br><br>"Well, it's hard to give a statistical probability, as you can well imagine, we think that there is an | • Opinion<br><br>• Not False/Misleading |

| | | | | | |
|---|---|---|---|---|---|
| | Ex. 45 at 6-7 | | | enormous justification for it. We have dosed *a number of non-ambulant patients*. [We have] *dosed patients that are very old*, 26 years old, and [have been] non-ambulant for a very long time. *We dosed very large patients.* 80 kgs I believe the largest patient and the most gene therapy ever received. *We have not to date seen any differences in the AE rates,* which is the issue that one might worry about or the either the kinds of AEs or the rate of AEs in there." | *See* Mot. at 16-17. |
| 14. | **March 12, 2024 Barclays Global Healthcare Investor Conference Presentation**<br><br>Ex. 45 at 7-8 | Douglas S. Ingram | ¶ 227 | "I'm assuming between our trial and other studies that we've done in the past, we're probably 10, 20, maybe patients worth of data. So a pretty significant amount of data and data that relates to some of the most potentially compromised patients, and they've done very well. And as I've said before, *some of the largest patients, which from a viral load perspective, are probably the greatest viral load that perhaps anyone has ever received with the gene therapy. And again, I would repeat, so far, we've seen no difference in the safety profile.*" | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18 |
| 15. | **June 21, 2024 Investor Call**<br><br>Ex. 16 at 13 | Douglas S. Ingram | ¶ 229 | "[T]he *amount of data that supports the benefit, the safety*, and the efficacy of this therapy [Elevidys] *is enormous*. We've dosed hundreds of kids in clinical trials. And now between clinical trials and commercial, we've dosed many hundreds of kids, over 400 kids and young men." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 16. | **June 21, 2024 Investor Call**<br><br>Ex. 16 at 4 | Douglas S. Ingram | ¶ 230 | "In the interest of time, I will not review all of the data supporting the expanded label, and I would direct those interested to the FDA's decisional memo, but allow me to linger for a moment on the amount of evidence supporting the FDA's approval. Confirming the strong biological rationale and preclinical evidence for ELEVIDYS are four studies, covering 218 patients spanning the broadest range of both weights and ages of any Duchenne therapy approved to date. In fact, we | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | have dosed more nonambulatory patients to support our approval than the trials for all other approved Duchenne therapies to date." | |
| 17. | **June 21, 2024 Investor Call**<br><br>Ex. 16 at 20 | Douglas S. Ingram | ¶ 231 | "we have more experience with the ambulatory than nonambulatory. So in that regard, there's a difference in feedback just because of the number of patients. But what we've seen so far in the infusion is that we see a very similar *[T]he first big issue is safety.[2] We see a very similar safety profile between the nonambulatory and ambulatory patients.* And we've heard the early indications for nonambulatory patients is very exciting for what we could see with the nonambulatory patient population." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 18. | **August 7, 2024 Investor Call**<br><br>Ex. 31 at 20 | Douglas S. Ingram | ¶ 233 | [Re rh74, following expanded treatment in previous quarter]<br><br>"to the best of my knowledge, we're seeing a very *stable safety profile* as well based on that monitoring [ beliefs ] at least -- in particular, if I'm getting any of that wrong, please let me know." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 19. | **August 7, 2024 Investor Call**<br><br>Ex. 31 at 21 | Louise Rodino-Klapac | ¶ 233 | [Confirming Doug's statement above regarding stable safety profile for rh74]<br><br>"That's exactly right, sir.  That's it." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 20. | **September 6, 2024 Morgan Stanley Global Healthcare Conference Presentation**<br><br>Ex. 46 at 8 | Douglas S. Ingram | ¶ 234 | "So one thing we have to remember, people often think, well, how many kids can you dose? That's not the question. The question is on a site, how many kids can you thoughtfully dose and then do the appropriate monitoring and follow-up. I think one of the things I'm very proud of is that ELEVIDYS has had *a very good safety profile* | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |

---

[2] This is misquoted in the Amended Complaint. It should say "the biggest first issue is safety."

6

| | | | | | |
|---|---|---|---|---|---|
| | | | | *relative to other programs* and I want to ensure that continues through being very thoughtful." | |
| 21. | **November 6, 2024 Investor Call**<br><br>Ex. 47 at 12<br><br>Ex. 47 at 13 | Douglas S. Ingram | ¶ 236 | "And one of the things that we're really benefiting [from] right now is [that] *the amount of evidence and data that we have that supports bringing ELEVIDYS to a broad group of Duchenne patients is great* and gives us a lot to talk about."[3]<br><br>Ingram further touted the "It's making sure that you have sites that are well-educated, well-informed, expert and that they have the ability to manage and monitor kids post dosing so that we always have this extraordinarily positive safety and efficacy profile that we have today with ELEVIDYS at least from my perspective." | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 22. | **November 6, 2024 Investor Call**<br><br>Ex. 47 at 6 | Louise Rodino-Klapac | ¶ 237 | "In addition to the EMBARK data, we've also presented safety and expression data from Study 103 or ENDEAVOR, *demonstrating consistent safety* and expression *data across ambulatory and non-ambulatory patients.* As at the end of October 2024, we have dosed over 80 late ambulatory and non-ambulatory patients within our clinical program and *continue to see a consistent safety profile.*" | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 23. | **November 6, 2024 Investor Call**<br><br>Ex. 47 at 11<br><br>Ex. 47 at 18 | Douglas S. Ingram | ¶ 238 | "We have an extraordinary amount of experience with ELEVIDYS. Louise will have mentioned to you that we've already dosed between clinicals and some commercial 80 or so, probably more than that by now, about 80 patients that are either late ambulatory or non-ambulatory in addition to all of the other patients who dose. And as you know, *we've not seen a difference in any safety metrics.* So the things that look great, *the profile of the therapy looks great*, and the launch is going great.<br><br>* * * | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |

---

[3] This is misquoted in the Amended Complaint. It should say "…to a broad group of Duchenne patients is great. It gives us a lot to talk about."

7

| | | | | I think that as more information comes out about the number of patients that have been dosed in the late-ambulatory, non-ambulatory setting and ***the safety profile that we're seeing there, which is the same as the ambulatory patients***, it's only going to increase that awareness and excitement. We've already dosed kids in the mid-20s who are obviously non-ambulatory and we have start forms of men in their late 30s, which is very, very advanced for Duchenne muscular dystrophy." | |
|---|---|---|---|---|---|
| 24. | **January 13, 2025 J.P. Morgan Healthcare Conference Presentation**<br><br>Ex. 40 at 5 | Douglas S. Ingram | ¶ 240 | "Elevidys when it was approved, was approved not only for ambulatory patients, for non-ambulatory patients. At the time of its approval, we had dosed more non-ambulatory patients with Elevidys than any other Duchenne therapy ever approved at the time of its approval. And as we sit here today, we've dosed, going on, 100 non-ambulatory patients . . . . We've dosed children as young as two years old with Elevidys. We've dosed men in their mid-20s with Elevidys. We've dosed children as light as 26 pounds with Elevidys. We've dosed men that are 290-plus pounds with Elevidys. And I did not misspeak, over 290 pounds, and across that entire continuum of ambulatory, non-ambulatory, young, older, lighter, heavier. ***The profile of Elevidys, both from safety and efficacy, remains consistent and the same . . . and we understand the safety and efficacy of Elevidys very well.*** <span style="color:blue">We're not slowing down. We're continuing to do work to understand this brilliant therapy even better, but also to unleash more opportunity with ELEVIDYS."</span> | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br><br>*See* Mot. at 16, 18. |
| 25. | **January 27, 2025 Investor Call**<br><br>Ex. 48 at 9<br><br>Ex. 48 at 13 | Douglas S. Ingram | ¶ 241 | "We've dosed over 600 patients. We've dosed children as young as two years old. We dosed young men in their mid-20s. We've dosed very light children, 26 pounds. We dosed literally men that are almost 300 pounds. We've dosed a significant number of non-ambulatory patients. ***So we've got this enormous amount of wealth of data showing the safety and efficacy of this*** | • Puffery<br><br>• Opinion<br><br>• Not False/Misleading<br><br><br>*See* Mot. at 16, 18. |

8

| | | | | *therapy*. …While [T]here is an *enormous amount of data* already supporting the *safe and efficacious use of Elevidys across a very broad patient population* of Duchenne muscular dystrophy. This data is going to be is extraordinarily important as well going forward. It's important not only because it's a larger data set, not only because we get to see it over 2 years, but there are things in this data that we have not yet been able to look at, for instance, the muscle MRI. We had a very, very small subset of some muscle MRI historically." | |
|---|---|---|---|---|---|
| 26. | **February 26, 2025 Investor Call**<br><br>Ex. 49 at 13 | Douglas S. Ingram | ¶ 243 | "*We understand . . . the safety profile*, and we understand the power, of our [gene therapy] constructs and our promoter [i.e., rh74] to get really good expression and *get it safely*." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18. |
| 27. | **March 18, 2025 Press Release**<br><br>Ex. 17 at 1 | Company press release; no individual defendant identified | ¶ 245 | "acute liver injury is a known possible side effect of ELEVIDYS *and other AAV-mediated gene therapies* and is highlighted in the prescribing information."<br><br>Defendants assured investors that ["although"] this adverse event did not represent a "new safety signal [relative to the character and magnitude of risk that had already been disclosed] and the benefit-risk of ELEVIDYS remains positive, acute liver failure (ALF) leading to death represents a severity of acute liver injury not previously reported for ELEVIDYS, which to date has been used to treat more than 800 patients in clinical trials or as a prescribed therapy." | • Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 19. |
| 28. | **May 6, 2025 Investor Call**<br><br>Ex. 50 at 5<br><br>Ex. 50 at 13 | Douglas S. Ingram | ¶ 247 | The case of acute liver failure was "so *markedly different* than all other experience with Elevidys. … | • Puffery<br>• Opinion<br>• Not False/Misleading |

| | | | | "It is true that every AAV-mediated gene therapy comes with a risk of elevated liver enzymes. And in other cases, there have been significant consequences for that. They are rare. With respect to us, they are particularly rare. In fact, this **one incident is unique**, not only in its outcome, but even in the sort of the course of it." | *See* Mot. at 16, 18. |
|---|---|---|---|---|---|
| 29. | **May 6, 2025 Investor Call**<br><br>Ex. 50 at 14 | Douglas S. Ingram | ¶ 248 | "*[I]n the context of AAV-mediated gene therapy.* It's in the context of the understanding that ***there is always a risk of elevated liver enzymes*** in the vast majority of cases, [a]nd with ***this one case being the only exception***, they respond very rapidly to a modest increase in steroids and come back down to baseline." | • Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 18-19. |
| 30. | **May 6, 2025 Investor Call**<br><br>Ex. 50 at 8 | Louise Rodino-Klapac | ¶ 249 | "The totality of our data in over 800 patients support safety of ELEVIDYS weight-based dosing across the label population of patients with Duchenne, ***regardless of ambulatory status***. Life cycle development for ELEVIDYS continues to progress, highlighted by multiple activities." | • Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 19. |
| 31. | **May 6, 2025 Investor Call**<br><br>Ex. 50 at 17 | Douglas S. Ingram | ¶ 250 | "there is ***no difference*** between ambulatory and non-ambulatory and for instance, risk of elevated liver enzymes or ***liver injury***. So there really should be no reason if we educate properly why there would be a significant difference in start forms." | • Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 19. |
| 32. | **May 6, 2025 Investor Call**<br><br>Ex. 50 at 20<br><br>Ex. 50 at 23 | Douglas S. Ingram | ¶ 251 | "We dosed well over 800 patients. So generally speaking, we know the safety profile of this therapy . . . Is there something about being ambulatory versus non-ambulatory that plays a role? And the answer to that is ***no.*** We looked at ***all the signals,*** there is ***no reason to believe that at all.*** All of the liver enzyme issues are the same across ambulatory or nonambulatory, [ delivery room ] is the same. But then I think the next big thing that families need to understand is the efficacy." | • Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 19. |

| 33. | **May 6, 2025 Investor Call**<br><br>Ex. 50 at 13 | Douglas S. Ingram | ¶ 252 | "Elevidys has *one of the most impressive safety profiles in the context of AAV-mediated gene therapy that has ever existed*. It is true that every AAV-mediated gene therapy comes with a risk of elevated liver enzymes. And in other cases, there have been significant consequences for that. They are rare. With respect to us, they are particularly rare." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 19. |
|---|---|---|---|---|---|
| 34. | **May 6, 2025 Investor Call**<br><br>Ex. 50 at 8 | Douglas S. Ingram | ¶ 253 | "We use the same vector, rh74, in both Elevidys and our LGMD programs, which has a *differentiated safety profile* and high transduction efficiency." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 19. |
| 35. | **May 16, 2025 Press Release**<br><br>Ex. 51 at 1 | Company press release; no individual defendant identified | ¶ 255 | "*no new safety signals were observed* in the EMBARK study over the two-year duration and, in a subset of patients (n=16), microdystrophin expression and sarcolemmal localization was sustained from Week 12 to Week 64." | • Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 19 |
| 36. | **June 16, 2025 Investor Call**<br><br>Ex. 19 at 13 | Douglas S. Ingram | ¶ 259 | Ingram assured investors that rh74's safety profile was no worse than any other gene therapy platform's, stating, "it's *no greater signal*, I should note, *than other full-body gene therapy infusions* that are commercially available today." | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 19. |
| 37. | **June 16, 2025 Investor Call**<br><br>Ex. 19 at 13 | Douglas S. Ingram | ¶ 260 | "On the fact that we haven't seen this before, first, I will note on manufacturing. my tech ops team have looked carefully at all of this. *[W]e've seen no signals that there's anything in manufacturing that would explain this.* Very likely this is the result of the fact that this signal is a *very rare one*."[4] | • Puffery<br>• Opinion<br>• Not False/Misleading<br><br>*See* Mot. at 16, 19. |

---

[4] This is misquoted in the Amended Complaint. It should say "…this signal is a very, very rare one."

| 38. | **June 16, 2025 Investor Call**<br><br>Ex. 19 at 8 | Douglas S. Ingram | ¶ 262 | "What we can say is that the signal for ALF is obviously exceptionally rare and has only emerged in the non-ambulatory patient population right now. To remind you, we have dosed well over 900 patients. We've been dosing for seven years. At the time of our first approval and our broader approval, ***we had no signal of this serious ALF concept***. We had elevated liver enzymes in a minority of patients. They responded very rapidly to modest increases in steroids. So we're following the available objective evidence that we have right now. Obviously, as Louise mentioned, the ambulatory status is very likely a surrogate for disease progression. And certainly, once we have developed this protocol and we were able to implement it with the nonambulatory patient population, physicians can use their judgment to determine the circumstances in which they see it as a valuable additional prophylactic for other patients as well in their medical judgment." | • Opinion<br><br>• Not False/Misleading<br><br><br>*See* Mot. at 16, 19. |
| 39. | **June 16, 2025 Investor Call**<br><br>Ex. 19 at 15 | Louise Rodino-Klapac | ¶ 263 | "For LGMD, I think it's important to remind that the disease progression is different and unique in LGMD as compared to DMD. ***We have not seen a signal of ALF in this population***. We have seen elevated liver enzymes. Another difference is that there is an overall lower dose in the limb-girdle programs versus DMD as well. With all that said, it's certainly something that we will consider as we implement the immunosuppression with sirolimus in the DMD population. We will consider it for a limb-girdle, but it would be a data-driven decision if we decide to go there." | • Opinion<br><br>• Not False/Misleading<br><br><br>*See* Mot. at 16, 19-20. |
| 40. | **July 16, 2025 Investor Call**<br><br>Ex. 34 at 22 | Douglas S. Ingram | ¶ 267 | "On the first limb-girdle, the process we went through with respect to the strategic plan was to do essentially a risk-adjusted net present value, ***considering all the costs and the ultimate opportunity***, some of the most painful decisions that we had to make. In fact, I would argue probably the most painful decisions we had to | • Opinion<br><br>• Not False/Misleading<br><br><br>*See* Mot. at 16, 19-20. |

| | | | | make was deciding that we couldn't justify continuing with the limb-girdle program. So it was on — it was really on the viability issue and ***the cost issue for them***.” | |

**Section VI.B — Statements Touting the Progress of the LGMD Program**

| No. | Source | Individual defendants | AC ¶ | Challenged Statement | Reasons Why Not False Or Misleading |
|---|---|---|---|---|---|
| 41. | **August 2, 2023 Investor Call** <br><br> Ex. 28 at 7 | Louise Rodino-Klapac | ¶ 269 | “We remain committed to advancing our LGMD portfolio across a variety of subtypes . . . . We also continue to make progress in manufacturing for all LGMD candidates in our pipeline.” <br> … <br> “[W]e have fully enrolled Journey, our LGMD natural history study.” | • Puffery <br><br> • Opinion <br><br> • Forward Looking Statement <br><br> • Not False/Misleading <br><br><br> *See* Mot. at 21, 22-23. |
| 42. | **August 2, 2023 Investor Call** <br><br> Ex. 28 at 7 | Louise Rodino-Klapac | ¶ 270 | Sarepta's “innovative dual vector strategy allows us to deliver the full length dysferlin gene, the sole cause of LGMD 2B. We also continue to make progress in manufacturing for all LGMD candidates in our pipeline and look forward to initiating clinical studies as rapidly as possible.” | • Puffery <br><br> • Not False/Misleading <br><br><br> *See* Mot. at 21, 23. |
| 43. | **November 1, 2023 Investor Call** <br><br> Ex. 43 at 6-7 | Louise Rodino-Klapac | ¶ 272 | “First, limb-girdle muscular dystrophy or LGMD. We remain committed to advancing our LGMD portfolio across a variety of subtypes and look forward to providing continuous updates on these important programs in the months ahead. . . . . ***[W]e completed dosing in our systemic pilot study***, NAVIGENE for SRP-6004 dual vector rh74-mediated gene therapy to treat individuals with LGMD2B.” | • Puffery <br><br> • Forward Looking Statement <br><br> • Not False/Misleading <br><br><br> *See* Mot. at 21, 23-24. |
| 44. | **November 9, 2023 UBS Biopharma Conference Presentation** <br><br> Ex. 10 at 12-13 | Ian M. Estepan | ¶ 273 | ***“So limb-girdle, obviously making good progress.”*** <br> … <br> “I certainly think the 9001 results now seeing a functional benefit on the secondaries help support what we're seeing between both programs, which is an upregulation of the dystrophin-associated protein complex, which | • Puffery <br><br> • Opinion <br><br> • Forward Looking Statement <br><br> • Not False/Misleading |

13

| | | | | |
|---|---|---|---|---|
| | | | provides the mechanism as to why these drugs should theoretically be working. And we've seen that both in Duchenne and limb-girdle. So I think – and we're going to engage with the agency to discuss what would be necessary from a post-marketing commitment that would enable an accelerated approval for the limb-girdle. So *very pleased with the way that's progressing*." | *See* Mot. at 21-23. |
| 45. | **August 7, 2024 Investor Call**<br><br>Ex. 31 at 9 | Louise Rodino-Klapac | ¶ 275 | *"we are very pleased with the progress of our LGMD portfolio*, and expect to have 3 of our LGMDs in the clinic in less than 9 months. … We are *maximizing the synergies* across this platform from both an R&D and manufacturing perspective, and our sights are firmly set on *accelerating the remainder of the LGMD assets to the clinic."* | • Puffery<br>• Opinion<br>• Forward Looking Statement<br>• Not False/Misleading<br><br>*See* Mot. at 21-23. |
| 46. | **August 7, 2024 Investor Call**<br><br>Ex. 31 at 9 | Louise Rodino-Klapac | ¶ 276 | "[W]e are also *rapidly progressing* our program for SRP-9005 for the treatment of limb-girdle muscular dystrophy type 2C or gamma-sarcoglycanopathy." | • Puffery<br>• Opinion<br>• Forward Looking Statement<br>• Not False/Misleading<br><br>*See* Mot. at 21, 23. |
| 47. | **August 7, 2024 Investor Call**<br><br>Ex. 31 at 24 | Louise Rodino-Klapac | ¶ 277 | [Sarepta was] "using the ELEVIDYS experience to help accelerate the LGMD platform. We've been using the same rh74 vector for these programs and just to cite the sarcoglycanopathies, the similarities between them. We've received Fast Track Designation, as I mentioned in my remarks, and "pulling on every lever possible with FDA to *make sure that we're moving in the fastest speed possible."* | • Puffery<br>• Opinion<br>• Forward Looking Statement<br>• Not False/Misleading<br><br>*See* Mot. at 21, 23. |
| 48. | **November 6, 2024 Investor Call**<br><br>Ex. 47 at 5 | Douglas S. Ingram | ¶ 279 | [LGMD program is] "*mov[ing] rapidly into late-stage clinical,"* and that the Company was poised [for] "commencement of our trials for SRP-9005 to treat LGMD type 2C in early 2025, | • Puffery<br>• Opinion<br>• Forward Looking Statement |

14

| | | | | | |
|---|---|---|---|---|---|
| | | | | both of which trials are intended to support accelerated approval." | • Not False/Misleading<br><br>*See* Mot. at 21-23. |
| 49. | **November 6, 2024 Investor Call**<br><br>Ex. 47 at 7 | Louise Rodino-Klapac | ¶ 280 | [Sarepta was] "very pleased with ***the progress of our LGMD portfolio*** and expect to have three of our LGMDs in the clinic in less than six months. We are ***maximizing the synergies*** across this platform from both an R&D and ***manufacturing perspective***, and our sites are firmly set on ***accelerating the remainder of the LGMD assets to the clinic***."<br>…<br>"[W]e are also rapidly progressing our program for SRP-9005 for the treatment of limb-girdle muscular dystrophy type 2C, or gamma-sarcoglycanopathy."; the program was "progressing to the clinic." | • Puffery<br>• Opinion<br>• Forward Looking Statement<br>• Not False/Misleading<br><br>*See* Mot. at 21-23. |
| 50. | **November 6, 2024 Investor Call**<br><br>Ex. 47 at 13<br><br>Ex. 47 at 17 | Douglas S. Ingram | ¶¶ 281–282 | [Re LGMD program]<br><br>"The second big effort of this organization right now is advancing our internal pipeline. ***We're getting a lot of great traction there*** . . . . [I]n the next few months really will be in clinical trials on three of our limb-girdle program. ***So that's really beginning to accelerate and we're very, very excited about that. That's what we're focused on as an organization right now.***"<br>…<br>"[W]e're really starting to make traction and move fast on our limb-girdle portfolio." | • Puffery<br>• Opinion<br>• Forward Looking Statement<br>• Not False/Misleading<br><br>*See* Mot. at 21, 23-24. |
| 51. | **November 26, 2024 Investor Call**<br><br>Ex. 52 at 11 | Douglas S. Ingram | ¶ 283 | [Sarepta remained] "***very, very committed to driving our limb-girdle programs*** . . . . I don't want anyone to get the false impression that this [Arrowhead] is a deprioritization of programs like our limb-girdle gene therapy programs, ***which it isn't.***" | • Puffery<br>• Opinion<br>• Forward Looking Statement<br>• Not False/Misleading<br><br>*See* Mot. at 21, 23-24. |

15

| No. | Source | Individual defendants who made the statement | AC ¶ | Challenged Statement | Reasons Why Not False Or Misleading |
|-----|--------|----------------------------------------------|------|----------------------|-------------------------------------|
| 52. | **January 13, 2025 J.P. Morgan Healthcare Conference Presentation**<br><br>Ex. 40 at 6 | Douglas S. Ingram | ¶ 285 | [LGMD therapies] [SARCs]were "significantly derisked, and ***they are relatively late stage.***" | • Puffery<br>• Opinion<br>• Forward Looking Statement<br>• Not False/Misleading<br><br>*See* Mot. at 21-23. |
| 53. | **February 26, 2025 Investor Call**<br><br>Ex. 49 at 5 | Douglas S. Ingram | ¶ 286 | "we are now ***moving rapidly*** with our LGMD platform. We are continuing to dose our study for SRP-9004 to treat LGMD Type 2D, and we have initiated our registration study for SRP-9005 to treat LGMD type 2C." | • Puffery<br>• Opinion<br>• Forward Looking Statement<br>• Not False/Misleading<br><br>*See* Mot. at 21-23. |

**Section VI.C — Statements Regarding the Status of the ESSENCE Trial**

| No. | Source | Individual defendants who made the statement | AC ¶ | Challenged Statement | Reasons Why Not False Or Misleading |
|-----|--------|----------------------------------------------|------|----------------------|-------------------------------------|
| 54. | **Multiple SEC filings**<br><br>**2023 Form 10-K (filed February 28, 2024)**:<br><br>Ex. 12 at 45<br><br>Ex. 12 at 43<br><br>Ex. 12 at 58<br><br>**2024 Form 10-K (filed February 28, 2025)**: | Douglas S. Ingram; Ian M. Estepan (signatories) | ¶¶ 288–289 | "In addition, the impact of COVID-19 has caused disruptions and may cause future delays in some of our clinical trials. Responses to COVID-19 by healthcare providers and regulatory agencies ***could*** delay the commencement of clinical trials, site initiation, protocol compliance, or the completion of clinical trials, including the completion of post-marketing requirements and commitments, slow down enrollment, and make the ongoing collection of data for patients enrolled in studies more difficult or intermittent."<br><br>"[T]he COVID-19 pandemic may impact patient ability and willingness to travel to clinical trial sites as a result | • Not False/Misleading<br><br>*See* Mot. at 25. |

16

| | | | | |
|---|---|---|---|---|
| Ex. 53 at 42 | | | of quarantines and other restrictions, which *may negatively impact enrollment in our clinical trials.*" | |
| **Q2 2023 Form 10-Q (filed August 2, 2023)**: | | | 2023 Form 10-K at p. 58: The COVID-19 pandemic has resulted, and may continue to result in disruptions to our commercialization, clinical trials, manufacturing and other business operations, which could have a material adverse effect on our business, financial condition, operating results, cash flows and prospects… The response to COVID-19 by healthcare providers has made it difficult for some patients, especially those dependent on a hospital setting, to receive infusions or initiate treatment with our commercial products… The impact of COVID-19 has caused disruptions and may cause delays in some of our clinical trials. Missing data could undermine data integrity and probability of success." | |
| Ex. 7 at 49 | | | | |
| Ex. 7 at 47 | | | | |
| **Q3 2023 Form 10-Q (filed November 1, 2023)**: | | | | |
| Ex. 54 at 53, 66 | | | | |
| Ex. 54 at 51 | | | | |
| **Q1 2024 Form 10-Q (filed May 1, 2024)**: | | | 2024 10K at p.6: The COVID-19 pandemic has resulted and may continue to result in disruptions to our commercialization, clinical trials, manufacturing and other business operations, which could have a material adverse effect on our business, financial condition, operating results, cash flows and prospects. | |
| Ex. 13 at 45 | | | | |
| Ex. 13 at 43 | | | | |
| **Q2 2024 Form 10-Q (filed August 7, 2024)**: | | | | |
| Ex. 55 at 50 | | | | |
| Ex. 55 at 48 | | | | |
| **Q3 2024 Form 10-Q (filed November 6, 2024)**: | | | | |
| Ex. 41 at 54 | | | | |
| **Q1 2025 Form 10-Q (filed May 6, 2025)**: | | | | |

17

| | | | | | |
|---|---|---|---|---|---|
| | Ex. 59 at 46<br><br>**Q2 2025 Form 10-Q (filed August 6, 2025)**:<br><br>Ex. 56 at 56 | | | | |
| 55. | **Multiple SEC filings**<br><br>**2023 Form 10-K (Filed February 28, 2024)**:<br><br>Ex. 12 at 59<br><br>**Q2 2023 Form 10-Q (filed August 2, 2023)**:<br><br>Ex. 7 at 62<br><br>**Q3 2023 Form 10-Q (filed November 1, 2023)**:<br><br>Ex. 54 at 66<br><br>**Q1 2024 Form 10-Q (filed May 1, 2024)**:<br><br>Ex. 13 at 58<br><br>**Q2 2024 Form 10-Q (filed August 7, 2024)**:<br><br>Ex. 55 at 64<br><br>**Q3 2024 Form 10-Q (filed November 6, 2024)**: | Douglas S. Ingram; Ian M. Estepan (signatories) | ¶ 290 | "The impact of COVID-19 has caused disruptions and may cause delays in some of our clinical trials. ***Missing data could undermine data integrity and probability of success***. The response to COVID-19 by healthcare providers and regulatory agencies ***could*** . . . make the ongoing collection of data for patients enrolled in studies more difficult or intermittent. In addition, as COVID-19 continues to spread, some participants and clinical investigators ***may be*** unable or unwilling to ***comply with clinical trial protocols***. For example, quarantines or other travel limitations (whether voluntary or required) were implemented in many countries during the pandemic, and may impede participant movement, affect sponsor access to study sites, or interrupt healthcare services, which ***may*** negatively impact the execution of clinical trials." | • Not False/Misleading<br><br>*See* Mot. at 25. |

18

| | | | | | |
|---|---|---|---|---|---|
| | Ex. 41 at 68 | | | | |
| 56. | **August 2, 2023 Investor Call**<br><br>Ex. 28 at 7 | Louise Rodino-Klapac | ¶ 293 | "In regard to our post-marketing studies for the PMO, as mentioned last quarter, we completed enrollment in the ESSENCE trial, our post-marketing requirement for Golodirsen and casimersen, and continue to make good progress with our MIS51ON study, which is on track to be fully enrolled this year." | • Puffery<br><br>• Opinion<br><br>• Forward Looking Statement<br><br>• Not False/Misleading<br><br>*See* Mot. at 22-23, 25. |
| 57. | **November 1, 2023 Investor Call**<br><br>Ex. 43 at 7 | Louise Rodino-Klapac | ¶ 293 | "Regarding our post-marketing studies for the PMOs as mentioned last quarter, ***we completed enrollment in the ESSENCE trial***, a post-marketing requirement for golodirsen [i.e., Vyondys] and casimersen [i.e., Amondys]. As a reminder, ESSENCE is a 2-year study and is due to read out in early 2026." | • Opinion<br><br>• Not False/Misleading<br><br>*See* Mot. at 25-26. |
| 58. | **February 28, 2024 Investor Call**<br><br>Ex. 57 at 8 | Louise Rodino-Klapac | ¶ 293 | "Regarding our post-marketing studies for the PMOs as mentioned last quarter, ***we completed enrollment in the ESSENCE trial***, a post-marketing requirement for golodirsen [i.e., Vyondys] and casimersen [i.e., Amondys]. As a reminder, ESSENCE is a 2-year study and is due to read out in early 2026." | • Opinion<br><br>• Not False/Misleading<br><br>*See* Mot. at 25-26. |
| 59. | **Multiple Investor Calls**<br><br>**May 1, 2024**<br><br>Ex. 58 at 8<br><br>**August 7, 2024**<br><br>Ex. 31 at 9<br><br>**November 6, 2024**<br><br>Ex. 47 at 7 | Louise Rodino-Klapac | ¶ 294 | Rodino-Klapac made the following (or substantially similar) statement: "the ESSENCE trial, our post-marketing requirement for golodirsen and casimersen . . . [is] ***fully enrolled and remain[s] on track***."[5] | • Puffery<br><br>• Opinion<br><br>• Forward Looking Statement<br><br>• Not False/Misleading<br><br>*See* Mot. at 25-26. |

---

[5] In Q2 2024, Rodino-Klapac said ESSENCE was "fully enrolled," but did not say it was "on track."

| **February 26, 2025**<br><br>Ex. 49 at 9<br><br>**May 6, 2025**<br><br>Ex. 50 at 9 | | | | |
|---|---|---|---|---|