# EXHIBIT 3

## Summary Basis for Regulatory Action

| | |
|---|---|
| **Date:** | June 21, 2023 |
| **From:** | Emmanuel Adu-Gyamfi, PhD<br>Review Committee Chair<br>Division of Gene Therapy 1<br>Office of Gene Therapy CMC<br>Office of Therapeutic Products |
| **BLA STN:** | 125781/0 |
| **Applicant:** | Sarepta Therapeutics, Inc. |
| **Submission Receipt Date:** | September 28, 2022 |
| **Action Due Date:** | May 29, 2023 |
| **Proper Name:** | delandistrogene moxeparvovec-rokl |
| **Proprietary Name:** | ELEVIDYS |
| **Indication:** | ELEVIDYS is an adeno-associated virus vector-based gene therapy indicated for the treatment of ambulatory pediatric patients aged 4 through 5 years with Duchenne muscular dystrophy (DMD) with a confirmed mutation in the *DMD* gene. This indication is approved under accelerated approval based on expression of ELEVIDYS micro-dystrophin in skeletal muscle observed in patients treated with ELEVIDYS. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory trial(s). |

**Recommended Action:**
Certain members of the Review Committee recommend approval of this Biologics License Application (BLA) via the Accelerated Approval pathway, based on the data relevant to their areas of expertise. However, the Clinical, Clinical Pharmacology, and Statistics review teams and supervisors conclude that the data submitted in the BLA in support of Accelerated Approval of ELEVIDYS is not adequate to meet the threshold for approval. Specifically, there is insufficient evidence to support the use of expression of ELEVIDYS micro-dystrophin as a surrogate endpoint that is "reasonably likely to predict clinical benefit" for Accelerated Approval. Therefore, the Review Committee does not recommend approval of the BLA. The Review Committee's decision was overridden by the Center Director, Dr. Peter Marks. Please refer to Dr. Marks' memo for additional information.

---

**Acting Director, Office of Clinical Evaluation, Office of Therapeutic Products**

---

**Director, Office of Compliance and Biologics Quality**

| Discipline Reviews | Reviewer/Consultant - Office/Division |
|---|---|
| **CMC**<br>• CMC Product (Product Office and OCBQ/DBSQC)<br>• Facilities Review (OCBQ/DMPQ)<br>• Establishment Inspection Report (OCBQ/DMPQ and Product Office)<br>• QC, Test Methods, Product Quality (OCBQ/DBSQC) | Emmanuel Adu-Gyamfi, PhD, CBER/OTP/OGT<br>Lilia Bi, PhD, CBER/OTP/OGT<br>Maureen DeMar, BSN, RN, CBER/OCBQ/DMPQ/ARB<br>Varsha Garnepudi, MS, CBER/OCBQ/DBSQC<br>Simleen Kaur, MSc, CBER/OCBQ/DBSQC<br>Olivia Ou Ma, PhD, CBER/OCBQ/DMPQ/MRB2<br>Tao Pan, PhD, CBER/OCBQ/DBSQC<br>Sukyoung Sohn, PhD, CBER/OTP/OGT<br>Brian Stultz, MS, CBER/OTP/OGT<br>Andrey Sarafanov, PhD, CBER/OTP/OPPT/DH/HB2 |
| **Clinical**<br>• Clinical (Product Office)<br><br>• Postmarketing Safety Pharmacovigilance Review (OBPV/DE)<br>• Bioresearch Monitoring | Mike Singer, MD, PhD, CBER/OTP/OCE<br>Rosa Sherafat-Kazemzadeh, MD, CBER/OTP/OCE<br><br>Brendan Day, MD, MPH, CBER/OBPV/DPV/PB2<br><br>Triet M. Tran, PharmD, CBER/OCBQ/DIS/BMB |
| **Statistical**<br>• Clinical data (OBPV/DB) | Cong Wang, PhD, CBER/OBPV/DB |
| **Pharmacology/Toxicology**<br>• Toxicology (Product Office)<br>• Developmental Toxicology (Product Office)<br>• Animal Pharmacology | Theresa Chen, PhD, CBER/OTP/OPT |
| **Clinical Pharmacology** | Xiaofei Wang, PhD, CBER/OTP/OCE |
| **Labeling**<br>• Promotional (OCBQ/APLB) | Benjamin Cyge, CBER/OCBQ/DCM/APLB |
| **Other Review(s) not captured above categories, for example**:<br>• Consults<br>• Devices | Vishnu Sharma, PhD, CDER/OTS/OCP/DPM<br>Atul Bhattaram, PhD, CDER/OTS/OCP/DPM<br>Elin Cho, MS, CBER/OBPV/DB<br>Rong Rong, MD, PhD, CDRH/OPEQ/OHTVII/DIHD/HB<br>Natasha Thorne, PhD, CDRH/OPEQ/OHTVII/DIHD/HB |
| **Advisory Committee Summary** | Cellular, Tissue, and Gene Therapies 74th Advisory Committee Meeting, May 12, 2023 |

2

**Table of Contents**

1.  Introduction ...........................................................................................................................4

2.  Background ...........................................................................................................................4

3.  Chemistry Manufacturing and Controls ..............................................................................5

    a)  Product Quality .............................................................................................................. 5

    b)  Testing Specifications.................................................................................................... 7

    c)  CBER Lot Release ........................................................................................................ 8

    d)  Facilities Review/Inspection ......................................................................................... 8

    e)  Container/Closure System............................................................................................ 9

    f)  Environmental Assessment ......................................................................................... 10

4.  Nonclinical Pharmacology/Toxicology ..............................................................................10

5.  Clinical Pharmacology .......................................................................................................11

6.  Clinical/Statistical ..............................................................................................................16

    a)  Clinical Program ......................................................................................................... 16

    b)  Bioresearch Monitoring – Clinical/Statistical/Pharmacovigilance........................ 21

    c)  Pediatrics.................................................................................................................... 21

    d)  Other Special Populations .......................................................................................... 21

7.  Safety and Pharmacovigilance ..........................................................................................21

8.  Labeling .............................................................................................................................23

9.  Advisory Committee Meeting .............................................................................................23

10. Other Relevant Regulatory Issues ....................................................................................25

11. Recommendations and Benefit/Risk Assessment .............................................................26

    a)  Recommended Regulatory Action .............................................................................. 26

    b)  Benefit/Risk Assessment............................................................................................ 26

    c)  Recommendation for Postmarketing Activities .......................................................... 28

## 1.  Introduction

Sarepta Therapeutics, Inc. (the Applicant) submitted Biologics Licensing Application STN 125781 to seek Accelerated Approval for delandistrogene moxeparvovec-rokl (SRP-9001; proprietary name ELEVIDYS), based on the proposed surrogate endpoint of expression of ELEVIDYS micro-dystrophin at Week 12 following administration of ELEVIDYS.

ELEVIDYS is an adeno-associated virus (AAV) vector-based gene therapy which encodes a novel, engineered protein, ELEVIDYS micro-dystrophin, that contains selected domains of the dystrophin protein present in normal muscle cells. ELEVIDYS is indicated for the treatment of ambulatory patients aged 4 through 5 years with Duchenne muscular dystrophy (DMD) with a confirmed mutation in the *DMD* gene. The indication is approved under the Accelerated Approval pathway, based on expression of ELEVIDYS micro-dystrophin in skeletal muscle in patients treated with ELEVIDYS in clinical trials. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory clinical trial(s).

As summarized in this document, members of the Review Committee recommended Complete Response for ELEVIDYS. Members of the Review Committee do not consider the available data satisfactory to support use of expression of ELEVIDYS micro-dystrophin as a surrogate endpoint "reasonably likely to predict clinical benefit" for Accelerated Approval of ELEVIDYS for the treatment of ambulatory patients with DMD with a confirmed mutation in the *DMD* gene, or for the treatment of certain subpopulation(s) of ambulatory patients with DMD with a confirmed mutation in the *DMD* gene.

## 2.  Background

### *Disease Background*

DMD is a serious condition with an urgent unmet medical need. DMD results from mutation of the *DMD* (also known as *Dystrophin*) gene, which is carried on the X chromosome. DMD affects about 1 in 3,300 boys. Although histologic and laboratory evidence of myopathy may be present at birth, the clinical onset of skeletal muscle weakness usually does not become evident until early childhood. The average age at diagnosis is approximately 5 years.

Weakness is symmetric and progressive, beginning in proximal muscles of the limbs and then spreading to distal muscles. The lower extremities are affected first, followed by the upper extremities. Isoforms of the dystrophin protein are also normally expressed in cells of the heart and brain. DMD also manifests with dilated cardiomyopathy, as well as cardiac conduction abnormalities. About one-third of affected boys have cognitive and behavioral difficulties, including reduced verbal activity and attention.

Boys with DMD typically lose the ability to walk by age 12 or 13 years, and in the past would die by late adolescence or their early twenties, due to respiratory insufficiency or cardiomyopathy. Median life expectancy more recently has increased into the fourth decade, primarily through improved respiratory management and cardiac care.

There is no cure for DMD. The main pharmacologic treatment is corticosteroids, usually deflazacort or prednisone, typically initiated in boys aged 4 years or older. Deflazacort delays loss of motor strength and ambulation, and is the only available therapy to receive FDA approval via the traditional approval pathway.

Four antisense oligonucleotide drugs (eteplirsen [Exondys 51], golodirsen [Vyondys 53], viltolarsen [Viltepso], and casimersen [Amondys 45]) which promote exon skipping have received FDA approval via the Accelerated Approval pathway. In each case, approval was based on the surrogate endpoint of expression of internally-truncated dystrophin protein in a subset of patients with specific *DMD* mutations. The clinical benefit of all four of these drugs remains to be verified.

## *Product Description*

ELEVIDYS consists of a 4.7-kilobase codon-optimized DNA vector genome enclosed within a simian AAV serotype rh74 capsid. Each virion potentially contains a single copy of the vector genome. The vector genome encodes ELEVIDYS micro-dystrophin, a novel, engineered protein consisting of selected domains of the normal, full-length dystrophin protein. The expression cassette contains essential elements to control gene expression, including AAV2 inverted terminal repeats, a chimeric (SV40) intron, and a synthetic polyadenylation signal. The *ELEVIDYS micro-dystrophin* gene is under control of the chimeric MHCK7 (α-myosin heavy chain/creatine kinase 7) promoter, to restrict expression to skeletal and cardiac muscle cells.

## *Regulatory History*

The key regulatory history of ELEVIDYS is outlined in Table 1.

**Table 1. Regulatory History**

| Regulatory Event/Milestone | Date |
|---|---|
| 1. Pre-IND meeting | December 15, 2016 |
| 2. IND submission | October 5, 2017 |
| 3. Fast Track designation granted | June 3, 2020 |
| 4. Orphan Drug designation granted (18-6413) | April 20, 2018 |
| 5. BLA 125781/0 submission | September 28, 2022 |
| 6. BLA filed | November 25, 2022 |
| 7. Mid-Cycle communication | January 24, 2023 |
| 8. Late-Cycle meeting | March 13, 2023 |
| 9. Advisory Committee meeting | May 12, 2023 |
| 10. Action Due Date | May 29, 2023 |
| 11. Extended PDUFA Due date | June 22, 2023 |

Source: FDA
Abbreviations: BLA, Biologics License Application; IND, investigational new drug; N/A, not applicable; PDUFA, Prescription Drug User Fee Act.

## 3. Chemistry Manufacturing and Controls

### a) Product Quality

The Chemistry, Manufacturing, and Controls (CMC) review team concludes that the manufacturing process and controls for ELEVIDYS are adequate to yield a product with consistent quality attributes, and the CMC review team recommends approval

**FDA Summary of Discussion:**
The Committee noted that the data from Study 301 are critical, as that study is the first controlled trial using ELEVIDYS manufactured by Process B. Members expressed the concern that, if ELEVIDYS receives Accelerated Approval, patients may drop out of the study to obtain the commercially available product sooner, which may confound the results of Study 301. Without clear evidence to the contrary, patients may be receiving an ineffective product, and patients who have received ELEVDIYS will not be able to receive a future AAV-based treatment.

Members also considered whether it would be ethical to keep patients who have not received ELEVDIYS in the study until study completion if the product is approved. Study 301 is currently fully enrolled. It is difficult to predict whether patients who have not received ELEVDIYS would continue in the study. Some committee members indicated that based on the current enrollment status, there may be a good chance that patients who have not yet received ELEVDIYS will remain in the trial.

5) Discussion Question, Then Voting: Do the overall considerations of benefit and risk, taking into account the existing uncertainties, support Accelerated Approval of SRP-9001—using as a surrogate endpoint, expression of ELEVIDYS micro-dystrophin at Week 12 after administration of ELEVIDYS—for the treatment of ambulatory patients with DMD with a confirmed mutation in the *DMD* gene?

(a) Yes
(b) No
(c) Abstain

**FDA Summary of Discussion:**
The committee voted 8 to 6 in favor of Accelerated Approval of ELEVIDYS.

Several committee members who voted in favor of Accelerated Approval did so despite reservations about the clinical study results and use of ELEVIDYS micro-dystrophin as a surrogate endpoint "reasonably likely to predict clinical benefit."

Testimony by clinical investigators involved in the Applicant's studies, and videos of several study subjects, suggest that ELEVIDYS may provide benefit to some patients. While certainly compelling, these data do not address FDA's broader concerns of how to identify which patients may benefit and which may not, and whether ELEVIDYS micro-dystrophin is a suitable surrogate endpoint "reasonably likely to predict clinical benefit" for Accelerated Approval. Those issues instead are expected to be informed by evidence from adequate and well-controlled studies, which is lacking in this BLA submission.

## 10. Other Relevant Regulatory Issues

The submission was granted Priority Review and was granted a Rare Pediatric Disease Priority Review voucher.

25

## 11. Recommendations and Benefit/Risk Assessment

### a)  Recommended Regulatory Action

The Review Committee recommends Complete Response for BLA 125781, because available data do not support use of expression of ELEVIDYS micro-dystrophin as a surrogate endpoint "reasonably likely to predict clinical benefit" for Accelerated Approval of ELEVIDYS for the treatment of ambulatory patients with DMD with a confirmed mutation in the *DMD* gene, or the treatment of subpopulation(s) of ambulatory patients with DMD with a confirmed mutation in the *DMD* gene. Based on available data, the overall potential benefit associated with Accelerated Approval does not outweigh the known and unknown risks associated with ELEVIDYS.

The Review Committee proposes the following comments be conveyed to the Applicant:

> *Your BLA submission for Accelerated Approval of SRP-9001 provides data from three clinical studies (SRP-9001-101, SRP 9001-102, and SRP-9001-103) involving subjects with Duchenne muscular dystrophy (DMD). Your proposed primary evidence of effectiveness is based on the candidate surrogate endpoint of expression of ELEVIDYS micro-dystrophin protein following administration of ELEVIDYS.*

> *To support Accelerated Approval, the surrogate endpoint must be "reasonably likely to predict clinical benefit." Determination of whether a candidate surrogate endpoint is "reasonably likely to predict clinical benefit" is a matter of judgment, based on biological plausibility; empirical evidence (which may include epidemiologic, pathophysiologic, therapeutic, and pharmacologic data); and sufficient supportive clinical data.*

> *Since ELEVIDYS micro-dystrophin is a novel protein that does not occur in nature, epidemiologic data are not available, and the effect of ELEVIDYS micro-dystrophin on the pathophysiology of DMD is not known. The data in your BLA do not indicate a persuasive correlation between expression of ELEVIDYS micro-dystrophin and improvement on the North Star Ambulatory Assessment. Thus, there is insufficient evidence that expression of ELEVIDYS micro-dystrophin is "reasonably likely to predict clinical benefit" to support Accelerated Approval of ELEVIDYS.*

> *We recommend that you complete Study SRP-9001-301 to assess the effectiveness of SRP-9001 based on the prespecified clinically meaningful endpoints. After completing the study, and depending on the results, you may request a meeting with us to discuss the future clinical development plan of ELEVIDYS for the treatment of DMD, including readiness for submission of a BLA.*

### b)  Benefit/Risk Assessment

The Applicant has provided substantial evidence that ELEVIDYS infusion leads to expression of ELEVIDYS micro-dystrophin, the proposed surrogate endpoint for Accelerate Approval. However, to support Accelerated Approval, the surrogate endpoint must be "reasonably likely to predict clinical benefit." Determination of whether a

candidate surrogate endpoint is reasonably likely to predict clinical benefit is a matter of judgment, dependent on biological plausibility; empirical evidence (which may include epidemiologic, pathophysiologic, therapeutic, and pharmacologic data); and sufficient supportive clinical data.

Since ELEVIDYS micro-dystrophin is a novel protein that does not occur in nature, epidemiologic data are not available, and the effect of ELEVIDYS micro-dystrophin on the pathophysiology of DMD is not known. The data in the BLA do not indicate a persuasive correlation between expression of ELEVIDYS micro-dystrophin and clinical benefit. Thus, there is insufficient evidence that expression of ELEVIDYS micro-dystrophin is "reasonably likely to predict clinical benefit." Expression of ELEVIDYS micro-dystrophin therefore is not a suitable surrogate endpoint to support Accelerated Approval of ELEVIDYS for the treatment of ambulatory patients with DMD with a confirmed mutation in the *DMD* gene.

Available data from exploratory analysis suggests improved NSAA Total Score with increased ELEVIDYS micro-dystrophin expression in subjects aged 4 to 5 years (with the caveat of limited data, from only 8 subjects), and no clear association in subjects aged 6 to 7 years. Exploratory subgroup analysis suggests that the ELEVIDYS group may have had a better NSAA outcome compared with the placebo group among ambulatory subjects aged 4 to 5 years. But the same exploratory analysis also suggests, among ambulatory subjects aged 6 to 7 years, that there appeared to be no difference between the ELEVIDYS group and the placebo group; moreover, the ELEVIDYS group did not even demonstrate improvement from baseline. However, these exploratory subgroup analyses following an overall nonsignificant test in the population as a whole can only be considered hypothesis-generating. Therefore, these data are insufficient to support expression of ELEVIDYS micro-dystrophin as a surrogate endpoint "reasonably likely to predict clinical benefit" for Accelerated Approval of ELEVIDYS for even a limited patient population, such as ambulatory patients aged 4 through 5 years with DMD with a confirmed mutation in the *DMD* gene.

Moreover, available data do not provide clear evidence that ELEVIDYS is likely beneficial for ambulatory patients with DMD. It is challenging to conclude with reasonable confidence from the data provided by the Applicant either that ELEVIDYS is likely effective for younger patients, or that it is likely ineffective for older patients or patients with somewhat poorer functional status. Additionally, the clinical reviewer has safety concerns related to the implications of administering a possibly ineffective gene therapy.

Because ELEVIDYS micro-dystrophin expression is not a suitable surrogate endpoint that is "reasonably likely to predict clinical benefit," the overall potential benefit associated with the Accelerated Approval of ELEVIDYS does not outweigh the known and unknown risks of ELEVIDYS; those risks include serious adverse events observed in the ELEVIDYS clinical studies, and risks more generally present in AAV vector-based gene therapy products as a class.

Additionally, because of high anti-AAVrh74 antibody levels after ELEVIDYS infusion and possible immunologic cross-reactivity with other AAV subtypes, patients who do not

27

benefit from ELEVIDYS likely will not be able to receive an effective AAV-based gene therapy for DMD in the future.

### c) Recommendation for Postmarketing Activities

Routine and enhanced pharmacovigilance activities will be conducted for postmarketing safety monitoring of ELEVIDYS, with adverse event reporting as required under 21 CFR 600.80. Ongoing clinical studies, an extension study and a voluntary observational postmarketing sponsor study (Study SRP-9001-401) will provide additional follow-up data regarding safety and effectiveness.

The Review Committee has determined that ELEVIDYS does not require a Postmarketing Requirement safety study or a Risk Evaluation and Mitigation Strategy.

The following postmarketing studies have been discussed and agreed mutually between FDA and the Applicant for this submission:

*Accelerated Approval – Required Studies*

1. Completion of Study SRP-9001-301 Part 1, an ongoing, randomized, double-blinded clinical trial intended to describe and verify clinical benefit of ELEVIDYS in ambulatory patients with DMD. The study compares ELEVIDYS to placebo in 125 ambulatory patients with DMD with a confirmed mutation in the *DMD* gene. The primary endpoint is performance on the NSAA. The trial completion date is September 30, 2023. The final study report will be submitted as a "Postmarketing Requirement – Final Study Report" by January 31, 2024.

*Postmarketing Commitments Subject to Reporting Requirements Under Section 506B*

2. Sarepta commits to conducting adequate analytical and clinical validation testing to establish an (b) (4) that can be used to identify patients with DMD who may benefit from delandistrogene moxeparvovec-rokl therapy. The results of the validation study are intended to inform product labeling.  The clinical validation should be supported by a clinical bridging study comparing the (b) (4) and the clinical trial enrollment assays.

(b) (4)

The PMC will be considered fulfilled (b) (4)



*The applicant agreed to the following CMC Postmarketing Commitments*

3. The Applicant commits to performing (b) (4) "Postmarketing Commitment – Final Study Report" by July 31, 2024

4. The Applicant commits to submitting a final report for the supplemental (b) (4) manufacturing runs for (b) (4) at the Catalent BWI facility as a "Postmarketing Commitment – Final Study Report" by June 30, 2024.

5. The Applicant commits to submitting a final report of the (b) (4) as a "Postmarketing Commitment – Final Study Report" by March 31, 2024.

6. The Applicant commits to revising the system suitability criteria set in the standard operating procedure (SOP) for (b) (4) to reflect the assay variability (percent coefficient of variation; %CV) observed in intermediate precision during assay validation and to submitting the revised SOP. Final Study Report: December 31, 2023

7. The Applicant commits to revising the system suitability in the SOP for the in (b) (4) assay to include a parameter determining (b) (4) and to submitting the revised SOP as a "Postmarketing Study Commitment – Final Study Report" by June 30, 2024.

8. The Applicant commits to reassessing the commercial acceptance criterion for the release testing of potency of SRP-9001 DP after data have been collected on (b) (4) commercial lots and to submitting a "Postmarketing Study Commitment – Final Study Report" by June 30, 2024.

9. The Applicant commits to implement the following CMC change for the ELEVIDYS (b) (4) The CMC change will be submitted as a "Postmarketing Commitment – Final Study Report" by December 31, 2024

10. The Applicant commits to perform (b) (4) The final report will be submitted as a "Postmarketing Study Commitment – Final Study Report" by December 31, 2024

29