# EXHIBIT 4

**Food and Drug Administration (FDA)**

**Center for Biologics Evaluation and Research (CBER)**

**74th Cellular, Tissue, and Gene Therapies Advisory Committee (CTGTAC)**

**Zoom Video Conference**

**May 12, 2023**

*This transcript appears as received from the commercial transcribing service after inclusion of minor corrections to typographical and factual errors recommended by the DFO.*

Transcript Produced By: Translation Excellence

3300 South Parker Road, Aurora, CO 80014

https://translationexcellence.com/

Translation Excellence

**Participants**

| | | | |
|---|---|---|---|
| Members: | | | |
| Chair (Acting) | Tabassum (Taby) Ahsan, Ph.D. | Vice-President, Cell Therapy Operations, City of Hope | Los Angeles, CA |
| Industry Representative | Eric Crombez, M.D. | Chief Medical Officer, Ultragenyx Gene Therapy | Cambridge, MA |
| Consumer Representative | Kathleen O'Sullivan-Fortin, Esq. | Founder, ALD Connect, Inc. | Middleton, MA |
| | Donald B. Kohn, M.D. | Distinguished Professor, David Geffen School of Medicine at UCLA | Los Angeles, CA |
| | Nirali N. Shah M.D., M.H.Sc. | Head, Hematologic Malignancies Section, National Cancer Institute | Bethesda, MD |
| Temporary Voting Members: | | | |
| Patient Representative | Christopher "Buddy" Cassidy, M.A. | Ph.D. Student, Muscular Dystrophy Patient | Irvine, CA |
| | G. Caleb Alexander, M.D., M.S | Professor, Bloomberg School of Public Health, Johns Hopkins University | Baltimore, MD |
| | Anthony Amato, M.D. | Chief, Neuromuscular Division, Brigham and Women's Hospital | Boston, MA |
| | John (Jay) Chiorini, Ph.D. | Associate Scientific Director, National Institute of Dental and Craniofacial Research, NIH | Bethesda, MD |
| | Susan Ellenberg, Ph.D. | Professor Emerita, Perelman School of Medicine, University of Pennsylvania | Philadelphia, PA |
| | Richard Kryscio, Ph.D. | Professor, University of Kentucky | Lexington, KY |
| | Lisa Lee, Ph.D. | Research Professor, Associate Vice President for Research and Innovation, Virginia Tech | Blacksburg, VA |
| | Steven Pavlakis, M.D. | Professor, SUNY Health Sciences University | Brooklyn, NY |
| | Rajiv R. Ratan, M.D., Ph.D. | CEO, Burke Neurological Institute; Professor, Weill Cornell Medicine | White Plains, NY |
| | Raymond Roos, M.D. | Professor, University of Chicago Medical Center | Chicago, IL |
| FDA Participants: | | | |
| Speaker | Peter W. Marks, M.D., Ph.D. | Director, CBER, FDA | Silver Spring, MD |
| Speaker | Celia Witten, Ph.D., M.D. | Acting Director, Office of Therapeutic Products (OTP); Deputy Director, CBER, FDA | Silver Spring, MD |

| | Leila P. Hann | Associate Director for Policy, OTP, CBER, FDA | Silver Spring, MD |
|---|---|---|---|
| Speaker | Emmanuel Adu-Gyamfi, Ph.D. | Chemistry Manufacturing and Controls (CMC) Reviewer, Office of Gene Therapy, Division of Gene Therapy, OTP, CBER, FDA | Silver Spring, MD |
| Speaker | Theresa Chen, Ph.D. | Pharmacology/Toxicology Reviewer, Office of Pharmacology and Toxicology, Division of Pharmacology and Toxicology, OTP, CBER, FDA | Silver Spring, MD |
| Speaker | Xiaofei Wang, Ph.D. | Clinical Pharmacology Reviewer, Office of Clinical Evaluation, Division of Clinical Evaluation and General Evaluation and General Medicine, OTP, CBER, FDA | Silver Spring, MD |
| Speaker | Mike Singer, M.D., Ph.D. | Clinical Reviewer, Office of Clinical Evaluation, Division of Clinical Evaluation and General Medicine, OTP, CBER, FDA | Silver Spring, MD |
| Speaker | Rosa Sherafat-Kazemzadeh, M.D. | Clinical Team Lead, Office of Clinical Evaluation, Division of Clinical Evaluation and General Medicine, OTP, CBER, FDA | Silver Spring, MD |
| Designated Federal Officer (DFO) | Marie DeGregorio | Division of Scientific Advisors and Consultants (DSAC), CBER, FDA | Silver Spring, MD |
| Alternate DFO | Christina Vert, M.S. | DSAC, CBER, FDA | Silver Spring, MD |
| Committee Management Specialist | Tonica Burke, B.S. | DSAC, CBER, FDA | Silver Spring, MD |
| Committee Management Officer | Joanne Lipkind, M.S. | DSAC, CBER, FDA | Silver Spring, MD |
| Director | Prabhakara Atreya, Ph.D. | DSAC, CBER, FDA | Silver Spring, MD |
| Open Public Hearing Speakers: | | | |
| Daniel Flessner | | | |
| Mr. Brent Furbee | | | |
| Mrs. Melanie Hennick | | | |
| Dr. Linda Lowes | | | |
| Ms. Kelly Maynard | | | |
| Debra Miller | | | |
| B. Scott Perrin, Jr., PhD | | | |

4

| |
|---|
| Marit Sivertson |
| Sheila Ungerer |
| Dr. Michael Abrams |
| Mr. Mohamed Ali |
| Dr. John Brandsema |
| Dr. Anne Connolly |
| Mr. Paul Melmeyer |
| Mr. Nathan Plasman |
| Dr. John Porter |
| Dr. Aravindhan Veerapandiyan |
| Dr. Diana Zuckerman |

external controls shown in yellow, the untreated propensity weighted external control group had an indistinguishable course when compared to the untreated placebo group. In contrast, the external control group that was propensity weighted to align with the SRP-9001 treated group, experienced a very different course over 48 weeks. The treated patients remained essentially stable, while the external control group had a decline in NSAA score. The resulting LSM 2.1-point difference between the groups was nominally significant and similar in magnitude to the 2.5-point treatment effect demonstrated in the four- to five-year-old age group.

Lastly, in study 101, The 9001 treated patients, depicted in purple, showed disease stability over four years, while their propensity score weighted external control comparators, depicted in yellow, decline over time. By year four, the difference between the treated and external controls has grown to a dramatic nine points on the NSAA. This change in trajectory is evident using both the propensity weighting on the left and the predicted control method on the right. These forest plot data from three clinical studies demonstrate that a one-time infusion of 9001 led to consistent and significant increases in 9001 dystrophin expression by Western blot, regardless of age or baseline function. Similar forest plot data also demonstrate the treatment with 9001 results in improved or preserved muscle function, as measured by the NSAA. Treatment effect estimates are clinically meaningful and consistent across key subgroups such as age and baseline function. These treatment benefits on the NSAA have not previously been seen in patients with DMD and support the empirical evidence of surrogacy presented by Dr. Rodino-Klapac. Thank you, and I'll now turn the presentation over to Dr. Darton.

**Summary of Safety — Dr. Eddie Darton**

Dr. Darton:    Thank you, and good morning. I'm Eddie Darton, Executive Medical Director of Safety Evaluation Risk Management at Sarepta Therapeutics. I will review the safety profile of

9001. Based upon the 120-day safety update report, there are 85 patients in studies, 101, 102, and 103 who have a cumulative 183 patient years of exposure with a mean follow up time of 2.2 years. A total of 1,230 treatment emergent adverse events were reported, 13 of which were serious. 98.5% of all AEs were mild to moderate in severity, and 95% of patients have their first AEs within 90 days following 9001 infusion. None of the AEs led to discontinuation, and there are no deaths in the program.

Following 9001 infusion, the most commonly observed adverse reaction was vomiting. Vomiting typically occurs in the first one to three days post infusion. And resolved spontaneously or with antiemetic therapy. Other frequent adverse reactions included elevations and liver function tests, pyrexia, and thrombocytopenia. With regards to treatment emergent serious adverse events, a total of 13 were reported in 11 patients. Nine of these SAEs, as marked on the slide, were considered to be related by the investigators, except for the events of immune mediated myositis and myocarditis. All of these SAEs resolved without problem. The vector for 9001 is AAV are 874. Adeno-associated viruses, or AAVs, are the most commonly used and studied capsids for gene therapy. A wide range of AAV stereotypes with different tropisms, routes of administration, and doses have been studied across a variety of diseases. From this experience, several potential risks of a gene therapy have been identified. As also noted in the FDA's briefing book, the severity of these risks differ across gene therapy programs, AAV, serotypes, and diseases being addressed.

Reviewing these journal AAV risks, starting with hepatotoxicity, it is important to point out that patients with DMD have elevated serum ALT and AST levels based upon leakage from damaged muscle, making it difficult to use these markers to assess liver injury. Therefore, Sarepta used the definition on the slide for acute liver injury. Based upon this definition, 36.5%

of all patients dosed with 9001 met at least one criteria for acute liver injury. Another important biomarker used for evaluating patients for acute liver injury was total bilirubin greater than two times the upper limit of normal. Three patients met this criterion. Liver biomarker increases occurred 4 to 8 weeks post 9001 infusion, with all cases started within the first 90 days. There were no cases of acute liver failure or acute or increased INRs. All events recover either spontaneously or with corticosteroid treatment, with a median resolution time of 35 days. Liver enzymes will be monitored pre- and post-infusion as part of our proposed risk management program.

Next, let's talk about myositis. Immune mediated myositis was received in one ambulatory nine-year-old patient with an exon three to four to three deletion mutation. This patient presented with muscle weakness, dysphagia, dysphonia, difficulty sitting and standing and walking four weeks after 9001 fusion in the hospital. He was treated with intravenous steroids, plasmapheresis, and four days prior to discharge start on tacrolimus. The boy, who remains ambulatory, recovered with residual muscle weakness. Based upon the patient's clinical presentation, genetic mutation, ELIspot findings, and the timing of the event, the etiology is thought to be an immune reaction to the 9001 dystrophin protein. Epitope mapping identified a highly immunogenic region that is contained within the one transgene, and patients who have of this region may lack cell tolerance to the transgene protein. These findings, in conjunction with experienced treating additional patients with mutations in this region, as well as the clinical experience of industry partners of other DMD gene therapy programs, indicate that patients with deletions fully included exons 9 to 13 may have the highest immunogenic risk. As such, for risk mitigation, we have proposed a contraindication for patients with any deletion that fully includes these exons.

but not sufficient to support candidate's surrogate endpoint. Now, I'd like to hand it over to my colleague Dr. Singer to continue our evaluation of SRP-9001. Thank you. Next slide, please.

Dr. Singer:      Thank you. This is Mike Singer again. To recap FDA's concerns regarding Sarepta's micro-dystrophin as a candidate surrogate endpoint, while Sarepta's micro-dystrophin was rationally designed so that the DNA would fit into the small space of an AAV vector, important domains were left out, including ones present in the mutated dystrophin of the Becker Muscular Dystrophy patient on which it's based. While that's understandable, it also means that we don't have any empirical evidence to guide us. So the only way we can determine the effect of SRP-9001 is through clinical studies. And in the most interpretable study, randomized, double blind, and placebo-controlled, there is no statistically significant difference between SRP-9001 compared to placebo. The applicant's subgroup analysis wasn't performed in a statistically rigorous way, so we also can't predict which patients may benefit from SRP-9001 and which patients would not. The applicant's comparison of SRP-9001 patients to external controls is challenging to interpret even using propensity scores. They can't suitably account for the heterogeneity of DMD progression, the fact that the NSAA is effort driven, process driven, or for any unknown factors. Finally, as Dr. Wang just described, there's no clear association between expression of Sarepta's micro-dystrophin in clinical improvement measured by change in the NSAA total score. Next slide, please.

I'll now discuss FDA's safety concerns related to SRP-9001. Next slide, please. Safety concerns fall into three categories. First, safety signals observed in the clinical studies of SRP-9001: liver toxicity, myocarditis, and immune mediated myositis. Next, there are concerns about the possibility of cross-reactivity with other AAV based gene therapy products and the potential implications of that cross-reactivity for patients who don't benefit from SRP-9001. Finally, safety

issues such as hepatoxicity and thrombotic microangiopathy for AAV based gene therapy products as a class. Next slide, please.

We'll first look at the safety issues that arisen in the clinical trials with SRP-9001. The exposure analysis consists of the 85 patients who participated in studies 101, 102, and 103. Their mean age was 7.1 years. All received a single IV infusion of SRP-9001. 45 patients received SRP-9001 manufactured by process A, and 40 patients received lower purity SRP-9001 manufactured using process B. The study patients have been followed for mean integration 1.8 years. Next slide, please. There were no deaths. The most common adverse reactions were vomiting and nausea, followed by acute liver injury, fever, and thrombocytopenia. The adverse events of special interest were hepatotoxicity, cardiotoxicity, including myocarditis, and elevated troponin-I levels, a marker for heart muscle injury, and immune mediated myositis. And we'll also look at immunogenicity. Next slide, please.

When delivered intravenously, nearly all AAV vectors first passed through the liver. Hepatotoxicity is the most commonly observed adverse event in clinical trials involving IV administration of AAV based gene therapies. Less frequently patients may experience acute liver injury. Acute liver injury is detected by increase in blood levels of one or more of these liver enzymes, GGT, GLDH, ALP, or ALT rising above a specified threshold beyond the upper limit of the normal range. Acute serious liver injury is when the criteria for acute liver injury are met, and patient dies or experiences a life-threatening event, hospitalization, either initial or prolonged, disability or permanent damage, a congenital anomaly or birth defect, or another important medical event. Both acute liver injury and acute serious liver injury occurred in the clinical trials for SRP-9001. All those events resolved either spontaneously or after additional treatment with corticosteroids without clinical sequelae. Overall, hepatotoxicity was observed at

a similar frequency in patients who received process A SRP-9001 and process B SRP-9001. Next slide, please.

There were two reports of myocarditis in the SRP-9001 clinical studies. Both cases occurred in studies using SRP-9001 manufactured by process B. In the first case, the patient was over age seven. He developed chest pain on day three of the study. He was found to have elevated troponin-I, though we don't have the exact number, indicating heart muscle injury. His myocarditis resolved, but he showed residual changes on cardiac MRI, and he required additional medications for his underlying DMD cardiomyopathy. Second case involved a patient under age seven. He was taking part in a double blind study and developed symptoms within 24 hours of receiving SRP-9001. His peak troponin reached over 2,700. Normal is under 75. His blood pressure dropped, and he was admitted to the pediatric intensive care unit where he was treated with corticosteroids, antibiotics and IV fluids and his symptoms resolved without sequelae. Next slide, please.

Troponin-I was not assessed in the studies using process A SRP-9001. Elevated troponin-I has been observed in four patients in study 103, which is process B SRP-9001. Although none of these events had clinical complications or acute cardiac imaging changes, we don't know what the long-term effects of this heart muscle injury may be on the underlying cardiomyopathy in DMD patients. Next, please. Another patient who received process B SRP-9001, an eight year-old boy in study 103, with a deletion mutation involving exons 3 through 43 in the DMD gene, developed life-threatening immune mediated myositis about one month later. He presented with muscle weakness, impaired swallowing and speaking, difficulty sitting and walking. His muscle biopsy showed inflammatory myopathy in the setting of chronic changes due to DMD. He was

performance evaluations. But the phrasing in this report makes it sound like these are a particular concern for the North Star Ambulatory Assessment. And in terms, it seems to me that the FDA has not adequately shown that there's reason for inordinate concern about these biases coming up in the North Star Ambulatory Assessment. And again, the North Star Ambulatory Assessment is specifically referred to, not performative evaluation generally. And it doesn't seem to me to be adequately grounded in the scholarly literature out there on the problem of bias and how it's mitigated in the North Star Ambulatory Assessment. So it's not quite what the report says.

Dr. Ahsan:    Great. Thank you. Anyone else have any comments? I don't see any hands up, but I'll give everyone one more moment. Okay. So I think for this portion a summary is not necessary since the inherent discussion is a summary. So we can move forward towards the formal voting procedure. And so I'll hand the meeting over to Christina Vert, who will manage the voting process.

**Vote**

Ms. Vert:    Hello. Thank you. Great. Thank you, Dr. Ahsan. I am Christina Vert, backup DFO, and I will be conducting the vote. Next slide. And next slide. Only our four regular members and 10 temporary voting members, a total of 14, will be voting in today's meeting. With regards to the voting process,

Dr. Ahsan will read the voting question for the record, and afterwards, all voting members and temporary voting members will cast their vote by selecting one of the voting options, which include yes, no, or abstain.

You'll have one minute to cast your vote after the question is read. Once the poll has closed, all votes will be considered final. And once all of the votes have been placed, we will

display the results and read the individual votes out loud for the record. Does anyone have any questions?

Unknown speaker:    Where, where would we be voting? I'm sorry.

Ms. Vert:    So a voting poll will appear later. It'll be visible on your screen, and you just have to click the choice, yes, no, or abstain.

Unknown speaker:    Okay. Great. Thank you.

Ms. Vert:    Okay. Next slide. Okay, Dr. Ahsan, can you please read the voting question number one for the record?

Dr. Ahsan:    Of course. Do the overall considerations of benefit and risk, taking into account the existing uncertainties, support accelerated approval of SRP-9001 – using a surrogate endpoint expression of Sarepta's micro-dystrophin at week 12 after administration of SRP-9001 - for the treatment of ambulatory patients with Duchenne Muscular Dystrophy with a confirmed mutation in the DMD gene?

Ms. Vert:    Thank you. Next slide. Okay. We now need to prepare the zoom room for the vote. Voting members and temporary voting members, please stay present. At this point, our AV will move all non-voting members out of the main room. And for those non-voting members, please do not log out of Zoom. We will move you back to the main zoom room in a few minutes.

**Vote Results**

Ms. Vert:    Okay. All right. There are 14 total voting members for today's meeting, and we have eight yes votes, six no votes, and zero abstain votes. And I, let's see. And here are all the voting responses of each voting member, and I will read them out loud for the public record. Richard Kryscio, no. Donald Kohn, yes. John Chiorini, yes. Steven Pavlakis, yes. Caleb Alexander, no. Kathleen O'Sullivan, yes. Anthony Amato, yes. Rajiv Ratan, no. Taby Ahsan,

yes. Raymond Roos, yes. Christopher "Buddy" Cassidy, yes. Nirali Shah, no. Susan Ellenberg, no. Lisa Lee, no.

This concludes the, voting portion of today's meeting, and I want to make sure we're on the right slides. And thank you. Uh, can you pull up the slides? Okay. And so this does conclude the voting portion of the meeting, and I will now hand the meeting over to Dr. Ahsan.

Dr. Ahsan:    So we'll go through the virtual table, and everyone can speak to their vote. Now that the non-voting members are in, I've lost my list a bit, but I think I'll be able to do it this way. If I can start, I'll, I'll start on this list that I have, which is from the bottom up. So, Dr. Nirali Shah, can you comment on your vote?

Dr. Shah:    Yes. So I don't have any real concerns about the risk of therapy. I think that's well-tolerated, but I do remain quite concerned about the actual benefit and whether that has been adequately demonstrated without a study that is going to be using the commercialized product. I think that's really my primary concern. Coming from a field of gene therapy, you know, the product is the process. And I think that the confirmatory study needs to be completed. I, these patients deserve the best. And there is an incredible impact on patient hope and the ability to complete the confirmatory study. I, I would feel better knowing that we were, they, benefit was able to be shown using the product that patients were ultimately going to be receiving.

Dr. Ahsan:    Great. Thank you. Dr. Raymond Roos?

Dr. Roos:    Yes. I, I voted yes. My vote, yes, included the results of the study that's going to end in September, 2023. I think that the downside of the gene therapy here is relatively small compared to whether it really helps the patient, and for this reason I voted yes.

Dr. Ahsan:    Thank you. Dr. Rajiv Ratan.