# EXHIBIT 6

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use ELEVIDYS safely and effectively. See full prescribing information for ELEVIDYS.**

**ELEVIDYS (delandistrogene moxeparvovec-rokl) suspension, for intravenous infusion**
**Initial U.S. Approval: 2023**

------------------------------INDICATIONS AND USAGE--------------------------
ELEVIDYS is an adeno-associated virus vector-based gene therapy indicated for the treatment of ambulatory pediatric patients aged 4 through 5 years with Duchenne muscular dystrophy (DMD) with a confirmed mutation in the *DMD* gene. This indication is approved under accelerated approval based on expression of ELEVIDYS micro-dystrophin in skeletal muscle observed in patients treated with ELEVIDYS. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory trial(s). (1, 12, 14)

-----------------------DOSAGE AND ADMINISTRATION----------------------
**ELEVIDYS is for single-dose intravenous infusion only.**
*   Select patients for treatment with ELEVIDYS with anti-AAVrh74 total binding antibody titers <1:400. (2.1)
*   Recommended dosage: 1.33 ×$10^{14}$ vector genomes (vg) per kg of body weight. (2.2)
*   Postpone in patients with concurrent infections until the infection has resolved. (2.2)
*   Assess liver function, platelet counts and troponin-I before ELEVIDYS infusion. (2)
*   One day prior to infusion, initiate a corticosteroid regimen for a minimum of 60 days. Recommend modifying corticosteroid dose for patients with liver function abnormalities. (2.2)
*   Administer as an intravenous infusion over 1-2 hours. Infuse at a rate of less than 10 mL/kg/hour. (2.4)

---------------------DOSAGE FORMS AND STRENGTHS----------------------
*   ELEVIDYS is a suspension for intravenous infusion with a nominal concentration of 1.33 × $10^{13}$ vg/mL. (3)

*   ELEVIDYS is provided in a customized kit containing ten to seventy 10 mL single-dose vials, with each kit constituting a dosage unit based on the patient's body weight. (3)

------------------------------CONTRAINDICATIONS------------------------------
*   ELEVIDYS is contraindicated in patients with any deletion in exon 8 and/or exon 9 in the *DMD* gene. (4)

-----------------------WARNINGS AND PRECAUTIONS----------------------
*   Acute Serious Liver Injury: Acute serious liver injury has been observed. Monitor liver function before ELEVIDYS infusion, and weekly for the first 3 months after ELEVIDYS infusion. Continue monitoring until results are unremarkable. If acute serious liver injury is suspected, a consultation with a specialist is recommended. (5.1)
*   Immune-mediated Myositis: Patients with deletions in the *DMD* gene in exons 1 to 17 and /or exons 59 to 71 may be at risk for severe immune-mediated myositis reaction. Consider additional immunomodulatory treatment (immunosuppressants [e.g., calcineurin-inhibitor] in addition to corticosteroids) if symptoms of myositis occur (e.g., unexplained increased muscle pain, tenderness, or weakness). (5.2)
*   Myocarditis: Myocarditis and troponin-I elevations have been observed. Monitor troponin-I before ELEVIDYS infusion, and weekly for the first month after ELEVIDYS infusion. (5.3)
*   Pre-existing Immunity against AAVrh74: Perform baseline testing for presence of anti-AAVrh74 total binding antibodies prior to ELEVIDYS administration. (5.4)

------------------------------ADVERSE REACTIONS------------------------------
Most common adverse reactions across studies (incidence ≥5%) were vomiting and nausea, liver function test increased, pyrexia, and thrombocytopenia. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Sarepta Therapeutics, Inc., at 1-888-SAREPTA (1-888-727-3782) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**See 17 for PATIENT COUNSELING INFORMATION**

**Revised: 6/2023**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1   INDICATIONS AND USAGE**
**2   DOSAGE AND ADMINISTRATION**
   2.1  Patient Selection
   2.2  Dose
   2.3  Preparation
   2.4  Administration
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
   5.1  Acute Serious Liver Injury
   5.2  Immune-mediated Myositis
   5.3  Myocarditis
   5.4  Pre-existing Immunity against AAVrh74
**6   ADVERSE REACTIONS**
   6.1  Clinical Trials Experience
**7   DRUG INTERACTIONS**
**8   USE IN SPECIFIC POPULATIONS**
   8.1  Pregnancy
   8.2  Lactation
   8.4  Pediatric Use
   8.5  Geriatric Use
   8.6  Hepatic Impairment

**11  DESCRIPTION**
**12  CLINICAL PHARMACOLOGY**
   12.1  Mechanism of Action
   12.2  Pharmacodynamics
   12.3  Pharmacokinetics
   12.6  Immunogenicity
**13  NONCLINICAL TOXICOLOGY**
   13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
**14  CLINICAL STUDIES**
**16  HOW SUPPLIED/STORAGE AND HANDLING**
   16.1 How Supplied
   16.2 Storage and Handling
**17  PATIENT COUNSELING INFORMATION**

* Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

**1  INDICATIONS AND USAGE**

ELEVIDYS is indicated for the treatment of ambulatory pediatric patients aged 4 through 5 years with Duchenne muscular dystrophy (DMD) with a confirmed mutation in the *DMD* gene.

This indication is approved under accelerated approval based on expression of ELEVIDYS micro-dystrophin observed in patients treated with ELEVIDYS *[see Clinical Pharmacology (12), Clinical Studies (14)]*. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory trial(s).

**2  DOSAGE AND ADMINISTRATION**

**For single-dose intravenous infusion only.**

**2.1  Patient Selection**

Select patients for treatment with ELEVIDYS with anti-AAVrh74 total binding antibody titers <1:400. An FDA-authorized test for the detection of AAVrh74 total binding antibodies is not currently available. Currently available tests may vary in accuracy and design.

**2.2  Dose**

The recommended dose of ELEVIDYS is $1.33 \times 10^{14}$ vector genomes per kilogram (vg/kg) of body weight (or 10 mL/kg body weight). For the number of vials required, refer to Table 7 *[see How Supplied/Storage and Handling (16.1)]*.

Calculate the dose as follows:

$$\text{ELEVIDYS dose (in mL)} = \text{patient body weight (in kilogram)} \times 10$$

*The multiplication factor 10 represents the per kilogram dose ($1.33 \times 10^{14}$ vg/kg) divided by the amount of vector genome copies per mL of the ELEVIDYS suspension ($1.33 \times 10^{13}$ vg/mL).*

Number of ELEVIDYS vials needed = ELEVIDYS dose (in mL) divided by 10 (round to the nearest number of vials).

Example: Calculation of volume needed for a 19.6 kg patient
19.6 kg $\times$ 10 = 196 mL

Number of ELEVIDYS vials needed = 196 divided by 10, rounded to the nearest number of vials = 20 vials

Prior to ELEVIDYS infusion:
- Due to the increased risk of serious systemic immune response, postpone ELEVIDYS in patients with infections until the infection has resolved. Clinical signs or symptoms of infection should not be evident at the time of ELEVIDYS administration *[see Patient Counseling Information (17)]*.
- Assess liver function *[see Dosage and Administration (2.4), Warnings and Precautions (5.1), Use in Specific Populations (8.6)]*.
- Obtain platelet count and troponin-I levels *[see Dosage and Administration (2.4), Warnings and Precautions (5.3)]*.

- Measure baseline anti-AAVrh74 antibody titers using a Total Binding Antibody enzyme-linked immunosorbent assay (ELISA) *[see Dosage and Administration (2), Clinical Pharmacology (12.6)]*.

ELEVIDYS administration is not recommended in patients with elevated anti-AAVrh74 total binding antibody titers (≥1:400). Re-administration of ELEVIDYS is not recommended *[see Warnings and Precautions (5.4), Clinical Pharmacology (12.6)]*.

Immune responses to the AAVrh74 vector can occur after administration of ELEVIDYS *[see Clinical Pharmacology (12.6)]*. To reduce the risk associated with an immune response, corticosteroids should be administered starting 1 day prior to ELEVIDYS infusion. Initiate a corticosteroid regimen following the appropriate schedule (see Table 1). This regimen is recommended for a minimum of 60 days after the infusion, unless earlier tapering is clinically indicated. Table 2 includes the recommended corticosteroid regimen dose modification for patients with liver function abnormalities following ELEVIDYS infusion. If acute serious liver injury is suspected, a consultation with a specialist is recommended.

For patients previously taking corticosteroids at baseline, taper off the additional peri-ELEVIDYS corticosteroids (back to baseline corticosteroid dose) over 2 weeks, or longer as needed. For patients not previously taking corticosteroids at baseline, taper the added peri-ELEVIDYS corticosteroids off (back to no corticosteroids) over 4 weeks, or longer, as needed, and the corticosteroids should not be stopped abruptly.

**Table 1: Recommended pre- and post-infusion corticosteroid dosing**

| Baseline corticosteroid dosing[a] | Peri-ELEVIDYS infusion corticosteroid dose (prednisone equivalent) [b] | Recommended maximum total daily dose (prednisone equivalent)[b] |
|---|---|---|
| Daily or intermittent dose | Start **1 day** prior to infusion: 1 mg/kg/day (and continue baseline dose) | 60 mg/day |
| High dose for 2 days per week | Start **1 day** prior to infusion: 1 mg/kg/day taken on days without high-dose corticosteroid treatment (and continue baseline dose) | 60 mg/day |
| Not on corticosteroids | Start **1 week** prior to infusion: 1.5 mg/kg/day | 60 mg/day |

[a] Patient continues to receive this dose
[b] Deflazacort is not recommended for use as a peri-ELEVIDYS infusion corticosteroid

**Table 2: Recommended corticosteroid regimen dose modification for liver function abnormalities following ELEVIDYS infusion[a]**

| Peri-ELEVIDYS infusion corticosteroid dosing | Modified corticosteroid dose following ELEVIDYS infusion (prednisone equivalent) [b] | Recommended maximum total daily dose (prednisone equivalent)[b] |
|---|---|---|
| Baseline + 1 mg/kg/day | Increase to 2 mg/kg/day (and continue baseline dose) | 120 mg/day |
| Baseline + 1 mg/kg/day taken on days without high-dose corticosteroid treatment | Increase to 2 mg/kg/day taken on days without high-dose corticosteroid treatment (and continue baseline dose) | 120 mg/day |
| 1.5 mg/kg/day | Increase from 1.5 mg/kg/day to 2.5 mg/kg/day | 120 mg/day |

[a] GGT >= 150 U/L and/or other clinically significant liver function abnormalities (e.g., total bilirubin > 2 x ULN) following infusion. For GGT or bilirubin elevations that do not respond to these oral corticosteroid increases, IV bolus corticosteroids may be considered.
[b] Deflazacort is not recommended for use as a peri-ELEVIDYS infusion corticosteroid

### 2.3  Preparation

General precautions

- Prepare ELEVIDYS using aseptic technique.
- Verify the required dose of ELEVIDYS based on the patient's body weight.
- Confirm that the kit contains sufficient number of vials to prepare the ELEVIDYS infusion for the patient.
- Visually inspect parenteral drug products for particulate matter and discoloration prior to administration, whenever suspension and container permit. ELEVIDYS may contain white to off-white particles.

Recommended supplies and materials:

- 60 mL siliconized polypropylene syringes
- 21-gauge or smaller stainless steel needles

Preparing ELEVIDYS infusion

1. Thaw ELEVIDYS before use.

    - When thawed in the refrigerator, ELEVIDYS vials are stable for up to 14 days in the refrigerator (2°C to 8°C [36° F to 46° F]) when stored in the upright position.

    - Frozen ELEVIDYS vials will thaw in approximately 2 hours when placed at room temperature (up to 25°C [77°F]) when removed from original packaging.

2. Inspect vials to ensure no ice crystals are present prior to preparation.

3. When thawed, swirl gently.

    - Do not shake.

    - Do not refreeze.

    - Do not place back in the refrigerator.

4. Visually inspect each vial of ELEVIDYS. ELEVIDYS is a clear, colorless liquid that may have some opalescence. ELEVIDYS may contain white to off-white particles.

    - Do not use if the suspension in the vials is cloudy or discolored.

5. Remove the plastic flip-off cap from the vials and disinfect the rubber stopper with a sterilizing agent (e.g., alcohol wipes).

6. Withdraw 10 mL of ELEVIDYS from each vial provided in the customized ELEVIDYS kit (refer to Table 7).

    - Do not use filter needles during preparation of ELEVIDYS.

    - Multiple syringes will be required to withdraw the required volume.

    - Remove air from the syringes and cap the syringes.

7. Maintain syringes at room temperature prior to and during administration.

    - Sealed ELEVIDYS thawed vials are stable up to 24 hours at room temperature (up to 25°C [77°F]) when stored in upright position.

**2.4  Administration**

Recommended supplies and materials:

- Syringe infusion pump
- 0.2-micron PES* in-line filter
- PVC* (non-DEHP*), polyurethane IV infusion tubing and catheter

*PVC = Polyvinyl chloride, DEHP = Di(2-ethylhexyl) phthalate, PES = Polyether sulfone

Administer ELEVIDYS as a single-dose intravenous infusion through a peripheral venous catheter:

Consider application of a topical anesthetic to the infusion site prior to administration of IV insertion.

Recommend inserting a back-up catheter.

1. Flush the intravenous access line prior to the ELEVIDYS infusion at the same infusion rate.

2. Administer ELEVIDYS via intravenous infusion using a syringe infusion pump with an in-line 0.2-micron filter at a duration of approximately 1 to 2 hours, or longer at care team discretion, through a peripheral limb vein.

3. Infuse at a rate of less than 10 mL/kg/hour.

    - Do not administer ELEVIDYS as an intravenous push.

    - Do not infuse ELEVIDYS in the same intravenous access line with any other product.

    - Use ELEVIDYS within 4 hours after drawing into syringe. Discard the ELEVIDYS-containing syringe(s) if infusion of the drug has not started within the 4-hour timeframe.

4. Flush the intravenous access line with 0.9% Sodium Chloride Injection after the ELEVIDYS infusion.

    - Discard unused ELEVIDYS *[see How Supplied/Storage and Handling (16.2)]*.

    - Dispose of the needle and syringe *[see How Supplied/Storage and Handling (16.2)]*.

Monitoring Post-ELEVIDYS Administration

- Assess liver function (clinical exam, GGT, and total bilirubin) weekly for the first 3 months. Continue monitoring if clinically indicated, until results are unremarkable (normal clinical exam, GGT and total bilirubin levels return to near baseline levels) *[see Warning and Precautions (5.1), Specific Populations (8.6)]*.
- Obtain platelet counts weekly for the first two weeks *[see Adverse Reactions (6.1)]*. Continue monitoring if clinically indicated.
- Measure troponin-I weekly for the first month *[see Warning and Precautions (5.3)]*. Continue monitoring if clinically indicated.

**3  DOSAGE FORMS AND STRENGTHS**

ELEVIDYS is a preservative-free, sterile, clear, colorless liquid that may have some opalescence and may contain white to off-white particles.

ELEVIDYS is a suspension for intravenous infusion with a nominal concentration of $1.33 \times 10^{13}$ vg/mL.

ELEVIDYS is provided in a customized kit containing ten to seventy 10 mL single-dose vials, with each kit constituting a dosage unit based on the patient's body weight *[see How Supplied/Storage and Handling (16.1)]*.

The intravenous dosage is determined by patient body weight, with a recommended dose of $1.33 \times 10^{14}$ vector genomes (vg)/kg.

## 4  CONTRAINDICATIONS

ELEVIDYS is contraindicated in patients with any deletion in exon 8 and/or exon 9 in the *DMD* gene *[see Warnings and Precautions (5.2)]*.

## 5  WARNINGS AND PRECAUTIONS

### 5.1  Acute Serious Liver Injury

Acute serious liver injury has been observed with ELEVIDYS. Administration of ELEVIDYS may result in elevations of liver enzymes (e.g., GGT, ALT) and total bilirubin, typically seen within 8 weeks.

Patients with preexisting liver impairment, chronic hepatic condition or acute liver disease (e.g., acute hepatic viral infection) may be at higher risk of acute serious liver injury. Postpone ELEVIDYS administration in patients with acute liver disease until resolved or controlled. Patients with hepatic impairment, acute liver disease, chronic hepatic condition or elevated GGT have not been studied in clinical trials with ELEVIDYS *[see Specific Populations (8.6)]*.

In clinical studies, liver function test increased (including increases in GGT, GLDH, ALT, AST, or total bilirubin) was commonly reported typically within 8 weeks following ELEVIDYS infusion, with the majority of cases being asymptomatic *[see Adverse Reactions (6.1)]*. Cases resolved spontaneously or with systemic corticosteroids and resolved without clinical sequelae within 2 months. No cases of liver failure were reported.

Prior to ELEVIDYS administration, perform liver enzyme test *[see Dosage and Administration (2.2)]*. Monitor liver function (clinical exam, GGT, and total bilirubin) weekly for the first 3 months following ELEVIDYS infusion. Continue monitoring if clinically indicated, until results are unremarkable (normal clinical exam, GGT and total bilirubin levels return to near baseline levels) *[see Dosage and Administration (2.4)]*.

Systemic corticosteroid treatment is recommended for patients before and after ELEVIDYS infusion *[see Dosage and Administration (2.2)]*. Adjust corticosteroid regimen when indicated *[see Dosage and Administration (2.2)]*. If acute serious liver injury is suspected, a consultation with a specialist is recommended.

### 5.2  Immune-mediated Myositis

In clinical trials, immune-mediated myositis has been observed approximately 1 month following ELEVIDYS infusion in patients with deletion mutations involving exon 8 and/or exon 9 in the *DMD* gene. Symptoms of severe muscle weakness, including dysphagia, dyspnea and hypophonia, were observed. In a life-threatening case of immune-mediated myositis, symptoms resolved during hospitalization following additional immunomodulatory treatment; muscle strength gradually improved but did not return to baseline level. These immune reactions may be due to a T-cell based response from lack of self-tolerance to a specific region encoded by the transgene corresponding to exons 1-17 of the *DMD* gene.

Limited data are available for ELEVIDYS treatment in patients with mutations in the *DMD* gene in exons 1 to 17 and/or exons 59 to 71 *[see Clinical Studies (14)]*. Patients with deletions in these regions may be at risk for a severe immune-mediated myositis reaction. ELEVIDYS is contraindicated in patients with any deletion in exon 8 and/or exon 9 in the *DMD* gene due to the increased risk for a severe immune-mediated myositis reaction *[see Contraindications (4)]*.

Advise patients to contact a physician immediately if they experience any unexplained increased muscle pain, tenderness, or weakness, including dysphagia, dyspnea or hypophonia as these may be symptoms of myositis. Consider additional immunomodulatory treatment (immunosuppressants [e.g., calcineurin-inhibitor] in addition to corticosteroids) based on patient's clinical presentation and medical history if these symptoms occur.

### 5.3 Myocarditis

Acute serious myocarditis and troponin-I elevations have been observed following ELEVIDYS infusion in clinical trials.

Monitor troponin-I before ELEVIDYS infusion and weekly for the first month following infusion *[see Dosage and Administration (2.4)]*. Continue monitoring if clinically indicated. More frequent monitoring may be warranted in the presence of cardiac symptoms, such as chest pain or shortness of breath.

Advise patients to contact a physician immediately if they experience cardiac symptoms.

### 5.4 Pre-existing Immunity against AAVrh74

In AAV-vector based gene therapies, preexisting anti-AAV antibodies may impede transgene expression at desired therapeutic levels. Following treatment with ELEVIDYS all subjects developed anti-AAVrh74 antibodies. Perform baseline testing for the presence of anti-AAVrh74 total binding antibodies prior to ELEVIDYS administration *[see Dosage and Administration (2.1)]*.

ELEVIDYS administration is not recommended in patients with elevated anti-AAVrh74 total binding antibody titers (≥1:400).

## 6 ADVERSE REACTIONS

The most common adverse reactions (incidence ≥ 5%) reported in clinical studies were vomiting, nausea, liver function test increased, pyrexia, and thrombocytopenia.

The following clinically significant adverse reactions are described elsewhere in the labeling:
- Acute serious liver injury *[see Warnings and Precautions (5.1)]*
- Immune-mediated myositis *[see Warnings and Precautions (5.2)]*
- Myocarditis *[see Warnings and Precautions (5.3)]*

### 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety data described in this section reflect exposure to a one-time intravenous infusion of ELEVIDYS in 85 male subjects with a confirmed mutation of the *DMD* gene in three on-going clinical studies, including two open-label studies and one study that included a double-blind, placebo-controlled period. Prior to ELEVIDYS infusion, patients in the ELEVIDYS treatment group had a mean age of 7.08 years (range: 3 to 20) and mean weight of 25.91 kg (range: 12.5 to 80.1). 73 subjects received the recommended dose of $1.33 \times 10^{14}$ vg/kg, and 12 received a lower dose. Table 3 below presents adverse reactions from these three clinical studies.

The most common adverse reactions (incidence ≥5%) across all studies are summarized in Table 3.

Adverse reactions were typically seen within the first 2 weeks (nausea, vomiting, thrombocytopenia, pyrexia), or within the first 2 months (immune-mediated myositis, liver function test increased). Vomiting may occur as early as on the day of the infusion.

**Table 3. Adverse reactions (Incidence ≥5%) following treatment with ELEVIDYS in Clinical Studies**

| Adverse reactions | ELEVIDYS (N=85) % |
|---|---|
| Vomiting | 61 |
| Nausea | 40 |
| Liver function test increased[a] | 37 |
| Pyrexia | 24 |
| Thrombocytopenia[b] | 12 |

[a] Includes: AST increased, ALT increased, GGT increased, GLDH increased, hepatic enzyme increased, transaminases increased, blood bilirubin increased
[b] Transient, mild, asymptomatic decrease in platelet counts

In the double-blind, placebo-controlled trial (Study 1 Part 1), subjects 4 to 7 years of age (N=41) received either ELEVIDYS (N=20) at the recommended dose of $1.33 \times 10^{14}$ vg/kg (n=8) or lower dose (n=12) or received placebo (N=21). Table 4 below presents the most frequent adverse reactions from Study 1 Part 1.

**Table 4. Adverse reactions occurring in ELEVIDYS-treated subjects and at least 10% more frequently than in placebo in Study 1, Part 1**

| Adverse reactions | ELEVIDYS (N=20) % | Placebo (N=21) % |
|---|---|---|
| Vomiting | 65 | 33 |
| Nausea | 35 | 10 |
| Liver function test increased[a] | 25 | 0 |
| Pyrexia | 20 | 5 |

[a] Includes: AST increased, ALT increased, GGT increased, GLDH increased, hepatic enzyme increased, transaminases increased, blood bilirubin increased.

## 7  DRUG INTERACTIONS

Prior to initiating the corticosteroid regimen required before ELEVIDYS administration, consider the patient's vaccination status. Patients should, if possible, be brought up-to-date with all immunizations in agreement with current immunization guidelines. Vaccinations should be completed at least 4 weeks prior to initiation of the corticosteroid regimen.

## 8  USE IN SPECIFIC POPULATIONS

### 8.1  Pregnancy

Risk Summary
ELEVIDYS is not intended for use in pregnant women.

In the U.S. general population, the estimated background risks of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

### 8.2  Lactation

Risk Summary
There is no information available on the presence of ELEVIDYS in human milk, the effects on the breastfed infant, or the effects on milk production.

### 8.4  Pediatric Use

ELEVIDYS is indicated for the treatment of ambulatory pediatric patients 4 through 5 years of age with Duchenne muscular dystrophy with a confirmed mutation in the *DMD* gene. This indication is based on