# EXHIBIT 15

Clinical Reviewer: Mike Singer, MD, PhD
Clinical Pharmacology Reviewer: Xiaofei Wang, PhD
STN: 125781/34

## BLA Integrated Clinical and Clinical Pharmacology Review Memorandum

| | |
|---|---|
| Application Type | Efficacy Supplement |
| STN | 125781/34 |
| CBER Received Date | December 21, 2023 |
| PDUFA Goal Date | June 21, 2024 |
| Division / Office | DCEGM/OCE |
| Priority Review (Yes/No) | Yes |
| Reviewer Name(s) | Mike Singer, MD, PhD<br><br>Xiaofei Wang, PhD |
| Review Completion Date/Stamped Date | June 18, 2024 |
| Supervisory Concurrence **Branch Chief** | Rosa Sherafat-Kazemzadeh, MD |
| **Division Director (acting) and Director, Office of Clinical Evaluation** | Lola Fashoyin-Aje, MD, MPH |
| **Super Office of Therapeutic Products Director** | Nicole Verdun, MD |
| Applicant | Sarepta Therapeutics, Inc. |
| Established Name | delandistrogene moxeparvovec-rokl |
| Trade Name | ELEVIDYS |
| Pharmacologic Class | Adeno-associated virus (AAV) vector-based gene therapy |
| Formulation(s), including Adjuvants, etc. | Suspension with a nominal concentration of $1.33 \times 10^{13}$ vector genomes (vg) per mL and excipients 200mM sodium chloride, 13mM tromethamine HCl, 7mM tromethamine, 1mM magnesium chloride, 0.001% poloxamer 188 |
| Dosage Form(s) and Route(s) of Administration | Recommended weight-based dose, administered by intravenous infusion: $1.33 \times 10^{14}$ vg per kg of body weight for patients weighing less than 70 kg, $9.31 \times 10^{15}$ vg total fixed dose for patients weighing 70 kg or greater |
| Dosing Regimen | Single dose |
| Proposed Indication(s) and Intended Population(s) | For treatment of Duchenne muscular dystrophy (DMD) patients with a confirmed mutation in the *DMD* gene |
| Orphan Designated (Yes/No) | Yes |

Clinical Reviewer: Mike Singer, MD, PhD
Clinical Pharmacology Reviewer: Xiaofei Wang, PhD
STN: 125781/34

from baseline to Week 52; and change in 10-Meter Walk/Run (MWR) time from baseline to Week 52. Other secondary endpoints included change in 100-MWR from baseline to Week 52; and change in Time to Ascend 4 Steps from baseline to Week 52.

Study 301 Part 1 did not meet its primary efficacy endpoint. The least squares mean (LSM) change in the NSAA total score was 2.57 points (95 percent CI: 1.80, 3.34) for the ELEVIDYS group, and 1.92 points (95 percent CI: 1.14, 2.70) for the placebo group. The LSM difference between ELEVIDYS and placebo was 0.65 points (95 percent CI: -0.45, 1.74), which was not statistically significant (p=0.2441).

Study 103 was initiated prior to Study 301, and is an open-label, single-arm study intended to bridge the two product versions, which are not analytically comparable, i.e., to obtain results with ELEVIDYS manufactured using the commercial process (Process B), for comparison to data from earlier studies which were conducted with product manufactured by the laboratory process (Process A). At the time of this review, data from Study 103 were available for 48 male patients with DMD, comprising five cohorts based on age group, ambulatory status, and *DMD* mutations, as shown below:

- Cohort 1: 4 to 7 years, ambulatory (n=20)
- Cohort 2: 8 to 17 years, ambulatory (n=7)
- Cohort 3: Nonambulatory for ≥9 months (n=6)
- Cohort 4: ≥3 to <4 years, ambulatory (n=7)
- Cohort 5a: 4 to <9 years, ambulatory; mutation in DMD exons 1 to 17 (n=6)
- Cohort 5b: Nonambulatory for ≥9 months; mutation in DMD exons 1 to 17 (n=2)

The primary efficacy endpoint for Study 103 evaluated expression of micro-dystrophin protein in muscle tissue at Week 12 after infusion. Exploratory endpoints included the following clinical assessments: NSAA Total Score; Performance of Upper Limb, version 2.0; 100-MWR; Time to Ascend 4 Steps; Time to Rise; and 10-MWR.

Study 103 was the only study submitted to this sBLA that contained data on nonambulatory patients with DMD. Study 103 was not designed to demonstrate clinical efficacy, and the BLA did not contain suitable data to support approval in this population based on a clinical outcome measure.

The safety database of ELEVIDYS consists of 156 male patients with a confirmed mutation in the *DMD* gene who received a single intravenous infusion of ELEVIDYS in four clinical studies of ELEVIDYS to date: two ongoing open-label studies (Study 101 and Study 103), and two studies that included a randomized, double-blind, placebo-controlled period (Study 102 and Study 301). Study 101 and Study 102 used the laboratory (Process A) version of the product; Study 103 and Study 301 used the commercial (Process B) version.

Of note, 144 patients received the recommended dose of $1.33 \times 10^{14}$ vg/kg, and 12 patients (all in Study 102) received lower doses.

To demonstrate the safety of ELEVIDYS for the requested indication, the Applicant provided from Study 103 and Study 301. Analysis of these data did not reveal new safety signals. There were no deaths in either study. No patients with adverse events (AEs) discontinued participation in either study.

**Clinical Reviewer: Mike Singer, MD, PhD**
**Clinical Pharmacology Reviewer: Xiaofei Wang, PhD**
**STN: 125781/34**

No clear difference in occurrence of adverse events was noted for the nonambulatory patients, compared to the ambulatory patients. Data were available, however, for only 8 nonambulatory patients.

The postmarketing experience to date identified a risk of infusion-related reactions, including hypersensitivity reactions and anaphylaxis, which have occurred during ELEVIDYS administration or up to several hours afterwards.

Overall, the most common adverse reactions (incidence ≥5%) include vomiting (65%), nausea (44%), liver injury[1] (40%), pyrexia (29%), and thrombocytopenia (8%).

Several adverse events of special interest have been reported. Two cases of immune-mediated myositis, including one life-threatening case, were observed approximately 1 month after ELEVIDYS infusion. Both cases resolved with sequelae. The patient who experienced life-threatening immune-mediated myositis had a deletion mutation involving exons 3-43 in the *DMD* gene. The other patient had a deletion mutation involving exons 8 and 9 in the *DMD* gene. These immune reactions may have resulted from a T-cell-based response due to lack of self-tolerance to a specific region encoded by the transgene. ELEVIDYS therefore is contraindicated in patients with any deletion in exons 8 and/or 9 in the *DMD* gene.

Additionally, acute serious myocarditis and troponin-I elevations, and acute liver injury (ALI)—defined as gamma-glutamyl transferase (GGT) >3 × the upper limit of normal (ULN), glutamate dehydrogenase (GLDH) >2.5 × ULN, alkaline phosphatase >2 × ULN, or alanine aminotransferase (ALT) >3 × baseline excluding ALT elevation from degenerating muscle—have been observed following ELEVIDYS infusion. The myocarditis case resolved with sequelae.

In conclusion, the review team determined that the sBLA does not contain substantial evidence of effectiveness to support the Applicant's request to expand the ELEVIDYS indication. Specifically, the data submitted do not confirm the benefit of ELEVIDYS for the treatment of ambulatory pediatric patients aged 4 through 5 years with DMD with a confirmed mutation in the *DMD* gene, as required for continued approval. Moreover, the Applicant provided no satisfactory data to support effectiveness claims for all ages and for non-ambulatory patients.

Although Study 301 Part 1 did not meet its pre-specified primary endpoint, the Applicant conducted analyses of secondary endpoints to support effectiveness claims:

For the clinical key secondary endpoints, the difference in Time to Rise was -0.64 (-1.06, -0.23) seconds, and the difference in 10-MWR was -0.42 (-0.71, -0.13) seconds.

For additional clinical secondary endpoints, the difference in Time to Ascend 4 Steps was -0.36 (-0.71, -0.01) seconds, and the difference for 100-MWR, was -3.29 (-8.28, 1.70) seconds.

The Applicant noted that the point estimate of the difference in each case numerically favors the ELEVIDYS group, and the "nominal" p-values for three of these four endpoints (Time to Rise, 10-MWR, and Time to Ascend 4 Steps) suggest an apparent benefit. The Applicant therefore

---

[1] Includes Aspartate transferase increased, Alanine transaminase increased, Gamma-glutamyl transferase increased, Glutamate dehydrogenase increased, Glutamate dehydrogenase level abnormal, Hepatotoxicity, Hepatic enzyme increased, Hypertransaminasemia, Liver function test increased, Liver injury, Transaminases increased, and Blood bilirubin increased.

made the claim that treatment with ELEVIDYS results in functional benefits that are clinically meaningful and change the trajectory of the disease.

FDA reviewed and confirmed the Applicant's results. However, there are important limitations to concluding from these analyses that ELEVDYS is effective:

In designing Study 301 Part 1, the Applicant did not prespecify further analyses for hypothesis testing, nor did the Applicant include a prespecified multiplicity adjustment strategy. Consequently, we cannot reliably distinguish if these results are due to actual effects of ELEVIDYS, or to chance alone. Although p-values still may be calculated mathematically for these results, such "nominal" (or "raw") p-values are not meaningful as an indication of statistical significance. Under these circumstances, they are misleading and cannot guide any stakeholders—including patients, family members and caregivers, and prescribers—in making informed decisions about the potential benefit of treatment with ELEVIDYS. "Nominal" p-values therefore are not included in this review.

Following evaluation of the totality of the evidence submitted, the clinical reviewer recommends Complete Response for sBLA 125781.34. The basis for this recommendation is as follows:

- The confirmatory study, Study 301 Part 1, failed to demonstrate a statistically significant difference in outcome on the primary efficacy endpoint (change in NSAA Total Score from baseline to Week 52) for patients treated with ELEVIDYS, compared to patients who received placebo.
- Under the circumstances, results from the secondary endpoints cannot support effectiveness of ELEVIDYS. Moreover, the 95 percent CIs for Time to Rise, 10-MWR, and Time to Ascend 4 Steps all contain an upper bound near the zero point (no effect). This observation, while similarly limited in statistical meaning, nevertheless casts further doubt on the Applicant's interpretation. Finally, the small size of the point estimates, even if meaningful, would be of unclear clinical significance.

The videos and testimony provided to the Cellular, Tissue, and Gene Therapies Advisory Committee Meeting (May 12, 2023) attest to the benefit that some patients have obtained from ELEVIDYS. We agree that a sustained benefit is unlikely to result from a placebo effect. Importantly, however, the failure to observe a similar effect in two randomized, double-blind, placebo-controlled clinical trials suggests that any benefit may accrue only to a subset of the DMD population, whose characteristics at present remain unclear.

Micro-dystrophin does not contain all the domains present in the internally truncated dystrophin protein present in the BMD patient described by England, et al.[2] (The coding sequence for that protein exceeds the maximum possible for delivery via an AAV vector.) This difference may at least in part account for the results observed in the ELEVIDYS trials.

Taken together, the totality of the data does not provide substantial evidence of effectiveness of ELEVIDYS for treatment of ambulatory DMD patients of any age. The results argue against traditional approval for ELEVIDYS for ambulatory DMD patients aged 4- to 5-years old, or for broadening of the indication of ELEVIDYS to include (b) (4) DMD patients regardless of age or

---

2 England, SB, LV Nicholson, MA Johnson, SM Forrest, DR Love, EE Zubrzycka-Gaarn, DE Bulman, JB Harris, and KE Davies, 1990, Very mild muscular dystrophy associated with the deletion of 46% of dystrophin, Nature, 343(6254):180-182.

Clinical Reviewer: Mike Singer, MD, PhD
Clinical Pharmacology Reviewer: Xiaofei Wang, PhD
STN: 125781/34

| Decision Factor | Evidence and Uncertainties | Conclusions and Reasons |
|---|---|---|
| Risk | • The safety database of ELEVIDYS consists of 156 male patients with a confirmed mutation in the *DMD* gene who received a single intravenous infusion of ELEVIDYS in four clinical studies of ELEVIDYS to date, including one completed open-label study (SRP 101), one ongoing open-label study (Study 103), and two studies that included a randomized, double-blind, placebo-controlled period (Study 102 and Study 301). There were no deaths.<br>• The most common adverse reactions (incidence ≥5%) include vomiting (65%), nausea (44%), liver injury (40%), pyrexia (29%), and thrombocytopenia (8%).<br>• Adverse events of special interest were: hepatotoxicity, cardiotoxicity (including myocarditis and elevated troponin-I levels), and life-threatening immune-mediated myositis.<br>• Two cases of immune-mediated myositis, including one life-threatening case, were observed about 1 month after ELEVIDYS infusion.<br>• Acute serious myocarditis and troponin-I elevations, and ALI—defined as GGT >3×ULN, GLDH >2.5×ULN, alkaline phosphatase >2×ULN, or ALT >3×baseline excluding ALT elevation from degenerating muscle—have been observed following ELEVIDYS infusion.<br>• Infusion-related reactions, including hypersensitivity reactions and anaphylaxis, have occurred during or up to several hours following ELEVIDYS administration. | • The safety database for patients exposed to ELEVIDYS is acceptable for this serious disease with a major unmet medical need.<br>• Because of cross-reactivity against capsids of other AAV serotypes, patients who receive ELEVIDYS and for whom it is ineffective, likely will not be able to receive any future effective AAV-based gene therapy. |
| Risk Management | • Safety risks have not been identified that would require risk management beyond enhanced and standard pharmacovigilance. | • The proposed pharmacovigilance plan is acceptable. |

Source: FDA
Abbreviations: AAV = adeno-associated virus, ALI = acute liver injury, ALT = alanine aminotransferase, BLA = biologics license application, DMD = Duchenne muscular dystrophy, FDA = Food and Drug Administration, GGT = gamma-glutamyl transferase, GLDH = glutamate dehydrogenase, NSAA = North Star Ambulatory Assessment, ULN = upper limit of normal

Clinical Reviewer: Mike Singer, MD, PhD
Clinical Pharmacology Reviewer: Xiaofei Wang, PhD
STN: 125781/34

___

## 11.2 Risk-Benefit Summary and Assessment

Data submitted to the sBLA do not establish substantial evidence of benefit in patients with DMD.

Although the risks of ELEVIDYS appear similar to those of other AAV vector-based gene therapies, the lack of confirmed benefit results in an unfavorable overall benefit-risk profile. In addition, because of possible cross-reactivity against capsids of other AAV serotypes, patients who receive ELEVIDYS and for whom it is ineffective likely will not be able to receive any future effective AAV-based gene therapy.

## 11.3 Discussion of Regulatory Options

The Applicant has not provided substantial evidence of effectiveness from adequate and well-controlled studies to support traditional approval.

## 11.4 Recommendations on Regulatory Actions

Based on analysis by the review team of the clinical data in the sBLA submission, the clinical reviewer concludes that data from the confirmatory Study SRP-9001-301 Part 1 does not verify the benefit of ELEVIDYS in the 4-5-year-old age group, and that data from Study 103 do not provide substantial evidence of effectiveness to support expansion of the approved indication to (b) (4) DMD patients. Therefore, the clinical reviewer recommends Complete Response for sBLA 125781.34.

**Reviewer Comment:**
The CBER Center Director, Dr. Peter Marks, is approving the sBLA by overriding the review team's recommendation; please refer to the Center Director memo which has not been reviewed by the review team, for details on the basis for approval. At the direction of Center Director, the product Prescribing information has been revised to reflect the following indication.

The following indication will be approved in individuals at least 4 years of age:
- For the treatment of Duchenne muscular dystrophy (DMD) in patients who are ambulatory and have a confirmed mutation in the *DMD* gene.
- For the treatment of DMD in patients who are non-ambulatory and have a confirmed mutation in the *DMD* gene.

  The DMD indication in non-ambulatory patients is approved under accelerated approval based on expression of ELEVIDYS micro-dystrophin. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory trial(s).

## 11.5 Labeling Review and Recommendations

Substantial changes to sections 1, 5, 6, 12 and 14 of the Prescribing Information were made based on available clinical study data and on FDA guidance on product labeling.

The clinical reviewer and the CBER Advertising and Promotional Labeling Branch consider the revised Prescribing Information to be acceptable.
The overall content of the Prescribing Information suitably conveys known information regarding safety and efficacy results shown in clinical studies of ELEVIDYS.

## 11.6 Recommendations on Postmarketing Actions

The following postmarketing study was discussed and agreed upon by FDA and the Applicant to verify and describe the clinical benefit of ELEVIDYS in patients with DMD:

### Accelerated Approval Required Studies

Conduct and submit the results of a randomized, controlled trial to verify and confirm the clinical benefit of delandistrogene moxeparvovec-rokl in patients with Duchenne muscular dystrophy who are non-ambulatory and have a confirmed mutation in the *DMD* gene. The trial should evaluate the effects of delandistrogene moxeparvovec-rokl on an endpoint that assesses clinical benefit.

The projected Trial Completion date is May 30, 2027. The final study report will be submitted as a "Postmarketing Requirement" – Final Study Report" by November 30, 2027.