# EXHIBIT 23

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/opinion/fda-reversal-elevydis-sarepta-duchenne-gene-therapy-marty-makary-b6072d1f

**OPINION**   **REVIEW & OUTLOOK**   Follow

# On Sarepta, a Welcome FDA Reversal

After our editorial, the agency relents to allow a Duchenne treatment.

By The Editorial Board  Follow

July 29, 2025 5:48 pm ET



Ampoules contain Elevidys, used for the treatment of Duchenne muscular dystrophy. MIKHAIL SINITSYN/ZUMA PRESS

Good news from Washington for a change: The Food and Drug Administration has thought better of yanking a gene therapy for boys with a rare and devastating muscular condition. Now the onus is on the agency to show it won't repeat this debacle and will encourage the innovation that leads to faster cures.

The FDA said Monday that the agency recommended partially lifting a hold on shipments of the gene therapy Elevidys, which treats Duchenne muscular dystrophy. Our editorial that went online Sunday reported that the agency had used rare deaths in patients with advanced disease as a pretext to relitigate the drug's approval and force it from the market.

The agency now says boys who still walk independently can receive the gene therapy. This was always the right answer based on the available evidence of the treatment's

risks and benefits. In June the company suspended the drug for boys who could no longer walk, while digging into the emerging safety concerns.

The FDA press release nods that "the patient community is an important voice," and thank heavens. The Trump Administration was hearing from Duchenne parents who want this important clinical option for their sons and think they and their doctors are capable of making an informed choice.

Such patients are portrayed by the paternalistic left and the anti-pharma right as desperate and preyed on by villainous drug companies. But patients are better suited to choosing treatments than Washington's regulatory afflatus, and the alternative with Duchenne is inexorable decline and death.

One hopes this episode is an anomaly and that the Trump Administration is serious about the regulatory certainty and risk tolerance that produces better treatments. But it's a bad sign that the FDA has rejected three promising new treatments this month, including Replimune's for advanced melanoma.

"We are surprised by this FDA decision," Replimune's CEO said in a press release. The issues in the rejection letter "were not raised by the agency during the mid- and late-cycle reviews." Another company, Capricor Therapeutics, which is trying to win approval for a cell therapy that treats cardiomyopathy in Duchenne, also expressed surprise at the agency's response to its application.

These are the decisions of an agency that values statistical certainty above faster approvals, but President Trump championed the opposite in his first term. Companies monitor these FDA decisions to decide when to file for an approval, and even a few months of delay matter if you're a patient with a terminal disease and running out of options.

The rate of drug innovation is how the tenure of new FDA Commissioner Marty Makary will be judged. But at least it's a victory that the FDA retreated on the Duchenne treatment. Every gene therapy dose is an opportunity to better understand the condition and encourage investment that someday may rid the world of this scourge.

*Appeared in the July 30, 2025, print edition as 'On Sarepta, a Welcome FDA Reversal'.*

**Videos**