# EXHIBIT 24

**FDA NEWS RELEASE**

# FDA Recommends Removal of Voluntary Hold for Elevidys for Ambulatory Patients

◉ More Press Announcements (/news-events/newsroom/press-announcements)

**For Immediate Release:**

July 28, 2025

The U.S. Food and Drug Administration is recommending the removal of the voluntary hold for ambulatory patients who may now receive Elevidys, a Sarepta Therapeutics gene therapy for Duchenne Muscular Dystrophy (DMD). The FDA's investigation has concluded that the death of the 8-year-old boy (https://www.fda.gov/news-events/press-announcements/fda-investigating-death-8-year-old-boy-who-received-elevidys) is unrelated to the gene therapy product itself .

The FDA will continue to work with the sponsor regarding non ambulatory patients, which remains subject to a voluntary hold, following two deaths.

The patient community is an important voice, and the FDA will continue to listen to and respond to thoughts from the community impacted by DMD.

Elevidys is an adeno-associated virus vector-based gene therapy using Sarepta Therapeutics, Inc.'s AAVrh74 Platform Technology for the treatment of Duchenne muscular dystrophy. The product is administered as a single intravenous dose. Duchenne muscular dystrophy is a rare genetic condition characterized by progressive muscular weakness. The disease occurs due to a defective gene.

Feedback

**Media:**

HHS Request for Comment (https://www.hhs.gov/request-for-comment-form/index.html?Agency=ASPA)

202-690-6343

**Consumer:**

888-INFO-FDA

###

The FDA, an agency within the U.S. Department of Health and Human Services, protects the public health by assuring the safety, effectiveness, and security of human and veterinary drugs, vaccines and other biological products for human use, and medical devices. The agency also is responsible for the safety and security of our nation's food supply, cosmetics, dietary supplements, radiation-emitting electronic products, and for regulating tobacco products.

---

Was this page helpful? * (required)

Yes

No

**Submit**

🇺🇸 An official form of the United States government. Provided by Touchpoints