# EXHIBIT 30

# We welcome individuals with LGMD2A/R1 to join our journey



JOURNEY is a clinical outcomes assessment study, also referred to as a natural history study. The study does not involve the use of an investigational study drug, but instead studies the natural progression of LGMD subtypes over a period of time (~3 years). The data collected from JOURNEY will help Sarepta learn more about the condition and how muscle strength, breathing, and heart function can change over time. This information is critically important for researchers to design clinical trials for future therapies. Individuals affected with limb-girdle muscular dystrophy type 2A/R1 (LGMD2A/R1, calpainopathy) are now invited to participate.



## The journey to uncover your potential treatment options

Currently there are no treatments approved for individuals with a limb-girdle muscular dystrophy. Your participation in JOURNEY will not hinder your ability to participate in future clinical studies, including those with investigational study drugs.

## Who may be eligible

- Male or Female age 4 years and older
- Genetic diagnosis of LGMD2A/R1. Enrollment of individuals with LGMD2E/R4, LGMD2D/R3, or LGMD2C/R5 has been met and is closed for future enrollment

*Other inclusion/exclusion may apply and will be discussed with a study doctor at screening.

## JOURNEY Participation



Study participants will have access to highly experienced physicians and undergo medical and functional procedures during the screening visit, and at scheduled study visits throughout the lifetime of the study.



**On-site visits: For screening and every 6-month visit:**
- meet with the study doctor and research team
- complete motor assessments and laboratory tests.



**In between on-site visits: For every 3-month visit:**
- study research team will contact you every 3 months by phone
- ask you questions on your health and well being.

## To learn more about the study and how you can join the journey, go to journeyLGMD.com

You can also find more information about this study and participating locations, by visiting ClinicalTrials.gov and searching NCT04475926.

Sponsored by SAREPTA THERAPEUTICS



©2024 Sarepta Therapeutics, Inc. 215 First Street, Cambridge, MA 02142. All rights reserved. 04/24 C-NP-US-3081-V1 SAREPTA, SAREPTA THERAPEUTICS, and the SAREPTA Helix Logo are trademarks of Sarepta Therapeutics, Inc. registered in the U.S. Patent and Trademark Office and may be registered in various other jurisdictions.

