**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE SAREPTA THERAPEUTICS SECURITIES LITIGATION | Civil Action No.: 1:25-cv-13530-BEM |

**DECLARATION OF SARAH A. TOMKOWIAK IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION
COMPLAINT**

I, Sarah A. Tomkowiak, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP and counsel for Defendants Sarepta Therapeutics, Inc. ("Sarepta"), Douglas S. Ingram, Ian M. Estepan, and Louise Rodino-Klapac (the "Individual Defendants" and, together with Sarepta, "Defendants") in the above captioned litigation.  I am licensed to practice law in the District of Columbia and Illinois.  I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint filed concurrently herewith.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Food and Drug Administration's ("FDA") news release titled "FDA Approves First Gene Therapy for Treatment of Certain Patients with Duchenne Muscular Dystrophy," dated June 22, 2023.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of Sarepta's Investor Call, dated June 22, 2023.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the FDA's Summary Basis for Regulatory Action recommending approval of Sarepta's Biologics License Application ("BLA") for ELEVIDYS, dated June 21, 2023.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of FDA Advisory Committee's meeting regarding the ELEVIDYS BLA, dated May 12, 2023.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Sarepta's press release titled "Sarepta Therapeutics Announces FDA Approval of ELEVIDYS, the First Gene Therapy To Treat Duchenne Muscular Dystrophy," dated June 22, 2023.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the ELEVIDYS label and full prescribing information, dated June 20, 2023.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Sarepta's Form 10-Q for the period ending June 30, 2023, filed with the SEC on August 2, 2023.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of the transcript of Sarepta's Investor Call, dated October 30, 2023.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of Sarepta's press release titled "Sarepta Therapeutics Announces Topline Results from EMBARK, a Global Pivotal Study of ELEVIDYS Gene Therapy for Duchenne Muscular Dystrophy," dated October 30, 2023.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the transcript of Sarepta's presentation at the UBS Biopharma Conference, dated November 9, 2023.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of Sarepta's press release titled "Sarepta Therapeutics Announces U.S. FDA Acceptance of an Efficacy Supplement to Expand the ELEVIDYS Indication," dated February 16, 2024.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of Sarepta's Form 10-K for the period ending December 31, 2023, filed with the SEC on February 28, 2024.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of Sarepta's Form 10-Q for the period ending March 31, 2024, filed with the SEC on May 1, 2024.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of the FDA's news release titled "FDA Expands Approval of Gene Therapy for Patients with Duchenne Muscular Dystrophy," dated June 20, 2024.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the FDA's BLA Integrated Clinical and Clinical Pharmacology Review Memorandum, dated June 18, 2024.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of the transcript of Sarepta's Investor Call, dated June 21, 2024.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of Sarepta's press release titled "Sarepta Therapeutics Shares Safety Update on ELEVIDYS," dated March 18, 2025.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of Sarepta's press release titled "Sarepta Provides Safety Update for ELEVIDYS and Initiates Steps to Strengthen Safety in Non-Ambulatory Individuals with Duchenne," dated June 15, 2025.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of the transcript of Sarepta's Investor Call, dated June 16, 2025.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of Sarepta's press release titled "Sarepta Therapeutics Announces Strategic Restructuring and Pipeline Prioritization Plan to Maintain Long-term, Sustainable Growth and Provides Update on ELEVIDYS Label," dated July 16, 2025.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of Sarepta's press release titled "Sarepta Therapeutics Provides Statement on ELEVIDYS," dated July 18, 2025.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of a Wall Street Journal opinion editorial titled "The Sarepta Mugging and Drug Innovation," dated July 27, 2025.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of a Wall Street Journal opinion editorial titled "On Sarepta, a Welcome FDA Reversal," dated July 29, 2025.

25.      Attached hereto as **Exhibit 24** is a true and correct copy of the FDA's news release titled "FDA Recommends Removal of Voluntary Hold for Elevidys for Ambulatory Patients," dated July 28, 2025.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of the FDA's news release titled "FDA Approves New Safety Warning and Revised Indication that Limits Use for Elevidys Following Reports of Fatal Liver Injury," dated November 14, 2025.

27.    Attached hereto as **Exhibit 26** is a true and correct copy of Sarepta's press release titled "Sarepta Announces Positive Topline Three-Year EMBARK Results Showing ELEVIDYS Significantly Slows Disease Progression on Key Functional Measures in Ambulatory Duchenne Patients," dated January 26, 2026.

28.    Attached hereto as **Exhibit 27** is a true and correct copy of the transcript of Sarepta's presentation at the J.P. Morgan Healthcare Conference, dated January 8, 2024.

29.    Attached hereto as **Exhibit 28** is a true and correct copy of the transcript of Sarepta's Investor Call, dated August 2, 2023.

30.    Attached hereto as **Exhibit 29** is a true and correct copy of the transcript of Sarepta's presentation at the J.P. Morgan Healthcare Conference, dated January 11, 2021.

31.    Attached hereto as **Exhibit 30** is a true and correct copy of Sarepta's recruitment flyer for the JOURNEY clinical trial, dated May 14, 2025.

32.    Attached hereto as **Exhibit 31** is a true and correct copy of the transcript of Sarepta's Investor Call, dated August 7, 2024.

33.    Attached hereto as **Exhibit 32** is a true and correct copy of Sarepta's Community Letter titled "Update on LGMD programs SRP-9003, SRP-9004, SRP-9005," dated December 18, 2024.

34.    Attached hereto as **Exhibit 33** is a true and correct copy of Sarepta's press release titled "Sarepta Therapeutics Announces Pipeline Progress for Multiple Limb-Girdle Muscular Dystrophy Programs," dated April 15, 2025.

35.    Attached hereto as **Exhibit 34** is a true and correct copy of the transcript of Sarepta's Investor Call, dated July 16, 2025.

36.    Attached hereto as **Exhibit 35** is a true and correct copy of Sarepta's stock price chart from June 22, 2023 to November 3, 2025.

37.    Attached hereto as **Exhibit 36** is a true and correct copy of the transcript of Sarepta's Investor Call, dated May 6, 2020.

38.    Attached hereto as **Exhibit 37** is a true and correct copy of excerpts of Sarepta's Form 10-Q for the period ending March 31, 2020, filed with the SEC on May 6, 2020.

39.    Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of Sarepta's Form 10-Q for the period ending June 30, 2020, filed with the SEC on August 5, 2020.

40.    Attached hereto as **Exhibit 39** is a true and correct copy of the transcript of Sarepta's Investor Call, dated November 3, 2025.

41.    Attached hereto as **Exhibit 40** is a true and correct copy of the transcript of Sarepta's presentation at the J.P. Morgan Healthcare Conference, dated January 13, 2025.

42.    Attached hereto as **Exhibit 41** is a true and correct copy of excerpts of Sarepta's Form 10-Q for the period ending September 30, 2024, filed with the SEC on November 6, 2024.

43.    Attached hereto as **Exhibit 42** is a true and correct copy of the transcript of Sarepta's presentation at the Morgan Stanley Global Healthcare Conference, dated September 11, 2023.

44.    Attached hereto as **Exhibit 43** is a true and correct copy of the transcript of Sarepta's Investor Call, dated November 1, 2023.

45.    Attached hereto as **Exhibit 44** is a true and correct copy of the transcript of Sarepta's presentation at the Leerink Partners Global Biopharma Conference, dated March 11, 2024.

46.    Attached hereto as **Exhibit 45** is a true and correct copy of the transcript of Sarepta's presentation at the Barclays Global Healthcare Conference, dated March 12, 2024.

47.    Attached hereto as **Exhibit 46** is a true and correct copy of the transcript of Sarepta's presentation at the Morgan Stanley Global Healthcare Conference, dated September 6, 2024.

48.    Attached hereto as **Exhibit 47** is a true and correct copy of the transcript of Sarepta's Investor Call, dated November 6, 2024.

49.    Attached hereto as **Exhibit 48** is a true and correct copy of the transcript of Sarepta's Investor Call, dated January 27, 2025.

50.    Attached hereto as **Exhibit 49** is a true and correct copy of the transcript of Sarepta's Investor Call, dated February 26, 2025.

51.    Attached hereto as **Exhibit 50** is a true and correct copy of the transcript of Sarepta's Investor Call, dated May 6, 2025.

52.    Attached hereto as **Exhibit 51** is a true and correct copy of Sarepta's press release titled "Sarepta Therapeutics Presents Data at the American Society of Gene & Cell Therapy Conference, Including Statistically Significant Functional Outcomes for 8- and 9-year Old Patients in New Data Analysis of EMBARK Part 2," dated May 16, 2025.

53.    Attached hereto as **Exhibit 52** is a true and correct copy of the transcript of Sarepta's Investor Call, dated November 26, 2024.

54.    Attached hereto as **Exhibit 53** is a true and correct copy of excerpts of Sarepta's Form 10-K for the period ending December 31, 2024, filed with the SEC on February 28, 2025.

55.    Attached hereto as **Exhibit 54** is a true and correct copy of excerpts of Sarepta's Form 10-Q for the period ending September 30, 2023, filed with the SEC on November 1, 2023.

56.    Attached hereto as **Exhibit 55** is a true and correct copy of excerpts of Sarepta's Form 10-Q for the period ending June 30, 2024, filed with the SEC on August 7, 2024.

57.    Attached hereto as **Exhibit 56** is a true and correct copy of excerpts of Sarepta's Form 10-Q for the period ending June 30, 2025, filed with the SEC on August 6, 2025.

58.    Attached hereto as **Exhibit 57** is a true and correct copy of the transcript of Sarepta's Investor Call, dated February 28, 2024.

59.    Attached hereto as **Exhibit 58** is a true and correct copy of the transcript of Sarepta's Investor Call, dated May 1, 2024.

60.    Attached hereto as **Exhibit 59** is a true and correct copy of excerpts of Sarepta's form 10-Q for the period ending March 31, 2025, filed with the SEC on May 6, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2026 in New York.

/s/ *Sarah A. Tomkowiak*
Sarah A. Tomkowiak

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on March 9, 2026 to those identified as non-registered participants.

/s/ *Shlomo Fellig*
Shlomo Fellig