# EXHIBIT 40

**S&P Global**
Market Intelligence

# Sarepta Therapeutics, Inc.
# NasdaqGS:SRPT
# Company Conference Presentation

**Monday, January 13, 2025 5:00 PM GMT**

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

2

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................................. | 3 |
| Presentation | ................................................................................. | 4 |
| Question and Answer | ................................................................................. | 10 |

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Dallan Murray**
*Executive VP & Chief Customer Officer*

**Douglas S. Ingram**
*President, CEO & Director*

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

**Unknown Executive**

**ANALYSTS**

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

**Unknown Analyst**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

All right. Welcome, everybody, to the JPMorgan Healthcare Conference. My name is Anupam Rama. I'm one of the senior biotech analysts here at JPMorgan. I'm joined by my Squad, Priyanka Grover, Malcolm Kuno and [ Rati Pinhe ]. Our next presenting company is Sarepta, and presenting on behalf of the company, we have CEO, Doug Ingram. Doug?

**Douglas S. Ingram**
*President, CEO & Director*

Thank you very much, Anupam, to those in the room and also online. Thank you for joining Sarepta Therapeutics this morning. I apologize to people on that far side, every once in a while, I'll just take a break and walk down and you can get a look at whether I'm nervous or not.

All right. So I think Sarepta has a well-earned reputation for tenacity. But I think these videos here better than any words I could use explain the basis for that tenacity. We're going to talk a lot this morning about performance and numbers and finances. I would like us all to recall that behind those numbers are the lives of patients that we're dedicated to improving.

I'm going to be making some forward-looking statements this morning. Please refer to our various public filings for the risks and uncertainties that come whenever one tries to make predictions about the future. There's a lot going on at Sarepta, and we have a short period of time, so I'm going to just get on with it. We're going to talk about 3 big things today. One, we're going to talk broadly about our 4 approved therapies and current performance, then we're going to talk about some of our late-stage development work, in particular, our limb-girdle work before moving on to the exciting new platform we have, which is our siRNA platform.

We are exiting 2024 and entering '25 fueled by very, very strong financial performance. In the fourth quarter of last year, our total net product revenue stood at $638 million. That is a 75% increase quarter over -- growth over the prior quarter, prior year. That means our full year total net product revenue was $1.788 billion. That's a 56% growth year-over-year. That's also exceeding our guidance for the full year by well over $100 million. ELEVIDYS, as we sit here today is undoubtedly the most successful gene therapy launch in all of history, our fourth quarter net product revenue for ELEVIDYS stood at $384 million. That is 112% growth over the immediately preceding sequential quarter that also beat our guidance for the fourth quarter for ELEVIDYS by over $60 million. Full year net product revenue for ELEVIDYS stood at $821 million. And as impressive as all that performance is, at least I believe it's impressive. We have barely scratched the surface of the opportunity in front of us. Even after all of that performance, you should know, we have not even treated 5% of the on-label addressable patient population for ELEVIDYS.

I am excited also to note that our 3 approved PMOs continue to perform well and grew last year even in the face of our ELEVIDYS launch with fourth quarter net product revenue coming in at $254 million and full year net product revenue standing at $967 million.

Over the last 7 or 8 years, we've performed very well. We have 4 approved therapies over that period of time. We have grown revenue at, I think, an impressive 40% -- 42% actually compounded annual growth rate, and I would put this statistic up against just about anyone. Over that period of time, interestingly, we have never -- Jesus Lord -- okay, there's going to be electric outage in a second, so we'll -- we're going to go acoustic in a moment.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

The tragedy is here. That fell on your shoes, which look really nice.

**Douglas S. Ingram**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President, CEO & Director*

That's okay. They're not real leather, Anupam. Apologies, over that entire period of time, as I was saying before, I interrupted myself. We have never missed any quarterly or yearly guidance, in fact, more often than not, if we don't meet our guidance, we exceed our guidance. And speaking of guidance, you will recall, as we tracked out of 2024, we said we would do $2.9 billion to $3.1 billion in net product revenue for 2025.

Please understand that the way we have set that guidance is consistent with our very long track record of accurately predicting where we're moving and feeling comfortable. And as you can imagine, we feel very comfortable about that guidance today, given the strength with which we exited 2024 and our overperformance in 2024. But a couple of things to note about that guidance. For total net product revenue, that is a 70% or so growth over the prior year. But for ELEVIDYS, in particular, year-over-year, that's greater than 160% growth year-over-year. We'll continue to monitor this. And if there's a compelling reason to increase it over the year, we'll look to do that. But as it stands right now, we feel very good about where we are and where we're heading. All right.

Talking about where we're heading and how we're doing. This slide is an interesting one. This describes the success of Sarepta -- of ELEVIDYS over '24 and '25. In the first 30 months of our launch of ELEVIDYS. We will do more net product revenue in ELEVIDYS than every other in vivo gene therapy over that same period of time, in fact, by quite a bit.

Now our performance means a lot to us. It means that kids live better, longer lives. And that's why we exist. It also is an extraordinary opportunity for those interested in investing in companies focused on financial performance and execution, consider a couple of things. As you all know, there are thousands of biotechs, both private and public that exist today. We are one of only about 14 that have ever been profitable, and we are profitable and durably cash flow positive. In fact, from the closing of our Arrowhead transaction, which I'm going to talk about in a little bit, through 2030, we're going to do greater than $16 billion in operating income.

At the same time, we're going to do better than $13 billion in free cash flow and consider how derisked those numbers are. They do not rely on big risky new approvals. For the most part, they do not require big, risky binary developments, readouts. This primarily comes from our existing therapies and continuing execution by us. So we feel very good about where we're heading.

Speaking just a moment about the opportunity for ELEVIDYS. Hopefully, you all know that today, the labeled indication for ELEVIDYS would allow us to treat and bring a better life to boys that are about 80% of the Duchenne population. That comes from multiple studies across a continuum of Duchenne muscular dystrophy proving out both the safety and efficacy of ELEVIDYS.

Consider a few things as we sit here today. More than 600 patients have been dosed with ELEVIDYS today. As you may know, ELEVIDYS when it was approved, was approved not only for ambulatory patients for nonambulatory patients. At the time of its approval, we had dosed more nonambulatory patients with ELEVIDYS than any other Duchenne therapy, ever approved at the time of its approval. And as we sit here today, we've dosed going on 100 nonambulatory patients.

Consider some other things as well. We've dosed children as young as 2 years old with ELEVIDYS. We've dosed men in their mid-20s with ELEVIDYS. We've dosed children as light as 26 pounds with ELEVIDYS. We've dosed men that are 290-plus pounds with ELEVIDYS. And I did not misspeak, over 290 pounds and across that entire continuum of ambulatory, nonambulatory, young, older, lighter, heavier. The profile of ELEVIDYS both from a safety and efficacy remains consistent and the same.

And while we understand that continuum for ELEVIDYS and we understand the safety and efficacy of ELEVIDYS very well. We're not slowing down. We're continuing to do work to understand this brilliant therapy even better, but also to unleash more opportunity with ELEVIDYS. So let me talk about that.

There are a number of opportunities here that I think have gone somewhat underrecognized. The first one is this. Those numbers that I've shown you earlier about our performance, they do not include royalties from ex U.S. sales. When one starts including the royalties that we receive on ex U.S. sales for ELEVIDYS,

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

our estimate is our peak year sales for that, our peak year royalties will be over $500 million, all of which, of course, drops to the bottom line. We're going to work right now in an effort to be able to dose antibody-positive boys that will increase the opportunity by 15%. It will bring the addressable patient population for ELEVIDYS to about 95%. We're doing the work right now to move to suspension. And if we're successful with suspension that will reduce COGS. It will increase our margins for over 90%, and it will ensure that we can get ELEVIDYS across the globe into all corners of the globe.

And building on the antibody work that we're already doing, our long-term goal is to be able to redose boys with ELEVIDYS, which if we are successful in doing that, will be an entire paradigm shift for the concept of gene therapy.

Let's talk now about our limb-girdle programs. To remind you, we have 6 programs for 6 different diseases all under this broad umbrella called limb-girdle, and to also remind you, we divide these up 3 and 3 between what we call the [ SARCs and non-SARCs ]. When we look across all of the programs we currently have for limb-girdle, all 6 of them, there are 2 things that you should know about them. The first is that each of these diseases is a deadly disease and entirely unserved. There is a desperate need among these patients. So a real opportunity to do good by these patients.

The second thing to understand as an investor is there's an enormous commercial opportunity in here. Together, these represent about 71% of the ELEVIDYS opportunity. If we focus down on our [ SARCs ], more specifically, there are 3 of those, they represent still about 25% of the ELEVIDYS opportunities. So if we're successful and you consider them together, these will be likely in the top 3 most successful gene therapy launches when they come.

And as it relates to the [ SARCs ], there's 2 things to know about them. They are both significantly derisked and they are relatively late stage. They are derisked for a number of reasons. First, know this, they all rely upon the same Rh74 platform as ELEVIDYS, so we have a very good understanding of what we may see, both from an expression perspective and a safety perspective, for all of these [ SARCs ]. The second thing you should know is that the gene therapy itself and the gene here for each of them, codes for the unaltered native protein, the absence of which is the sole and exclusive cause of degeneration and ultimate death in these patients.

And the third thing to know is that the development programs, all in alignment with the FDA are very lean, fast approaches. They all involve small single-arm studies, and they all involve looking at expression and safety as the basis for approval. They're also a late stage in a number of regards. First, let's think about SRP-9003. With 9003, we've already dosed all of the patients in its registration trial. We will have a readout on that program this year. We'll be submitting a BLA for an approval this year. With respect to 9005 -- 9004 we're already dosing those patients as we speak. And with respect to 9005, we'll be starting its registration trial this quarter. So if we're successful with these programs, and we have an enormous amount of conviction that we are going to be successful, with these programs, we're going to translate this development work to successful launches very rapidly.

Now with that, let's move on to our newest platform, which is our siRNA platform, that we received from Arrowhead Pharmaceuticals. To remind everybody in the fourth quarter of last year, we entered into a broad partnership with the innovator, Arrowhead Pharmaceuticals to gain access to a very broad platform of siRNA. We have 4 clinical stage programs. We have 3 preclinical programs heading to the clinic, and we have 6 research programs with Arrowhead across neuromuscular CNS, cardiomyopathy and pulmonary, all right?

This platform that we have is going to play a really strategically important part of the future of Sarepta for a host of reasons. First, this is a chronic therapy platform. It nicely diversifies us as we have a very strong onetime gene therapy platform as well. So there's a nice balance and diversification with this. Second, the lead programs, in particular, DM1 and FSHD leverage our deep understanding in the neuromuscular space. At the same time, this really broadens and diversifies us. It diversifies us into CNS and cardiomyopathy and even pulmonary. And finally, there are a significant number of big blockbuster potential opportunities if we're successful from a scientific perspective here.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

As an example, if we're successful, we'll launch FSHD in 2028. And if we're successful, we'll launch DM1 in 2029, both are multibillion-dollar opportunities.

So why did we get so excited about siRNA? It's broadly probably 2 reasons. One, let's just talk about the technology itself in the broadest of terms. We're really excited because siRNA is a very, very powerful modality for the purpose of which is to silence gene expression and knockdown proteins, probably the most powerful approach to doing that right now that currently exists, at least in our opinion. We're also really excited about the approach that Arrowhead has taken here and the work that Arrowhead has done in particular.

The first thing to know is that Arrowhead as experts in RNAi has made a number of modifications to the backbone, which they believe will increase targeting and reduce off-target effects. The second thing that really excites us about Arrowhead is they've done a great job of getting out of the liver and getting into other tissue. The example I'll use that we're really excited about right here is their approach to muscle. So Arrowhead uses this approach where they take the RGD peptide ligand and it targets to this thing called the alpha V beta 6 integrin receptor. And they believe that approach to targeting will increase muscle concentration and therefore, enhance efficacy and enhanced safety at the same time.

We also have an enormous amount of conviction around this approach. And that conviction comes not only from the diligence that we've done. It also comes from our own work as well. Know this, we have, as some may know, a next-generation capsid, something that we call Myo-R874. Interestingly enough, Myo-R874 uses the same RGD motif to target the same integrin receptor. And in our hands, we're seeing just exceptional tropism with that approach. So we're really excited about that.

The final thing that we love about this Arrowhead approach is that Arrowhead's made a lot of progress as evidenced by the fact that we're currently in clinical trials with 4 programs with this siRNA platform. Let's talk briefly about each. The lead program here is FSHD. FSHD is a devastating neuromuscular disease. There are no good treatments for it today. There are about 13,000 patients in the U.S. alone who have FSHD, understand I'm going to use U.S. numbers, but we have global rights here. We're in a Phase I/II for FSHD. And if we are successful, we'll be launching FSHD in 2028.

The next program we have is DM1. DM1 also is a devastating neuromuscular disease. It also is a disease that is not well served today. There are some 30,000 patients in the U.S. alone with DM1. So this is about 3x the size of DMD. We're in a Phase I/II with a DM1. And again, if we're successful with this program, we'll be launching it in 2029. That means with those first 2 programs alone, we'll have multibillion dollar opportunities before the end of this decade, if we're successful and the science breaks the right way.

The next program we have is spinocerebellar ataxia type 2, otherwise known as SCA2. SCA2 is actually a neurodegenerative disease. There are about 2,000 patients in the U.S. that have SCA2. So by our estimates, if we're successful, the peak year sales on this program is about $700 million. But know this also, we have SCA1 and SCA3 also heading to the clinic. And if you take all of those programs together, our peak year sales estimate for these is about $2 billion for this and the other programs.

And finally, we have a program using ARO-MMP7 to target idiopathic pulmonary fibrosis or IPF. Now, IPF is a rare disease and Sarepta knows rare disease. But it's pulmonary, and this is very new to us. So why are we doing this? We're doing this because the opportunity to do good by patients and do well by investors here if we are successful is enormous. There are some 60,000 patients in the U.S. suffering from IPF. From the time of diagnosis, the life expectancy of one of these folks is about 5 years, and we're in Phase I/II with this program as well.

Those are our clinical programs, but I will remind you, yet again, that behind that, we have 3 preclinical programs for siRNA heading to the clinic, and we have 6 programs from a research perspective with Arrowhead.

When I think about the things I'm most proud of at Sarepta, probably the one thing that I'm overarching proud of is that we're not afraid to take big swings, that Sarepta is not afraid to set ambitious goals and then through a combination of great science, execution and an obsessive attention to detail overcome obstacles and achieve those goals. I'll give you an example. In 2017, we entered into a written strategic

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

plan that was so ambitious that we called it at the time, project Moonshot. As we sit here today, I'm proud to say we have achieved every single obstacle that was set out in Project Moonshot back in 2017. Over that 7 or 8 years, we've gained approval on 4 therapies. We've launched all of those therapies. Those launches have all gone exceptionally well. We've grown revenue, as you've seen, at 42% compounded annual growth rate, and we're accelerating in that regard.

At the same time, our peak year sales this decade, if we're successful, will be greater than $5 billion. If you include our ex U.S. royalty revenue, it will actually be $16 billion in operating income because we're profitable today, and we're consistently cash flow positive today and we'll be that over the rest of this decade.

You'll remember back in 2017 before we'd ever dosed a patient, we have a lot of conviction over this thing we at the time called 9001, now called ELEVIDYS. In our strategic plan, we said we were going to develop that therapy as fast as possible, and we were going to make it available to the vast majority of patients living with and ultimately dying from Duchenne muscular dystrophy. And as we sit here today, we have done exactly that.

Another thing that we said back in 2017 all the way back then, was that if we were successful with ELEVIDYS, we knew that we needed to take advantage of that success as rapidly as possible and to diversify and leverage that success with another big acquisition and another modality. And we did exactly that, as you know, in the fourth quarter of this year, we got the siRNA platform. So as we sit here today, we have a pipeline of really deep pipeline of gene therapy and also a chronic therapy pipeline of siRNA that's moving rapidly towards, hopefully, approvals before the end of this decade.

And probably, most durably for us as an organization, over this period of time, we have built a team that, at least in my opinion, is one of the best in biotech, a team that is passionate and patient-focused, but frankly, is expert in what they do and knows how to get things done. And we are getting things done. As we look at 2025, we have a lot to do in 2025, when we have a lot of readouts and milestones in 2025. In fact, we have, frankly, more milestones than I can probably discuss today, but let me touch on a few of them.

We have a lot of work to do still with ELEVIDYS and a lot of readouts from ELEVIDYS. The one I'm really excited to see is the 2-year data on EMBARK. EMBARK is our pivotal trial for ELEVIDYS. So this will be a really exciting opportunity to see the effect of this therapy on the lives of patients over 2 years and in a larger set of patients. So we're excited about that.

We have a ton to do with respect to our limb-girdle program. To remind you, we need to keep dosing 9004. We need to start 9005 this quarter. We need to get our readout for 9003 and we need to submit a BLA for an approval for 9003 this year. We're also going to be filing some INDs this year. We're going to be -- we're going to file an IND for our next gene therapy for limb-girdle Type 2A. We're going to file an IND this year for our Huntington's disease program and our Huntington's disease program is an siRNA program. And interestingly enough, the Arrowhead deal has not yet closed. I should be clear about that. But already this year, we're planning for a number of readouts in our siRNA platform once closed, including in the second half of this year, a readout for FSHD and in the second half of this year, a readout for DM1. So look for all of that.

Also, over the last 7 or 8 years, we've done a lot of research, and we've been fairly quiet about it focusing more on our late-stage development work and our approvals. So we're going to start to pull back the curtain on some of the brilliant research and development work that Louise and her team have done. So look for an R&D day later this year.

Now I said earlier, a few slides back that in 2017, we had a strategic plan that we called Project Moonshot, and that we've hit all those objectives. We have a new strategic plan at Sarepta. It's called Sarepta 2030, and there is a ton of detail inside that strategic plan. But the overarching goal is easy to describe. And that is simply we want to be the next globally relevant, big biotech that is durable and spends its time bringing a better life to a broad array of rare disease patients. Thank you.

**Anupam Rama**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*JPMorgan Chase & Co, Research Division*

Do you want to introduce who's on stage with you?

**Douglas S. Ingram**
*President, CEO & Director*
Yes. So I have Ian Estepan, our CFO; I have Dallan Murray who is our Head of Customer. He's commercial and medical affairs, and I have Dr. Louise Rodino-Klapac, who is our Head of Research and Development, and by the way, the co-inventor of this little chunk we call ELEVIDYS.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

So I just want to remind everybody that there are 3 ways to ask a question, right? There's the old way, raise your hand, they now call on you. There is -- you can submit a question in the e-mail portal and -- or you could just e-mail me. But maybe I'll start. You guys obviously beat consensus in 4Q for ELEVIDYS pretty handily actually. And -- but I'm just wondering now with that beat, how you think about the push-pull levers for the ELEVIDYS guidance?

**Douglas S. Ingram**
*President, CEO & Director*

Well, let me say this, in the broadest of strokes, we set the guidance for ELEVIDYS the way we set all of our guidance. I said jokingly recently, like not to be snarky, this isn't our first rodeo. And we've been doing this for a very long time. We've had an exceptional track record of being able to set guidance well and then to meet or exceed that guidance. And it's in that context that we set the guidance for ELEVIDYS.

And I would remind you of how significant that guidance is, first of all, let's be clear. No one is going to question the fact that ELEVIDYS is the single most successful gene therapy that has ever been launched. Our overall guidance for the year is just about 70% growth over the prior year. I don't think anyone is going to suggest 70% year-on-year growth. After what is, by most people's standards, relatively big base is impressive. But with respect to ELEVIDYS in particular, which is really the driver for guidance, the growth year-over-year is 160%. There's an enormous demand for ELEVIDYS, but we're feeling very good about the guidance that we have right now. We'll continue to monitor it. And if we think there's a big appropriate time to update guidance, we'll consider it, but we feel very good about where we are.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

We have a -- yes, a question in the audience. Great, raise the hand.

**Unknown Analyst**

Question on the redosing technology in the 2- and 3-year follow-up data, what your expectation for the need for redosing? [indiscernible] turn over the transcript [indiscernible].

**Douglas S. Ingram**
*President, CEO & Director*

Yes. So first things first. We have never -- and you can correct me, Louise or add to it. So first of all, over the long period of time that we've been evaluating this therapy, starting the nonclinical space first. We've never seen the need yet for a redosing concept. As long as we've been able to look in the animal models, nonhuman primate and the mouse model, we've never seen a diminution in expression or function.

And in the clinical setting, we have patients that are now out 6 years or more. We have data on 5 years on these patients that has already been published, and you see no diminution in effect. So this isn't about immediately anticipating an issue with the long-term durability for ELEVIDYS. This is a broader concept of increasing the long-term utility of gene therapy more generally.

If we could redose, it's not just about the concept of redosing, and it's not just about the idea of dealing with durability. If we could redose, we would completely turn on its head to paradigm. Today, what you do with a onetime therapy is this. You pick the highest dose you can pick. It's safe, right? And unless you're getting to a place where you're getting real diminishing returns, then you dose and you cross your fingers and you get what you get, right? If we lived in a world where you could do serial dosing, we would change that paradigm in different ways. It works brilliantly with ELEVIDYS, the current approach we have. But in

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the future, there may be gene therapies where you would benefit from smaller doses over a longer period of time. We're topping up doses over time.

So this isn't about anticipating some monstrous durability issue. We have not seen anything like it. And we won't probably know whether there's a need for that for the next 15 or more years before we even know whether there's the concept of even needing this. But if we could redose an AAV-mediated gene therapy, I think it would be a game changer for the entire field. Louise, did I get that wrong?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

The only thing I'll add is the technology that we're using for the -- to treat antibody-positive patients, the 2 different trials imlifidase and plasmapheresis are the exact technology that we would try for redosing. And so the work that we're doing now will really inform that. And so that's why we're really excited about it.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

We have a question in the portal, which is related to the $30 billion in cumulative revenue by 2030, what contribution are you expecting from limb-girdle and other pipeline programs? Is this assuming success or risk adjusted?

**Unknown Executive**

The $30 billion, I believe, will include limb-girdle launches. It's unrisk adjusted, but you should know we fill an enormous amount of conviction around it. Just remember with the limb-girdles, and I don't mean to oversell. We still have development work to do and remember the forward-looking statement concept. But at the same time, this is the same platform as ELEVIDYS. So we have a pretty good understanding of what we're going to see from a safety perspective after having dosed 600 patients and an expression perspective.

And with respect to these limb-girdles also understand that these -- this is the native protein, the absence of which is the sole and exclusive cause of disease, and we're replacing it with this gene therapy and what will be, I'm quite confident very robust expression. And finally, understand our approvals are based on expression and safety. So if you believe that we understand safety and expression fairly well, you'll have a significant conviction for the pathway for these programs as well.

With that said, there will be modest contribution from the limb-girdle programs to that $30 billion. But I will still note this that the predominant sales that we're talking about over this decade and the predominant operating income that we're talking about this decade and the predominant cash flow that we're talking about this decade come from currently approved therapies, and just continuing to execute. So I guess the bet you need to make is whether we have proven ourselves capable of executing as an organization.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

Questions from the audience? Maybe one for me. So what are you seeing in the field in terms of how physicians are prioritizing patients on ELEVIDYS therapy, because you've got a pretty wide label, right?

**Douglas S. Ingram**
*President, CEO & Director*

Yes, we have a wide label. I think I'll let Dallan sort of answer the prioritization question if there is an answer to that. I'll talk a little bit about some of the other things that are happening in the market place.

**Dallan Murray**
*Executive VP & Chief Customer Officer*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**SAREPTA THERAPEUTICS, INC. COMPANY CONFERENCE PRESENTATION | JAN 13, 2025**

Yes. And thanks for the question, Anupam. Each center is different in how they're prioritizing the patients. Early on, I think there's more of a skew towards the ambulatory population and in particular, those patients that are at risk of losing ambulation. So that's early on -- we're -- as Doug said, we're not even at 5% of the penetration of the population. So early, these are the trends that we've seen. But as Doug also pointed out, we've seen a broad range of patients across all the disease stages getting dosed with ELEVIDYS.

But early on, if you were to generalize, it's in the younger ambulatory population. And I think as you go younger and younger, you just see a slightly higher penetration, but you see it across all stages.

**Douglas S. Ingram**
*President, CEO & Director*

And it's hard to generalize. These are still -- I mean, even again, I don't need to sound very arrogant. But these are, I think, very impressive numbers that we're showing. But we haven't even dosed 5% of patients yet. There's an enormous demand for this therapy. So it's very difficult to sort of talk about what the stable prioritization is going to be. A lot of things you should know about the complexity of gene therapy. And one of the reasons others have struggled with this is that it really requires an obsessive attention to detail. You know in a site -- for a site to infuse a boy, it takes about 20 to 25 different people across a broad array of that organization. Not just infusion, infusion and finance in the pharmacy and distribution to get each patient dosed. There were only in the average site about 2 clinic days a month dedicated to DMD. And if you're going to be talking about something as consequential as gene therapy, it takes an hour or 2 to talk through that issue with the patients.

So there is just a very -- it's a very interesting and complicated process in the face of that, the fact that we're doing this brilliantly well and working hard to, over time, meet this enormous demand for gene therapy, I think, is impressive and kudos to Dallan and your team for the work that you've done.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

Questions from the audience. What are you seeing on sort of reimbursement time lines once a patient has been selected for therapy and getting through that process? You've talked about the 25 people to...

**Douglas S. Ingram**
*President, CEO & Director*

The combination of all of it is about 4 months, Dallan, you correct me, I think we're in about 4 months range. I understand that's another thing like the people say, what's the opportunity to really collapse that? Really no opportunity. It's a complicated process. I'll give you another example of the interesting complications associated with gene therapy. So every single case, almost every single case requires a single case contract. That's literally an agreement in advance from the site and the payer in addition to the preop process just to ensure that they all agree they're going to get reimbursed, there's no issues and the like. That process, which is administrative, we're not involved in it. That's a 3-week, sometimes a 4-week process as well. So you can just sort of expect a cadence of about 4 months for each of these.

Now sites will become more productive over time as well. I don't want to suggest that everything is static. But this idea that we can just turn a switch and meet all demand overnight, just isn't realistic in the way things work. So with that said, I think we feel really good about what we are doing.

**Dallan Murray**
*Executive VP & Chief Customer Officer*

And those sites are incredible in what they're doing. They're waiting to get paid by the payers, and they've got certain terms where they have to pay for the therapy. So they're really -- like as Doug said, there's a whole lot of people coming together in support of dosing 1 patient. It's a pretty incredible and cool business model.

**Douglas S. Ingram**
*President, CEO & Director*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. I will say and also -- so there's a cadence issue, but I will -- I do want to give kudos first to the sites have done a really great job of serving these patients and dealing with what is sometimes probably to them, what feels like an avalanche of demand. I have to also say that I think payers are doing their part in all of this. It will come as a surprise to hear a biotech CEO, talk kindly about payers. But I think the payer community has done a very nice job overall addressing this issue.

As we sit here today, by the way, we've initially got a launch in June of '23. We've got a broader label in '24. We have not had a single situation where a patient has been permanently denied therapy as a result of an access and reimbursement issue. So, so far, things are going very, very well.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

Maybe a final question for me. Doug, I believe that your contract at Sarepta may be coming to an end shortly. You've been in the industry a long time. You've had a really good career, you trail blazed the ELEVIDYS approval. So what is -- what's next for you?

**Douglas S. Ingram**
*President, CEO & Director*

Do I look tired Anupam? Is that the problem?

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

Well, you did spill the water on your shoes.

**Dallan Murray**
*Executive VP & Chief Customer Officer*

That's true.

**Douglas S. Ingram**
*President, CEO & Director*

Let me be very clear. My Board, take a careful look at the management team and figure out their happy or sad to hear this. But my Board very much wants me to stay. I very much want to stay at the organization. That actually -- there has been a misunderstanding. The agreement time line is a compensation related issue. There's -- I have a certain kind of compensation and that time line on that particular compensation is up in June of this year. But I am super excited about being at Sarepta. There won't be anybody here that would ever remember this, but I remember my first earnings call when I joined Sarepta back in December of 2017. And I was asked by someone on the call like, why did you decide to come to Sarepta? And I said, look, there may be a better opportunity than Sarepta. I just haven't found it and all of the diligence that I've engaged in, there's this enormous amount of opportunity. I knew with certainty when I joined Sarepta that we had an opportunity together to do great things.

If I sit here today with all that we have going on with this amazing performance we're going to execute over the course of this decade, and our gene therapy programs and our big siRNA platform. I am quite confident that if I left Sarepta, I wouldn't find anything more interesting. And I wouldn't find a group of people that I'm more excited to work around than the management team that we have here and the larger employees at Sarepta. So I'm super excited about staying at Sarepta.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

Okay. Thanks, everyone.

**Douglas S. Ingram**
*President, CEO & Director*
Thank you very much.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**SAREPTA THERAPEUTICS, INC. COMPANY CONFERENCE PRESENTATION | JAN 13, 2025**

Copyright © 2025 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2025 S&P Global Market Intelligence.