# EXHIBIT 48

**S&P Global**
Market Intelligence

# Sarepta Therapeutics, Inc.

# NasdaqGS:SRPT

# Special Call

## Monday, January 27, 2025 1:30 PM GMT

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants ....................................................................................... 3

Presentation ........................................................................................... 4

Question and Answer .................................................................................... 8

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Douglas S. Ingram**
*President, CEO & Director*

**Ian Michael Estepan**
*Executive VP & CFO*

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

**ANALYSTS**

**Brian Corey Abrahams**
*RBC Capital Markets, Research Division*

**Daniel Smith**

**Gavin Clark-Gartner**
*Evercore ISI Institutional Equities, Research Division*

**Gil Joseph Blum**
*Needham & Company, LLC, Research Division*

**Huidong Wang**
*Barclays Bank PLC, Research Division*

**Konstantinos Biliouris**
*BMO Capital Markets Equity Research*

**Kristen Brianne Kluska**
*Cantor Fitzgerald & Co., Research Division*

**Lin Tsai**
*Jefferies LLC, Research Division*

**Priyanka Arun Grover**
*JPMorgan Chase & Co, Research Division*

**Ritu Subhalaksmi Baral**
*TD Cowen, Research Division*

**Samantha Danielle Corwin**
*William Blair & Company L.L.C., Research Division*

**Tazeen Ahmad**
*BofA Securities, Research Division*

**Tommie M. Reerink**
*Goldman Sachs Group, Inc., Research Division*

**Unknown Analyst**

**Uy Sieng Ear**
*Mizuho Securities USA LLC, Research Division*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SAREPTA THERAPEUTICS, INC. SPECIAL CALL | JAN 27, 2025

# Presentation

**Operator**

Good morning, and welcome to the Sarepta Therapeutics Conference Call to discuss the 2-year results from the EMBARK Study. As a reminder, today's program is being recorded.

At this time, I'll turn the call over to Doug Ingram, President and Chief Executive Officer. Please go ahead.

**Douglas S. Ingram**
*President, CEO & Director*

Thank you, Shannon. Mary, next slide, if you will. Good morning, everyone, and thank you for joining us today. To remind you, we'll be making some forward-looking statements today. I would appreciate if you would refer to our public filings for the various risks and uncertainties associated with making predictions about the future. Next slide, Mary.

So thank you for joining us for an update on our 2-year follow-up data for our pivotal trial for ELEVIDYS, known as EMBARK. As many of you know, we have all been looking forward to these important results for a host of reasons. First, in a smaller cohort of patients, we have previously observed a very strong and widening therapeutic benefit over years as creations are protected by shock-absorbing ELEVIDYS dystrophin, while untreated natural history shows functional decline following irreversible muscle wasting.

If successful, EMBARK would confirm these positive results in a larger controlled study over 2 years. This would further add to the deep body of evidence compelling early intervention of ELEVIDYS in Duchenne children to protect muscle and arrest or a slow decline.

Second, these results provide, for the first time, a very interesting, well-controlled and blinded trajectory analysis as blinded patients who have been on placebo for a year and then are treated, can be compared under identical circumstances against blinded patients who were treated previously and only received placebo at crossover.

And finally, EMBARK provides a larger set of muscle MRI data that allows us to look objectively at muscle health following treatment with ELEVIDYS versus nontreatment. Again, if successful, this would be a further compelling reason to treat as soon as possible to protect muscle from irreversible damage for nontreatment.

And with that, let me turn the call over to Dr. Louise Rodino-Klapac, our Head of R&D and our Chief Scientific Officer. Louise?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

Thank you, Doug. It's a pleasure to be here today to share our EMBARK Part II results. Next slide, please. EMBARK is a double-blind, placebo-controlled trial with a primary readout at 1 year. At the end of year 1, the placebo patients crossed over and received ELEVIDYS. Patients already treated received [indiscernible] infusion, and all patients received the per protocol increase in corticosteroids around time of dosing. Participants, investigators and the study team remain blinded for the second year.

Today, we will be sharing the crossover results from participants who received ELEVIDYS in Part II as well as the 2-year results of participants treated in Part I compared to external control. As you will note, following the crossover, all participants have been treated. Thus, an external control is required for comparison. However, as you will see, one can also compare the trajectory of patients newly dosed in Part II versus those who have been stably on therapy for a year from Part I.

Next slide, please. Before looking to the external role, here are the NSAA results for all patients treated throughout the study. Dark purple shows the patients who received active treatment in the first part of the trial. The gold line is placebo in Part I that becomes the light purple when it cross over and receive active

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

treatment. Note the trajectory shifts and improves from gold to light purple after 9001 treatment in Part II, participants that are 1 year older at time of treatment.

It's important to remember that the mean age of crossover patients at the time of treatment is approximately 7 years old, an age that we know from natural history are extremely unlikely to be gaming function. And in fact, the large majority are losing functional ability. As said, both Part I and crossover patients received a second period of increased steroid dosing at this time.

It's also striking to note both the higher peak NSAA achieved by the treated patients in Part I, and then the retention of this gain out to 2 years in contrast to the expected decline. In the next slide, let's take a closer look at year 2.

Here, we are seeing the raw NSAA changes from week 52 to week 104 for both the crossover patients and the participants treated during Part I. You will note that NSAA increases in crossover-treated patients following ELEVIDYS dosing. As a reminder, both of us received steroids at week 52, so this change in trajectory, something we've seen consistently across all of our many studies, is exclusively a result of ELEVIDYS treatment and the production of protective 9001 dystrophin.

This provides strong evidence that the functional gains we have observed in crossover patients are not related to the increase in the steroid regimen, with the Part I patients do not have any measurable change in their NSAA score when they cross over.

Next slide, please. Muscle RI provides an objective approach to assessing underlying muscle pathology. Measuring the level of fatty infiltration and T2 signal are known to correlate strongly and predict future physical function. Lower levels of both fat fraction and T2 indicate healthier muscle.

In the absence of an external control, here, we are showing the 2-year data in 2 representative muscles versus the 1-year placebo data. We see modest to no increase in fat fraction from baseline to 2 years, and levels of 2 years are well below what was seen at 1-year placebo patients. This is consistent across muscle groups.

Even though you see the improvement in NSAA on previous slide, you see the impact of treatment being delayed even 1 year as damage in the muscle continues and you never achieved the same level of fat fraction at patients treated a year earlier. This highlights the importance of treating as soon as possible to preserve muscle.

Next slide, please. Here, we are looking at T2, a marker of muscle inflammation. We see the same pattern of disease stability. There is little to no increase in inflammation from baseline to 2 years, and levels of 2 years well below would have seen at 1 year in the placebo patients. This is consistent across all groups. We are pleased with this treatment effect in a blinded study and reconfirms with MRI imaging. Again, this highlights the importance of treating as soon as possible to preserve muscle.

Next slide, please. Now we can look to the external control data. Next slide. In the absence of a placebo control for year 2 of EMBARK, a prespecified external control statistical analysis plan was created in advance of the unblinding of these results. External control comparisons are limited to the NSAA, Time to Rise and 10-meter walk/run by the availability of these measures and appropriate external control data sets. These 3 measures known to be clinically relevant and highly predictive of future disease progression, are called out as the 3 co-primary outcomes in this prespecified analysis plan.

The external control data set is made up of a high-quality, contemporary natural history studies and placebo arm patients from other Duchenne trials. All studies were prospectively selected and represent contemporary standards of care, including the use of chronic corticosteroid therapy.

The same propensity waiting approach as previously presented was employed to demise the baseline matching of the external control cohort to embark trial patients on the key prognostic parameters of subsequent disease progression.

Next slide, please. As shown here, the propensity-weighting technique produced an extremely well-matched comparative group to the crossover patients treated in EMBARK.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Next slide, please. A [indiscernible] plot of the results at 1 year following crossover show consistent, highly statistically significant benefits for ELEVIDYS in comparison to the well matched external control across all 3 co-primary endpoints. Please note that time to rise and 10-meter walk/run results are provided as both times and velocity. For orientation, everything to the right of the red line favors treatment while anything to the left of the red line, of which there are none, would have favored the untreated cohort.

Now let's look at each of these endpoints individually. Next slide, please. First is NSAA. The purple line here represents the crossover-treated patients, The gold line, the external control. A 2.34-point benefit over external control is seen with a p-value of less 0.0001. Next slide, please.

Next, for Time to Rise from floor, 2.7-second benefit is seen over external control and Time to Rise with a p-value of less than 0.0001. Note here that an increase on the Y axis and increasing time and as such, disease progression. Also, as you will recall from prior presentations and the literature, slowing Time to Rise and time to rise velocity are among the strongest predictors of earlier loss of angulation. So this is a particularly important signal.

Next slide, please. Finally, a 1.07-second benefit is seen in the 10-meter walk/run, also with a p-value of less than 0.0001. As before, an increase on the Y axis represents increasing time and worsening disease.

Next slide, please. Now we're turning to year 2 expression and functional outcomes in Part I-treated patients. Next slide, please. Patients in the biopsy sub-study underwent biopsy at week 12 and week 64. Here, we see the results of patients treated in Part I of the study who showed consistent and sustained expression at week 64. This is an important context for when we look at the functional results. 9001 dystrophin is the biological basis to the long-term functional results you will see.

Next slide, please. The patients treated in Part I and the external control were well matched across baseline characteristics.

Next slide. Three years following treatment, highly statistically significant and clinically meaningful differences are seen across the 3 co-primary endpoints. Again, the time function tests are shown as times and velocity.

Next slide, please. At 2 years, the NSAA benefit for ELEVIDYS-treated patients was 2.88 points with a p-value of less than 0.0001. You will note that at year 2, we are seeing a widening divergence from natural history.

Next slide, please. The benefit of 2 years in Time to Rise was 2.06 seconds and showed a widening divergence from the natural history group, or beginning it to show the expected decline in function.

Next slide, please. The benefit in 10-meter walk/run was 1.36 seconds, again, showing clear divergence from a declining external control group.

Next slide, please. Now turning to safety. Next slide. No new safety signals were identified. The frequency of AEs and SAEs was similar for crossover patients to that seen in year 1 for patients treated in the first year of the trial. For those patients treated in Part I, the overwhelming majority of AEs and SAEs occurred in year 1, and there were no treatment-emergent SAEs in year 2.

Next slide, please. Unsurprisingly, for their age, there were no cardiac abnormalities seen at baseline for the patient enrolled in EMBARK. And then there is no subsequent signal of decline or harm. Values remain in the normal range for both groups throughout the study. As a reminder, we would not expect to be able to detect an efficacy signal yet over 2 years in this [ outpatient ] cohort, but look forward to detecting such a signal [ of asset ] and longer-term [indiscernible] these patients in studies of older patients.

Next slide, please. Now to summarize and remind you of our longer-term durability data from our 101 study. Next slide. At the World Muscle Society Meeting this past October, we disclosed our 5-year results from our first study with ELEVIDYS Study 101. We saw a sustained increase in NSAA score for over 5 years, with the statistical [indiscernible] and clinically meaningful difference at year 5 compared with the EC cohort of 9.8 points. Taken altogether and looking at the totality of evidence for ELEVIDYS, we continue

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to see a consistent, clinically meaningful response across all of our studies, with increasing divergence from natural history over a time that is durable. Next slide, please.

To summarize, treatment with ELEVIDYS corresponded with increases on the NSAA at 1 year in crossover patients, while the study remained blinded. We saw statistically significant increases on NSAA, Time to Rise, and 10-meter walk/run when compared to a prespecified, well-matched external controls for crossover-treated patients, 1 year after treatment. Results in Part I-treated patients demonstrate sustained disease stabilization 2 years after treatment.

Across NSAA, Time to Rise and 10-meter walk/run statistically significant 2 years post dosing compared to a prespecified propensity-weighted external control group. Expressions consistent with data from other ELEVIDYS clinical trials, and sustained week 12 to week 64 after treatment. MRI continues to show minimal progression in underlying muscle pathology and remains consistent with the functional benefits shown.

Benefit risk profile remains favorable. No new safety signals were identified. Embark Part II results add meaningfully to the totality of evidence supporting treatment with ELEVIDYS and support the conclusion that ELEVIDYS modifies the trajectory of Duchenne. Long-term follow-up of patients will continue, and we will work to publish and present data in scientific forms.

In closing, I'd like to thank the individuals and their families who participated in our studies, our investigators and site teams and my Sarepta R&D colleagues for their tremendous contributions to this study.

Next slide. Thank you for your attention. I'll now pass the call back to Doug.

**Douglas S. Ingram**
*President, CEO & Director*
Thank you Dr. Rodino-Klapac. Shannon, let's open the call for questions.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

SAREPTA THERAPEUTICS, INC. SPECIAL CALL | JAN 27, 2025

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Gena Wang with Barclays.

**Huidong Wang**
*Barclays Bank PLC, Research Division*

Congrats on the update. Okay, I will stick with one question. So with these data sets, how would you envision this impact to commercial uptake and also incorporation into the label?

**Douglas S. Ingram**
*President, CEO & Director*

Yes. I'll take this one. Firstly, this won't have an immediate impact on commercial uptake for the simple reason there is already an overwhelming amount in demand. As you know, we provided guidance for the year, which is very robust. We're presuming that we're going to do over 160% growth in 11-sh year-over-year. That cadence of that growth relates to broadly 3 things. It relates to the cadence at site, which is a 3- to really more like 4-month process from start form to infusion that relates to manufacturing, and relates, of course, to the access and reimbursement cadence. So we feel very confident.

I think this is really powerful additional evidence and it should give -- should really be a significant additional call to action both for physicians and for patients, but we already have an enormous amount of demand. So I wouldn't see this as drastically changing the uptake this year.

And then as it relates to the label, it's certainly something we can look at, but I'm not sure on the face of it, Louise, you correct me, if you disagree. I don't see this as a compelling need. This is consistent with everything we've seen before, but compelling because it's 2 years. It's a large data set. We have this really fascinating new trajectory analysis that wasn't -- we weren't capable of doing previous to a crossover like this.

And this really impressive MRI data that shows that even in a short period of time, we get a significant change in muscle health, which I would remind everyone is improved because damage that's done to muscle and infiltration of fat in fibrotic tissue is not reversible. That is an irreversible damaged the goal of getting treated and avoiding that is, of course, paramount. Louise, tell me if I missed anything on the labelling issues.

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

No. You've captured it.

**Operator**

Our next question comes from the line of Tazeen Ahmad with Bank of America.

**Tazeen Ahmad**
*BofA Securities, Research Division*

Doug, you've talked about your thoughts about the competitive landscape for gene therapy going forward with potential next-gen therapy from other companies. How do you think today's data presents itself vis-a-vis the barrier to entry for future gene therapies going forward?

**Douglas S. Ingram**
*President, CEO & Director*

Thank you very much for that question. First thing is first, there are no next-generation therapies around today. That's misuse of a marketing term from my perspective. Our goal -- we really aren't looking over our shoulders and other people that are working on other therapies, although we wish them all well. Our

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

goal is to treat the patients in front of us today who are, but for therapeutic intervention, being damaged every single day.

And while we have this enormous amount of data, I would remind everybody how much date we have even before today. we've dosed over 600 patients. We've dosed children as young as 2 years old. We dosed young men in their mid-20s. We've dosed very light children, 26 pounds. We've dosed literally men that are almost 300 pounds. We've dosed a significant number of non-ambulatory patients. So we've got this enormous amount of wealth of data showing the safety and efficacy of this therapy and the importance of getting this therapy to families as fast as we can, subject to the cadence we talked about before. And this data simply adds to the weight of that compelling point.

It's just -- that it is confirmatory of a lot of stuff we've already seen, but confirmatory in a much larger data set. As an example, just to remind you of what Louise said, we've seen what happens to children who have been dosed with this therapy versus natural history over 5 years, and it's dramatic. This is a much larger data set. Now this is 2 years, but you're seeing the same thing over 2 years.

We see the muscle MRI, which is powerful. We see the trajectory analysis, which is powerful. So I think that while there certainly should have always been a call to action for families, I think this is just continuing compelling evidence that the treatment with this therapy can be potentially profound for patients. But with that said, we're really focused on the work in front of us right now and serving the patients that we have today. Hopefully, that answers your question.

**Ian Michael Estepan**
*Executive VP & CFO*

I just want to reiterate one point, Doug, you already said it, but just further on the data that the MRI shows, where delaying treatment results in damage to the muscle that you can never restore. And so I do think it's a really important takeaway from this data set that people see that and waiting for therapies means that you'll end up getting damage that they'll never be able to recover.

**Tazeen Ahmad**
*BofA Securities, Research Division*

Our next question comes from the line of Brian Abrahams with RBC Capital Markets.

**Brian Corey Abrahams**
*RBC Capital Markets, Research Division*

For patients receiving ELEVIDYS at the 1-year time point crossover, I'm curious how did the changes versus natural history on NSAA and the time tests compare for the younger portion of patients there versus the older portion of patients? I guess it would be 6 to -- 5 to 6 versus 7 to 8.

**Douglas S. Ingram**
*President, CEO & Director*

I'll turn this question over to Louise.

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

Yes. A couple of points there. So in general, we saw consistent results or -- between patients treated in Part II versus Part I it is an important point to consider that the patients treated in Part II are now at an average of 7. So this is a point where they're expected to decline from natural history, and we didn't see that. We saw an improvement from baseline.

We didn't do any sub analysis because now patients are now a year older, doesn't make sense to do to break things out as previous. So this is done as a group analysis for the Part II crossover. But overall, throughout the trial from patients treated in Part I as a whole versus Part II, we see consistent results. on the NSAA, all the time tests. So we're very pleased with the results. And as we've stated before, regardless of what we're at, there is benefit from a ELEVIDYS treatment in all of our trials. But to Ian's

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**SAREPTA THERAPEUTICS, INC. SPECIAL CALL | JAN 27, 2025**

point as well, that treating early is important because patients are accumulating muscle damage over time.

**Operator**

Our next question comes from the line of Andrew Tsai with Jefferies.

**Lin Tsai**
*Jefferies LLC, Research Division*

I appreciate the update. So just One quick question is, do you think your partner, Roche, can leverage this data set as part of their ongoing MAA filing in the EU as well as for their other ex-U..S. submissions?

**Douglas S. Ingram**
*President, CEO & Director*

Yes. Thank you for the question, Andrew. Obviously, I'm going to leave it to Roche to comment on their filing strategy and the importance of data, but I would certainly editorialize that this is very helpful additional information, I think very powerful information, very consistent across all of the measures in both time frames, the Part I and the Part II here.

So I think this is going to be very, very important information. How they use it in their regulatory filing is for Roche. But certainly, it should be powerful, not only for regulatory and filing but also for the access and reimbursement issues that occur after approval around the world. So very excited about the data and what it may mean for patients, not only in the United States, but around the world.

**Operator**

Our next question comes from the line of Ellie Merle with UBS.

**Unknown Analyst**

This is Jasmin on for Ellie. Congratulations on the update. And two from us, first, turning to your more [ term ] strategy of $30 billion cumulative revenues you expect by 2030. Can you walk us through the breakdown of what you think will come from ELEVIDYS less U.S. sales, excess royalties and what you would expect from the pipeline? And then just to follow up on an earlier question, so has this data been submitted to European regulatory authorities as part of the ongoing review?

**Douglas S. Ingram**
*President, CEO & Director*

Yes. I'll leave the last question for Roche to discuss as that has, obviously, hot off the press as well as the number. So just -- let me be very clear, we've provided some broad stroke guidance over the course of this decade through 2030. We've talked about the potential for net product revenue and royalties. We've also talked about operating income, which could be as much as $16 billion over that period and free cash flow, which could be $13-or-so billion over that time frame. We haven't broken down the net product revenue in more detail. Obviously, a significant percentage of it comes from ELEVIDYS.

And 2025, to remind you, we'll do about $3 billion in net product new and more than 2/3 of that will come from ELEVIDYS. So you'll see that ELEVIDYS plays an outsized role even in our revenue for 2025 and PMOs are continuing to do quite well. If you look over that period, 2025 through 2030, and those both net product revenue and royalties and operating income and cash. The one thing I will say in the broadest of stroke is the great majority of that financial performance comes from existing therapies, therapies that are approved today and that we've been doing, in my view, a very good job of executing on. So most of the performance over the rest of this decade will simply require us to continue to execute on our 4 approved therapies. We will have some modest participation of our limb-girdle launches as well, but the bulk of that success will come from ELEVIDYS, AMONDYS, VYONDYS and EXONDYS.

**Operator**

Our next question comes from the line of Kostas Biliouris with BMO Capital Markets.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Konstantinos Biliouris**
*BMO Capital Markets Equity Research*

Good morning, and congrats on the update. A quick question from us. Can you comment on the ambulatory status of patients in year 2? And sorry, if you clarify that before, we are wondering whether there was any patient during the entire [ TVS ] study who transitioned from ambulatory to nonambulatory status?

**Douglas S. Ingram**
*President, CEO & Director*

Louise?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

All patients remained ambulatory in the study.

**Operator**

Our next question comes from the line of Gil Blum with Needham.

**Gil Joseph Blum**
*Needham & Company, LLC, Research Division*

So maybe a question for Louise. As it relates to the treatment kinetics, it looks like even after a year, you got roughly a similar delta benefit, maybe a little smaller than before. And at the end, you've -- at NSAA, it looks like pretty much both patient groups reached a similar level. I'd appreciate your comments there, especially as it relates to the differences in NMR.

**Douglas S. Ingram**
*President, CEO & Director*

Louise?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

Sure. Yes, certainly. So we're pleased we see a similar response in both years. So regardless of what age of the patients were treated, that we saw that particular response after treatment. Just a couple of things to remind you of is that we've seen significant responses in the time function tests in both Part I and Part II.

In particular here, we're anchoring to a crossover that is to an external control cohort because we don't have the placebo comparison like we did in Part I. But if you look at both Part I and Part II, we saw a similar effect. We saw a significant improvement in the time function tests in both cohorts as well. The MRI data is particularly interesting because that shows what's happening on a cellular level, and you see that you're seeing an improvement following treatment, but the loss of that muscle that patients had early on, they'll never recover compared to that.

So in general, we're seeing similar magnitudes of effect regardless of the treatments. We're pleased with the sustained NSAA that as you referred to, in the Part I-treated patients. They sustained that benefit over time. And that's indicative of what we saw in Part -- in Study 101. So over 5 years, we also saw that sustained benefit. So we're pleased with the magnitude of effect in both Part I and Part II.

**Operator**

Our next question comes from the line of Salveen Richter with Goldman Sachs.

**Tommie M. Reerink**
*Goldman Sachs Group, Inc., Research Division*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

This is Tommie on for Salveen, and congratulations on these results. If we could just ask on manufacturing, if we -- could you provide an update on where you stand for any comparability study for the suspension manufacturing process?

**Douglas S. Ingram**
*President, CEO & Director*

Yes. Thank you for your question, Tommie. We are continuing to work on it. Our goal is to commence a bridging study this year, with the goal of, we show comparability to be able to launch suspension manufacturing starting in about 2027.

**Operator**

Our next question comes from the line of Ritu Baral with TD Cowen.

**Ritu Subhalaksmi Baral**
*TD Cowen, Research Division*

One question and one quick follow-up. Can you talk about the steroid dose given at week 52? Was it equal between both patient groups? And how does it compare to the initial steroid dose given at study start? And just a quick follow-up, Doug, do you anticipate that today's data will be used in any payer discussions? Have any Medicaid plans as for the 2-year data in evaluation for continuing coverage or current coverage just to make things easier for patients?

**Douglas S. Ingram**
*President, CEO & Director*

Yes, Ritu, I'll answer the second question first. But the first question, let's clear the absolutely important, important question, and I want to turn that over to Louise. Look, we use all of the data that's available to us, that's good evidence to work with payers. So we've had very good discussions with payers, and you see that reflected in our performance over the last 1.5 years with ELEVIDYS, that we will take this data and certainly use this as part of the broader armamentarium of evidence it supports, getting these kids on this therapy as rapidly and efficiently as possible. But with that, I will turn the call to Louise who can talk a bit about the steroid protocols.

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

Sure. So in both in Part I and importantly to your question in Part II, both patient groups, so both the longer-term treated and the newly-treated patients received the same dose of steroids. So that same steroid pulse over the first several weeks was given to those patients. So what we've seen in terms of the response when you compare those 2 groups of sticking back to that slide, that was all from ELEVIDYS because both treatment groups received the same level of steroids in that study.

**Operator**

Our next question comes from the line of Joseph Schwartz with Leerink.

**Unknown Analyst**

This is Will on for Joe. Congrats on the data. So one for us, in some of our payroll checks, we've heard that longer-term data could be helpful in the physician's use of ELEVIDYS. And so it seems like these results are something that the community could be very receptive to. Is this something that tracks with what you've been hearing from those in the field? And how do you think these data today could impact prescribing patterns?

**Douglas S. Ingram**
*President, CEO & Director*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Look, I think that we've already had long-term data. We've had data out to 5 years, although it was a smaller cohort of 5 patients. I think physicians reasonably would love to have more and more information about the long-term impact of the therapy.

And so I do think that while there is an enormous amount of data already supporting the safe and efficacious use of ELEVIDYS across a very broad patient population of Duchenne muscular dystrophy. This data is going to be is extraordinarily important as well going forward. It's important not only because it's a larger data set, not only because we get to see it over 2 years, but there are things in this data that we have not yet been able to look at, for instance, the muscle MRI. We had a very, very small subset of some muscle MRI historically.

Now we have a much larger database of muscle MRI, which I want to say is unbelievably important to be able to see the impact on muscle health over this relatively short period of time is compelling. And likewise, I think this trajectory analysis that Louise just talked about is really important given the way the studies -- protocols worked. We didn't have this before now. This opportunity to essentially keep a group of patients blinded on therapy for a year, so we get them stable on the therapy.

And good news, they were all stable on the therapy over that year, and then give them an increase in steroids and give them a placebo versus take the naive group of patients, give them steroids. Again, on a blinded basis, give them therapy and see -- the difference is then, of course, you see this significant difference between those 2 groups because of the installation of the shock absorbing ELEVIDYS dystrophin. So I do think this is going to be very compelling for physicians, I think it's going to be compelling for payers. And I'm certain that it will be continuing to be compelling for patient groups that are looking to find ways to bring a better life to their children.

**Operator**

Our next question comes from the line of Kristen Kluska with Cantor Fitzgerald.

**Kristen Brianne Kluska**
*Cantor Fitzgerald & Co., Research Division*

Since the field has really moved to understand that markers -- end points, excuse me, like NSAA are going to require a lot longer than worth of data, now that you have 2 years data from a good number of cohort, are you seeing that the patient that perhaps didn't have as robust as an effect that you're one or starting to catch up and benefit more through month 12 to 24?

**Douglas S. Ingram**
*President, CEO & Director*

I'm going to turn this question over to Louise. I do want to be clear, I don't think that it is the case that in the original mark that the patients weren't having as robust an effect. I think the issue Part I of EMBARK the primary was the following. We saw that all of these kids and all of the key secondary endpoints, all of the more sensitive time tests showed a significant difference where kids on the therapy were benefiting and kids that didn't get treated were declining.

The issue with NSAA in the first part was that given that the coarseness of that measure, which is a sort of course 1, 2, 3 measure and give a short period of time and given the fact that the placebo arm wasn't that large, you couldn't see the decline that was occurring in those patients in a short period of time. The nice thing about going out now is your one things. One, you've got 2 years to see the difference in those patients. And we would have predicted you'd see a significant difference. And of course, we did. And then even as kids that crossed over, you got to take this natural history cohort where you could really -- not only properly match it to the active arm, but increase the size of that.

I think we almost quintupled the size of the natural history cohort versus what you would have had in the normal placebo, which, again, should create more sensitivity even with the course as [indiscernible] like NSAA. But with that, Louise, do you have some insight into the questions that were posed?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. You've hit most of the points that I would have hit. I'll just add and point back to the expression as well. I think that's an important point to consider in terms of the durability of response. This is the first time in a blinded way. We've been able to look at the same patients at 12 and 64 weeks, and you saw that the expression was completely sustained. So patients are continuing to make 9001 dystrophin benefiting their role and then leading to the functional changes that we saw.

And to Doug's point, it was shown by both NSAA and time function tests, we knew from the 1-year data, the time function tests were highly statistically significant. And then we continue to see this improvement in benefit. And really, the decline in the natural history cohort is what we would expect over this period of time versus year 1 in NSAA, where it just wasn't enough time for that placebo to decline on NSAA, but the time function test have been highly significant throughout the study. So we're pleased with these results.

**Operator**

Our next question comes from the line of Mike Ulz with Morgan Stanley.

**Unknown Analyst**

This is Robin on for Mike. Can you share if there were any surprises from this data? And then would you expect any read-throughs to the ENVISION study?

**Douglas S. Ingram**
*President, CEO & Director*

Louise?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

I can clearly say I was extremely pleased with this data. It's extremely clean, powerful, just giving you honest impression of seeing the data. Extremely excited when we saw this data, it just adds to the value of evidence. This is a highly controlled blinded study. The data is just exceptional. And so that's my honest opinion of this data.

**Operator**

Our next question comes from the line of Sami Corwin with William Blair.

**Samantha Danielle Corwin**
*William Blair & Company L.L.C., Research Division*

Congrats on the data. Some of your earlier gene therapy competitors have communicated that they think that percent positive dystrophin fibers could be better early surrogate marker of long-term benefit as opposed to micro-dystrophin expression as measured by Western blot.

So I guess I just wanted to get your thoughts there and if it would be possible for you to retrospectively analyze percent positive at dystrophin fibers in the study?

**Douglas S. Ingram**
*President, CEO & Director*

Louise, go ahead.

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

Yes. I mean Western blot is our primary expression outcome for the study. This is the top line. We've seen consistent results with PDPF with Western blot. So certainly, in the future as we release a whole data set, we're going to provide an expanded analysis at the MDA. That data will be showed as well, but it's consistent throughout our study.

**Douglas S. Ingram**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*President, CEO & Director*

I will also note that at least historically, the FDA, starting in the neuro division for some years and then moving over to the [ cebre ] has been -- there's really preferred Western blot, generally speaking, over intensity and PDPF, I think, because of the view that done properly, Western blot is more quantitative than PDF and intensity. So we look at all of those issues. But if you're wondering why we've leaned towards Western blot, it's been guidance from the FDA for now really going on about a decade that's kind of driven us in that direction.

**Operator**

Our next question comes from the line of Anupam Rama with JPMorgan.

**Priyanka Arun Grover**
*JPMorgan Chase & Co, Research Division*

This is Priyanka on for Anupram. Congrats on the updated data. Considering the strength of the continuing data, especially the muscle MRI is added to the label, could you walk us through the time lines to update the label and getting the message to the patient's physician community especially via the publication or medical meeting strategy?

**Douglas S. Ingram**
*President, CEO & Director*

Well, I would just say, we haven't -- Louise, you correct me if I'm wrong about this. We are -- we just got the data. We haven't reflected on the process for or even the value in attempting to get additional data like this, the label itself. It's something we can look at, but generally speaking, you should know that you are permitted to provide information, additional evidence as long as it doesn't run contrary to your label. So we have to really think about whether there's value in that, something we have to reflect upon. Louise, am I misstating anything?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

No. The only thing I'll add is there is the intent to publish this data both at a scientific meeting as well as in a publication. So it will be in the public domain that can be used.

**Operator**

Our next question comes from the line of Daniel Smith with H.C. Wainright.

**Daniel Smith**

This is Dan on for Mitch, and congratulations on the data. So we now have 1 year follow-up for Cohort 2. And at the same 1-year follow-up mark for cohort 1, the NSAA wasn't statistically significant and was only increased 0.65, which was much less than cohort at 2.34. So what do you think is driving the considerable differences between cohort 1 and cohort 2? And separately, how might unique side effects today [ be captive] immunology have affected the integrity of the crossover cohort functional finding?

**Douglas S. Ingram**
*President, CEO & Director*

Louise?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

So to the question around the -- for -- on NSAA specifically, why we didn't reach that SIG at year 1, but we did in year 2. A couple of points. So we saw an improvement in both cohorts. The difference is that in the placebo cohort in Part I, as we've talked about before, we didn't see a significant decline on NSAA. NSAA, of course, measures we talked about at 1 year, it's very difficult to see those changes. But they were reflected in the time function test where we saw a significant decline.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

In Part II, we are using an external control because there's no longer a placebo arm to use for comparison. And then the external control group has been matched to the baseline of those treated patients at year 2. In addition, using external control, the end is much larger in terms of, you can see on the slides, several hundred patients. And so you can see differences easier as well. So the answer is, in both cases, we saw significant results as reflected by the time test in the year 1 on NSAA. We didn't see it because he placebo arm didn't decline quite as much as expected, but we did see it with the crossover growth in comparison to the external control.

**Operator**

Our next question comes from the line of Gavin Clark-Gartner with Evercore ISI.

**Gavin Clark-Gartner**
*Evercore ISI Institutional Equities, Research Division*

I'm just wondering what you saw on biomarkers such as creatine kinase?

**Douglas S. Ingram**
*President, CEO & Director*

Louise?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

Yes. We certainly are -- we actually saw a ton of data to dig into. We certainly looked at creatine kinase to continue to see a sustained effect. We'll give a more fulsome data update at MDA with more of the data from this trial, but we continue to see an effect on markers like CK as well.

**Operator**

Our next question comes from the line of Uy Ear with Mizuho.

**Uy Sieng Ear**
*Mizuho Securities USA LLC, Research Division*

Congrats on the data. Just curious, wondering if you also saw other benefits other than time function test such as the ability, better improvement in bleedings or cardiovascular problems, whether you've seen any improvement in those functions?

**Douglas S. Ingram**
*President, CEO & Director*

Louise?

**Louise R. Rodino-Klapac**
*Executive VP, Chief Scientific Officer and Head of Research & Development*

Yes. So the outcomes that we've shared today, the NSAA and then the time function tests, which are the 10-meter walk/run and [ the rise in 4 ], these are where we have fulsome external control data sets that are well controlled that we can use in comparison. So there are additional end points like the wearable devices and the 100-meter is one example that will be included in the full data release. But the ones that we shared today are part of our top line because we have the very extensive natural history data to -- for comparison.

**Operator**

Thank you, and this concludes the Q&A session. I would now like to turn the call over to Doug Ingram for closing remarks.

**Douglas S. Ingram**
*President, CEO & Director*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Thanks very much, Shannon. Thank you, Dr. Rodino-Klapac, and thanks, everyone, for your questions this morning. We, obviously, reiterating what Louise said earlier, we are delighted with this data. While it's confirmatory of all of the things we have had an enormous amount of conviction for, it's extremely satisfying to see the consistencies of these results, a crossover at 2 years with muscle MRI and the like. And I do think this is additional compelling evidence, and a call to action for this therapy, which I think had already existed, and this is just more profound.

So we look forward to presenting this data in more depth at MDA later this year, and then we look forward to keeping you all updated as we execute our enormous number of important objectives and milestones across 2025.

With that, I hope everyone has a wonderful day. Thank you.

**Operator**
This concludes today's conference call. Thank you for your participation. You may now disconnect.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2025 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2025 S&P Global Market Intelligence.